IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARCIA G. FLEMING, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | 1:21-CV-05343-ELR |
| | * | |
| ROLLINS, INC., et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

_____

**O R D E R**

_____

Presently before the Court are several Motions to Dismiss filed by various Defendants [Docs. 48, 49, 51] and the Parties' "Joint Motion for a Temporary Stay of the Responsive Pleadings Deadline for Existing Defendants." [Doc. 56].

On December 30, 2021, Plaintiffs filed their Class Action Complaint in this Court. See Compl. [Doc. 1]. Thereafter, by an Order dated February 23, 2022, the Court set a deadline of March 28, 2022, for Defendants to answer or otherwise respond to Plaintiffs' Complaint, which they did in three (3) separate motions to dismiss. [See Docs. 31, 48, 49, 52]. On April 18, 2022, Plaintiffs filed their First Amended Class Action Complaint ("Amended Complaint") as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). See Am. Compl. [Doc. 53]. The Amended Complaint supersedes Plaintiffs' initial Class Action Complaint and

renders Defendants' instant motions to dismiss moot. See Lowery v. Ala. Power Co., 483 F.3d 1184, 1219 (11th Cir. 2007) ("[A]n amended complaint supersedes the initial complaint and becomes the operative pleading in the case."); see also Byrom v. First Option Mortg., LLC, No. 1:18-CV-440-MHC-AJB, 2018 WL 3688971, at *2 (N.D. Ga. May 4, 2018), report and recommendation adopted by, No. 1:18-CV-440-MHC-AJB, 2018 WL 3688941 (N.D. Ga. May 29, 2018) ("[T]he amended complaint renders moot the motion to dismiss the original complaint because that motion seeks to dismiss a pleading that has been superseded."). Accordingly, the Court **DENIES AS MOOT** Defendants' pending Motions to Dismiss. [Docs. 48, 49, 51].

Plaintiffs' Amended Complaint adds two (2) new Defendants to this action—Empower Retirement, LLC and Prudential Bank & Trust, FBS (hereinafter, "Prudential Defendants"). See Am. Compl.; [see also Doc. 56 at 3]. The Prudential Defendants have not yet been served with process. By their instant motion, the Parties jointly request that this Court temporarily stay the deadline for the existing Defendants to answer or otherwise respond to Plaintiffs' Amended Complaint until the Prudential Defendants have been served so that the Court can thereafter establish a uniform response deadline and briefing schedule for any motions to dismiss. [See Doc. 56-1 at 3–4].

Upon review, the Court **GRANTS** the Parties' joint motion. [Doc. 56]. Accordingly, the Court **STAYS** the deadline for Defendants to answer or otherwise respond to Plaintiffs' Amended Complaint. Further, the Court **DIRECTS** Plaintiffs to file a notice on the docket when they have effected service on the Prudential Defendants. Within twenty (20) days of the filing of Plaintiffs' notice, the Parties shall submit a joint motion for a uniform response deadline for all Defendants. The Court also **DIRECTS** Plaintiffs to serve a copy of this order on the Prudential Defendants.

    **SO ORDERED**, this 22nd day of April, 2022.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia