# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| MARCIA G. FLEMING, CASEY FREEMAN, DAVID GUYON, ANTHONY LOSCALZO, PATRICK ROSEBERRY, and JULIO SAMANIEGO individually, on behalf of the Rollins, Inc. 401(k) Savings Plan and on behalf of all similarly situated participants and beneficiaries of the Plan,<br><br>　　　Plaintiffs,<br><br>v.<br><br>ROLLINS, INC.; THE ADMINISTRATIVE COMMITTEE OF THE ROLLINS, INC. 401(k) SAVINGS PLAN; BOTH INDIVIDUALLY AND AS THE *DE FACTO* INVESTMENT COMMITTEE OF THE ROLLINS, IC. 401(K) SAVINGS PLAN; EMPOWER RETIREMENT, LLC F/K/A PRUDENTIAL INSURANCE AND ANNUITY COMPANY; PRUDENTIAL BANK & TRUST, FBS, AS DIRECTED TRUSTEE OF THE ROLLINS, INC. 401(K) PLAN TRUST; ALLIANT INSURANCE SERVICES, INC.; ALLIANT RETIREMENT SERVICES, LLC; LPL FINANCIAL LLC; PAUL E. NORTHEN, JOHN WILSON, JERRY GAHLHOFF, JAMES BENTON and A. KEITH PAYNE in their capacities as members of the Administrative Committee; and John and Jane Does 1-10,<br><br>　　　Defendants. | Civil Action File<br>No.  1:21-cv-05343-ELR |

## NOTICE OF APPEARANCE OF ANN W. FEREBEE

Please take notice that Ann W. Ferebee of the law firm of Bryan Cave Leighton Paisner LLP hereby gives notice of appearance as counsel for Defendants Rollins, Inc., the Administrative Committee of the Rollins, Inc. 401(k) Savings Plan, Paul E. Northen, John Wilson, Jerry Gahlhoff, James Benton and A. Keith Payne in the above-styled case. All parties are requested to forward copies of all pleadings and correspondence to the undersigned counsel.

Dated: May 24, 2022.

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Ann W. Ferebee*
W. Bard Brockman, Georgia Bar No. 084230
bard.brockman@bclplaw.com
Michael P. Carey, Georgia Bar No. 109364
michael.carey@bclplaw.com
Ann Ferebee, Georgia Bar No. 431941
ann.ferebee@bclplaw.com
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone: (404) 572-6600
Facsimile: (404) 572-6999

Jeffrey S. Russell (*pro hac vice* pending)
jsrussell@bclplaw.com
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020

*Attorney for Rollins, Inc., the Administrative Committee of the Rollins, Inc. 401(k) Savings Plan, Paul E. Northen, John Wilson, Jerry Gahlhoff, James Benton and A. Keith Payne*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **NOTICE OF APPEARANCE OF ANN W. FEREBEE** with the Clerk of Court using the CM/ECF system which will send email notification of such filing to all counsel of record.

This 24th day of May, 2022.

/s/ *Ann W. Ferebee*
Ann W. Ferebee
Georgia Bar No. 431941

*Attorney for Rollins, Inc., the Administrative Committee of the Rollins, Inc. 401(k) Savings Plan, Paul E. Northen, John Wilson, Jerry Gahlhoff, James Benton and A. Keith Payne*