THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARCIA G. FLEMING, CASEY FREEMAN, DAVID GUYON, ANTHONY LOSCALZO, PATRICK ROSEBERRY, and JULIO SAMANIEGO individually, on behalf of the Rollins, Inc. 401(k) Savings Plan, and on behalf of all similarly situated participants and beneficiaries of the Plan,<br><br>    Plaintiffs,<br>v.<br><br>ROLLINS, INC., THE ADMINISTRATIVE COMMITTEE OF THE ROLLINS, INC. 401(k) SAVINGS PLAN, both individually and as the de facto Investment Committee of the Rollins, IC. 401(K) Savings Plan, EMPOWER RETIREMENT, LLC F/K/A PRUDENTIAL INSURANCE AND ANNUITY COMPANY, PRUDENTIAL BANK & TRUST, FBS, as directed Trustee of the Rollins, Inc. 401(k) Plan Trust, ALLIANT INSURANCE SERVICES, INC., ALLIANT RETIREMENT SERVICES, LLC, LPL FINANCIAL LLC, PAUL E. NORTHEN, JOHN WILSON, JERRY GAHLHOFF, JAMES BENTON and A. KEITH PAYNE, and JOHN AND JANE DOES 1-10, as members of the Administrative Committee,<br><br>    Defendants. | CIVIL ACTION FILE NO.: 1:21-cv-05343-ELR |

**NOTICE OF APPEARANCE OF COUNSEL**

#3394090v1

Attorney Kamal Ghali of the law firm of Bondurant Mixson & Elmore, LLP, duly admitted to this Court, appears on behalf of Defendants Empower Retirement, LLC and Prudential Bank & Trust, FBS, and requests service of all pleadings, notices, orders, and any other materials involved in this action.

Respectfully submitted this 21st day of June, 2022.

|  |  |
|---|---|
| **BONDURANT MIXSON & ELMORE, LLP**<br>1201 West Peachtree Street NW<br>Suite 3900<br>Atlanta, Georgia 30309<br>404-881-4100 | /s/ Kamal Ghali<br>Kamal Ghali<br>Georgia Bar No. 805055<br>ghali@bmelaw.com<br><br>*Counsel for Empower Retirement, LLC and Prudential Bank & Trust, FBS* |

## CERTIFICATE OF SERVICE

I hereby certify that, on the date this certificate was signed, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all attorneys of record.

Dated:  June 21, 2022

*/s/ Kamal Ghali*
Kamal Ghali
Georgia Bar No. 805055

#3394090v1

3