# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARCIA G. FLEMING, CASEY FREEMAN, DAVID GUYON, ANTHONY LOSCALZO, PATRICK ROSEBERRY, and JULIO SAMANIEGO individually, on behalf of the Rollins, Inc. 401(k) Savings Plan and on behalf of all similarly situated participants and beneficiaries of the Plan, <br><br>    Plaintiffs, <br>v. <br><br>ROLLINS, INC.; THE ADMINISTRATIVE COMMITTEE OF THE ROLLINS, INC. 401(k) SAVINGS PLAN; BOTH INDIVIDUALLY AND AS THE *DE FACTO* INVESTMENT COMMITTEE OF THE ROLLINS, IC. 401(K) SAVINGS PLAN; EMPOWER RETIREMENT, LLC F/K/A PRUDENTIAL INSURANCE AND ANNUITY COMPANY; PRUDENTIAL BANK & TRUST, FBS, AS DIRECTED TRUSTEE OF THE ROLLINS, INC. 401(K) PLAN TRUST; ALLIANT INSURANCE SERVICES, INC.; ALLIANT RETIREMENT SERVICES, LLC; LPL FINANCIAL LLC; PAUL E. NORTHEN, JOHN WILSON, JERRY GAHLHOFF, JAMES BENTON and A. KEITH PAYNE in their capacities as members of the Administrative Committee; and John and Jane Does 1-10, <br><br>    Defendants. | Civil Action File <br> No.  1:21-cv-05343-ELR |

# ORDER

This matter comes before the Court on a Joint Motion to Extend Page Limitations. Upon consideration of the Joint Motion and for good cause shown, the Court ORDERS that the Joint Motion be GRANTED.

If any Defendant files a motion to dismiss, the page limitations under Local Rule 7.1.D. for the briefing on that motion shall be extended as follows:

| | |
|---|---|
| Defendant's brief in support | An additional 10 pages |
| Plaintiffs' response | An additional 10 pages |
| Defendant's reply brief | An additional 5 pages |

SO ORDERED, this 28th day of June, 2022.

*Eleanor L. Ross*
The Honorable Judge Eleanor L. Ross
United States District Court Judge
Northern District of Georgia

605406787.4