## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MARCIA G. FLEMING, CASEY FREEMAN, DAVID GUYON, ANTHONY LOSCALZO, PATRICK ROSEBERRY, and JULIO SAMANIEGO individually, on behalf of the Rollins, Inc. 401(k) Savings Plan and on behalf of all similarly situated participants and beneficiaries of the Plan, | Civil Action File No. 1:21-cv-05343-ELR |
| Plaintiffs, v. | **THE ROLLINS DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| ROLLINS, INC.; THE ADMINISTRATIVE COMMITTEE OF THE ROLLINS, INC. 401(k) SAVINGS PLAN, BOTH INDIVIDUALLY AND AS THE *DE FACTO* INVESTMENT COMMITTEE OF THE ROLLINS, INC. 401(K) SAVINGS PLAN; EMPOWER RETIREMENT, LLC F/K/A PRUDENTIAL INSURANCE AND ANNUITY COMPANY; PRUDENTIAL BANK & TRUST, FBS, AS DIRECTED TRUSTEE OF THE ROLLINS, INC. 401(K) PLAN TRUST; ALLIANT INSURANCE SERVICES, INC.; ALLIANT RETIREMENT SERVICES, LLC; LPL FINANCIAL LLC; PAUL E. NORTHEN, JOHN WILSON, JERRY GAHLHOFF, JAMES BENTON and A. KEITH PAYNE in their capacities as members of the Administrative Committee; and John and Jane Does 1-10, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Rollins, Inc. as Administrator of the Rollins 401(k) Savings Plan ("Plan"), the Plan's Administrative Committee (without conceding whether it is an entity capable of being sued), Paul E. Northen, John Wilson, Jerry Gahlhoff, James Benton, and A. Keith Payne (together the "Rollins Defendants"), hereby move to dismiss this action with prejudice.  As set forth more fully in the accompanying Brief in Support ("Brief"), (1) Plaintiffs' First Amended Complaint ("FAC") is an impermissible "shotgun pleading" that fails to meet the standards of Federal Rule of Civil Procedure 8(a); (2) the FAC fails to state a plausible claim for any of the matters that were considered in the administrative proceeding from which this case arises; (3) the new claims in the FAC are barred by Plaintiffs' failure to exhaust administrative remedies prior to filing suit; and (4) Plaintiffs' claims are barred by ERISA's statute of repose to the extent they are based on allegations of conduct more than 6 years old.

Dismissal of the action with prejudice is warranted here because, as explained more fully in the Brief, Plaintiffs have had multiple opportunities to present their claims fairly and properly, and their failures to plead a plausible claim cannot be cured through further amendment of the pleadings.  Moreover, an award of attorneys' fees under 29 U.S.C. § 1132(g)(1) is appropriate due to Plaintiffs'

chaotic pleading of their claims, their perfunctory misuse of the administrative claims process, and their assertion of new claims that were not administratively exhausted and nevertheless still fail to state a plausible claim.

WHEREFORE, for the reasons set forth in the Brief, the Rollins Defendants respectfully request that the Court dismiss with prejudice the FAC in its entirety.

Respectfully submitted this 15th day of July, 2022.

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ W. Bard Brockman*
W. Bard Brockman, Georgia Bar No. 084230
bard.brockman@bclplaw.com
Michael P. Carey, Georgia Bar No. 109364
michael.carey@bclplaw.com
Ann Ferebee, Georgia Bar No. 431941
ann.ferebee@bclplaw.com
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309
Telephone: (404) 572-6600
Facsimile: (404) 572-6999

Jeffrey S. Russell (*pro hac vice*)
jsrussell@bclplaw.com
211 North Broadway, Suite 3600
St. Louis, Missouri  63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020

*Attorneys for the Rollins Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing **THE ROLLINS DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system which will send email notification of such filing to all counsel of record.

This 15th day of July, 2022.

/s/ *W. Bard Brockman*
W. Bard Brockman
Georgia Bar No. 084230

*Attorney for the Rollins Defendants*