**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

MARCIA G. FLEMING, CASEY FREEMAN, DAVID GUYON, ANTHONY LOSCALZO, PATRICK ROSEBERRY, and JULIO SAMANIEGO individually, on behalf of the Rollins, Inc. 401(k) Savings Plan and on behalf of all similarly situated participants and beneficiaries of the Plan,

Plaintiffs,

v.

ROLLINS, INC.; THE ADMINISTRATIVE COMMITTEE OF THE ROLLINS, INC. 401(k) SAVINGS PLAN, BOTH INDIVIDUALLY AND AS THE *DE FACTO* INVESTMENT COMMITTEE OF THE ROLLINS, INC. 401(K) SAVINGS PLAN; EMPOWER RETIREMENT, LLC F/K/A PRUDENTIAL INSURANCE AND ANNUITY COMPANY; PRUDENTIAL BANK & TRUST, FBS, AS DIRECTED TRUSTEE OF THE ROLLINS, INC. 401(K) PLAN TRUST; ALLIANT INSURANCE SERVICES, INC.; ALLIANT RETIREMENT SERVICES, LLC; LPL FINANCIAL LLC; PAUL E. NORTHEN, JOHN WILSON, JERRY GAHLHOFF, JAMES BENTON and A. KEITH PAYNE in their capacities as members of the Administrative Committee; and John and Jane Does 1-10,

Defendants.

Civil Action File
No. 1:21-cv-05343-ELR

**DECLARATION OF MICHAEL CAREY IN SUPPORT OF THE ROLLINS DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Pursuant to 28 U.S.C. § 1746, I, Michael Carey, declare and state as follows:

1. I am over 21 years of age and am competent to give this Declaration. I am an attorney with Bryan Cave Leighton Paisner LLP ("BCLP"), counsel for the Rollins Defendants in this action.

2. I submit this declaration in support of the Rollins Defendants' Motion to Dismiss First Amended Complaint. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would testify competently thereto.

3. Attached hereto as Exhibit 1 is a true and correct copy of a letter from Paul Sharman on behalf of the Plaintiffs in this action to W. Bard Brockman of BCLP, dated December 10, 2020, requesting that the Administrative Committee ("Committee") of the Rollins 401(k) Savings Plan ("Plan") adjudicate certain enumerated administrative claims (the "Claims").

4. Attached hereto as Exhibit 2 is a true and correct copy of a letter from Eddie Northen, Chairman of the Committee, to Mr. Sharman, dated December 21, 2020, regarding the Claims.

5. Attached hereto as Exhibit 3 is a true and correct copy of a letter from Mr. Northen to Mr. Sharman, dated March 1, 2021, informing Mr. Sharman of the result of the Committee's adjudication of the Claims.

6. Attached hereto as Exhibit 4 is a true and correct copy of a letter from Mr. Sharman to Mr. Northen, dated March 9, 2021, submitting an administrative appeal on behalf of the Plaintiffs, regarding each of the Claims.

7. Attached hereto as Exhibit 5 is a true and correct copy of an email dated March 19, 2021 from Mr. Brockman to Mr. Sharman and Jon Pels, who also represents the Plaintiffs in this action, transmitting a copy of the administrative record relating to the Claims.

8. Attached hereto as Exhibits 6 through 37 are true and correct copies of the documents transmitted in connection with Mr. Brockman's March 19, 2021 email (Exhibit 5). These documents constitute the administrative record referred to in the Rollins Defendants' motion to dismiss and supporting brief:

   a. Exhibit 6 is a memorandum dated February 15, 2021 from BCLP to the Committee, bates numbered ROLLINS_0000001 through 0000015, in connection with the Committee's review of the Claims. The memorandum is accompanied by two tables prepared by BCLP, bates numbered ROLLINS_0000016 through ROLLINS_0000018, compiling and summarizing data (expense ratios and 1-year, 5-year and 10-year performance versus benchmark) regarding the Plan

investments described in the Complaint during the years 2012 through 2020.

b. Exhibit 7 is a compilation of minutes from Committee meetings held between May 20, 2009 and November 10, 2020, bates numbered ROLLINS_0000019 through 0000228. Exhibit 7 is identical to the document marked Exhibit 2 to the Complaint (ECF 1-2).

c. Exhibit 8, bates numbered ROLLINS_0000229 through 0000419, is an exemplar "book" of meeting materials shared with Committee members in advance of a Committee meeting, as described more fully in Exhibit 6 at ROLLINS_0000005.

d. Exhibit 9 is a copy of the Plan's Investment Policy Statement as of February 23, 2018, bates numbered ROLLINS_0000420 through 0000422. Exhibit 9 is identical to the document marked Exhibit 5 to the Complaint (ECF 1-5) and Exhibit 3 to the FAC (ECF 53-3).

e. Exhibit 10 is a copy of the amended and restated Plan document effective February 1, 2015, bates numbered ROLLINS_0000423 through 0000511. Exhibit 10 is identical to the document marked Exhibit 1 to the Complaint (ECF 1-1) and Exhibit 1 to the FAC (ECF 53-1).

f. Exhibit 11 is a copy of the Rollins 401(k) Savings Plan Prospectus dated January, 2020, bates numbered ROLLINS_0000512 through 0000519.

g. Exhibits 12 through 17 are the publicly filed Form 5500s for the Plan for the years 2014 through 2019:

| **Exhibit** | **Year** | **Beginning Bates** |
|---|---|---|
| 12 | 2014 | ROLLINS_0000520 |
| 13 | 2015 | ROLLINS_0000561 |
| 14 | 2016 | ROLLINS_0000602 |
| 15 | 2017 | ROLLINS_0000642 |
| 16 | 2018 | ROLLINS_0000682 |
| 17 | 2019 | ROLLINS_0000723 |

h. Exhibits 18 through 26 are the Plan's 404(a) fee disclosures to participants for the years 2012 through 2020:

| **Exhibit** | **Year** | **Beginning Bates** |
|---|---|---|
| 18 | 2012 | ROLLINS_0000762 |
| 19 | 2013 | ROLLINS_0000772 |

| | | |
|---|---|---|
| 20 | 2014 | ROLLINS_0000783 |
| 21 | 2015 | ROLLINS_0000794 |
| 22 | 2016 | ROLLINS_0000806 |
| 23 | 2017 | ROLLINS_0000818 |
| 24 | 2018 | ROLLINS_0000830 |
| 25 | 2019 | ROLLINS_0000840 |
| 26 | 2020 | ROLLINS_0000853 |

i. Exhibits 27 through 35 are Prudential's 408(b)(2) disclosures to the Plan for the years 2012 through 2020:

| **Exhibit** | **Year** | **Beginning Bates** |
|---|---|---|
| 27 | 2012 | ROLLINS_0000859 |
| 28 | 2013 | ROLLINS_0000904 |
| 29 | 2014 | ROLLINS_0000984 |
| 30 | 2015 | ROLLINS_0001096 |
| 31 | 2016 | ROLLINS_0001128 |
| 32 | 2017 | ROLLINS_0001160 |
| 33 | 2018 | ROLLINS_0001176 |

| 34 | 2019 | ROLLINS_0001258 |
|---|---|---|
| 35 | 2020 | ROLLINS_0001326 |

j. Exhibit 36 is a copy of the Plan's services agreement with Prudential, bates numbered ROLLINS_0001342 through 0001421. Exhibit 36 is identical to the document marked Exhibit 3 to the Complaint (ECF 1-3).

k. Exhibit 37 is a slide presentation dated February 19, 2021, prepared by BCLP for the Committee in connection with the Committee's review of the Claims, bates numbered ROLLINS_0001422 through 0001436.

9. Exhibit 38 is a true and correct copy of a letter from Mr. Northen to Mr. Sharman dated May 6, 2021, informing Mr. Sharman of the Committee's final adjudication of the Plaintiffs' appeal.

10. Exhibit 39 is a true and correct copy of the publicly filed Form 5500 for the Plan for the year 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of July, 2022 in Atlanta, Fulton County, Georgia.

Michael P. Carey