# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARCIA G. FLEMING, CASEY FREEMAN, DAVID GUYON, ANTHONY LOSCALZO, PATRICK ROSEBERRY, and JULIO SAMANIEGO individually, on behalf of the Rollins, Inc. 401(k) Savings Plan and on behalf of all similarly situated participants and beneficiaries of the Plan,<br><br>    Plaintiffs,<br><br>v.<br><br>ROLLINS, INC.; THE ADMINISTRATIVE COMMITTEE OF THE ROLLINS, INC. 401(k) SAVINGS PLAN, BOTH INDIVIDUALLY AND AS THE *DE FACTO* INVESTMENT COMMITTEE OF THE ROLLINS, INC. 401(K) SAVINGS PLAN; EMPOWER RETIREMENT, LLC F/K/A PRUDENTIAL INSURANCE AND ANNUITY COMPANY; PRUDENTIAL BANK & TRUST, FBS, AS DIRECTED TRUSTEE OF THE ROLLINS, INC. 401(K) PLAN TRUST; ALLIANT INSURANCE SERVICES, INC.; ALLIANT RETIREMENT SERVICES, LLC; LPL FINANCIAL LLC; PAUL E. NORTHEN, JOHN WILSON, JERRY GAHLHOFF, JAMES BENTON and A. KEITH PAYNE in their capacities as members of the Administrative Committee; and John and Jane Does 1-10,<br><br>    Defendants. | Civil Action File<br>No. 1:21-cv-05343-ELR |

# INDEX OF EXHIBITS
## TO THE DECLARATION OF MICHAEL CAREY
## IN SUPPORT OF THE ROLLINS DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

- Exhibit 1   December 10, 2020 letter from Paul Sharman to W. Bard Brockman
- Exhibit 2   December 21, 2020 letter from Eddie Northen to Paul Sharman
- Exhibit 3   March 1, 2021 letter from Eddie Northen to Paul Sharman
- Exhibit 4   March 9, 2021 letter from Paul Sharman to Eddie Northen
- Exhibit 5   March 19, 2021 email from W. Bard Brockman to Paul Sharman/Jon Pels
- Exhibit 6   February 15, 2021 memo from BCLP to Administrative Committee
- Exhibit 7   Compilation of Administrative Committee minutes
- Exhibit 8   Exemplar "book" of Administrative Committee meeting materials
- Exhibit 9   Investment Policy Statement as of February 23, 2018
- Exhibit 10   Amended and Restated Plan Document effective February 1, 2015
- Exhibit 11   Rollins 401(k) Savings Plan Prospectus dated January 2020
- Exhibit 12   Form 5500 for 2014
- Exhibit 13   Form 5500 for 2015
- Exhibit 14   Form 5500 for 2016
- Exhibit 15   Form 5500 for 2017
- Exhibit 16   Form 5500 for 2018
- Exhibit 17   Form 5500 for 2019
- Exhibit 18   ERISA 404(a) Disclosure – 2012
- Exhibit 19   ERISA 404(a) Disclosure – 2013
- Exhibit 20   ERISA 404(a) Disclosure – 2014
- Exhibit 21   ERISA 404(a) Disclosure – 2015
- Exhibit 22   ERISA 404(a) Disclosure – 2016
- Exhibit 23   ERISA 404(a) Disclosure – 2017
- Exhibit 24   ERISA 404(a) Disclosure – 2018

- Exhibit 25  ERISA 404(a) Disclosure – 2019
- Exhibit 26  ERISA 404(a) Disclosure – 2020
- Exhibit 27  ERISA 408(b)(2) Disclosure – 2012
- Exhibit 28  ERISA 408(b)(2) Disclosure – 2013
- Exhibit 29  ERISA 408(b)(2) Disclosure – 2014
- Exhibit 30  ERISA 408(b)(2) Disclosure – 2015
- Exhibit 31  ERISA 408(b)(2) Disclosure – 2016
- Exhibit 32  ERISA 408(b)(2) Disclosure – 2017
- Exhibit 33  ERISA 408(b)(2) Disclosure – 2018
- Exhibit 34  ERISA 408(b)(2) Disclosure – 2019
- Exhibit 35  ERISA 408(b)(2) Disclosure – 2020
- Exhibit 36  Service Agreement with Prudential
- Exhibit 37  February 19, 2021 BCLP slide presentation to Administrative Committee
- Exhibit 38  May 6, 2021 letter from Eddie Northen to Paul Sharman
- Exhibit 39  Form 5500 for 2020