# EXHIBIT 2



December 21, 2020

BY ELECTRONIC MAIL – paul@sharman-law.com

Paul J. Sharman, Esq.
The Sharman Law Firm LLC
11175 Cicero Drive Suite 100
Alpharetta, GA  30022
paul@sharman-law.com

   Re:  Administrative Claims under Rollins 401(k) Savings Plan (the "Plan") Section 11.7
   Dated December 10, 2020

Dear Mr. Sharman:

This letter acknowledges the receipt of your correspondence to Mr. W. Bard Brockman dated December 10, 2020 setting forth administrative claims under Plan Section 11.7 on behalf of David Guyon, Marcia Fleming, Casey Freeman, Anthony Loscalzo, Patrick Roseberry and Julio Samaniego (the "Claim").

The Administrative Committee will consider and respond to the Claim pursuant to the procedure laid out in Plan Section 11.7(b)(1) and the requirements of 29 C.F.R. § 2560.503-1.  The Administrative Committee notes that Plan Section 11.7(b)(1) provides a 90-day period for it to consider the Claim.

Please promptly provide any additional information that you would like the Administrative Committee to consider in connection with these claims.  Any further correspondence should be addressed to me in my capacity as Chairman of the Administrative Committee, with a copy to Rollins, Inc.'s Assistant General Counsel Michael Johnson at mjohnso3@rollins.com and Mr. W. Bard Brockman at bard.brockman@bclplaw.com.

Sincerely,

Eddie Northen
Chairman of the Rollins, Inc. Administrative Committee

cc: Michael E. Johnson, Rollins, Inc. Assistant General Counsel (via email mjohnso3@rollins.com)

cc: W. Bard Brockman, Bryan Cave Leighton Paisner LLP (via email bard.brockman@bclplaw.com)