# EXHIBIT 5

Case 1:21-cv-05343-ELR   Document 75-8   Filed 07/15/22   Page 1 of 2

| | |
|---|---|
| **From:** | Brockman, Bard |
| **Sent:** | Friday, March 19, 2021 2:52 PM |
| **To:** | 'Paul Sharman'; Jon Pels |
| **Cc:** | 'enorthen@Rollins.com'; Johnson, Michael E. (mjohnso3@rollins.com); 'Smith, Teresa' |
| **Subject:** | Rollins, Inc. 401(k) Plan // Appeal of Administrative Claim // Production of Requested Documents |

Paul / Jon:

In response to the request in Paul's letter dated March 9, 2021, we are forwarding a link (highlighted below) to the requested documents. The documents are protected with the following password: p@rW202!  The production is Bates-numbered ROLLINS_0000001 through ROLLINS_0001436, and many of the documents have been stamped "Confidential" in accordance with the Confidentiality Agreement we executed earlier this week.  Please let me know if you have any trouble accessing the production.

Use the following links to download your file(s).

<u>Click to Retrieve File(s)</u>

Vol001.zip

Note: These files will expire in 14 days from the time this email was generated.

Bard



W. BARD BROCKMAN
Partner
bard.brockman@bclplaw.com
F: +1 404 420 0507

BRYAN CAVE LEIGHTON PAISNER LLP
One Atlantic Center 14th Floor, 1201 W. Peachtree St., N.W., Atlanta, GA 30309-3471
T: +1 404 572 4507

200 South Biscayne Boulevard, Suite 400, Miami, FL 33131-5354
T: +1 786 322 7388
**bclplaw.com**