# EXHIBIT 9

## Rollins, Inc. Deferred Compensation Plan
## Investment Policy Statement

**I.  Investment Policy**

The Investment Policy Statement sets forth the guidelines for the selection of investment choices available to participants in the Rollins, Inc. Deferred Compensation Plan (the "Plan"). It covers all investment funds whether currently existent or established in the future.

**II.  Responsibilities and Authorities**

    **A.  The Rollins, Inc. Administrative Committee (the "Administrative Committee")**

    The Administrative Committee is responsible for selecting the fund managers included as investment options for the Plan. The Administrative Committee is also responsible for the implementation and upkeep of this Investment Policy Statement.

    **B.  Investment Advisor**

    The Administrative Committee will select an investment advisor to provide additional expertise in formulating the Investment Policy, recommending investment funds, and evaluating those funds' overall performance. Selection of the Investment Advisor will be based upon criteria established by the Administrative Committee.

**III.  Investment Options**

The Administrative Committee recognizes that there is investment risk in all investment options. More specifically, individual participants have their own level of risk tolerance for their expected level of return. The Administrative Committee has provided participants with an array of investment options, allowing participants alternative investment options with distinct risk and return characteristics. Those investment options may include, but are not limited to:

1. Stable Value
2. Fixed Income Funds
3. Balanced Funds
4. Large Cap Value Equity Funds
5. Core Equity Index Funds – New 1/1/06
6. Large Cap Growth Equity Funds
7. Mid Cap Value Equity Funds
8. Global Equity Funds

## IV. Selection Criteria for Investment Funds

### A. Performance Criteria

In selecting investment funds, the Administrative Committee will generally apply the following applicable performance standard:

Stable value funds should outperform five-year Treasuries over three- or five-year periods.

Equity and fixed-income actively managed funds should rank in the top 50% of the applicable Morningstar Category in either a three- OR five-year time period. There are no quarterly criteria.

Equity and fixed-income Index Funds (*i.e.*- Passive Index Funds) should perform within a 100 basis point tracking error band plus management fees of the applicable Index for that asset class, as stated in the Index Fund's prospectus, over three- or five-year periods.

### B. Fund Manager Criteria

1. Managers must have verifiable/audited returns for three years.

2. Management fees should be consistent with the fees within the Morningstar Category.

3. Managers must have had no ongoing regulatory investigation relating to a specific fund in the Plan.

4. Managers considered must have shown stability of both personnel and accounts.

### C. Monitoring and Control

The Administrative Committee will evaluate funds' performance at least annually with the assistance of the investment advisor. The Administrative Committee may also utilize a consultant and/or recordkeeper to assist in monitoring the selected funds. A fund may be replaced at any time at the sole discretion of the Administrative Committee. A fund will be reevaluated if the fund experiences:

1. Significant under-performance versus funds of a similar discipline over three- AND five-year time periods.

    i. While it is not expected that performance will be satisfied each time period measured, it is expected that performance goals will be met over a full market cycle (three to five years historically), or if shorter, a three-year moving time period.

2

      ii. Analysis of performance should always be within the context of the prevailing investment environment and the individual fund's particular style and risk level.

2. Change or loss of key personnel.

3. A change in business practices may cause a drain of attention or time from those funds in the Plan.

4. A real or perceived change in investment style or discipline.

5. Failure to alert the Administrative Committee and/or its investment advisor of pertinent changes, lawsuits, or inquiries about regulatory violations.

6. Misconduct, misrepresentation or lapse in integrity.

The Administrative Committee may also consider other factors it deems appropriate, in making a decision to retain or a replace fund. The decision to retain or replace a fund will be made on an individual basis, taking into account all facts and circumstances and will not be made solely based on quantitative data.

**D. Other**

1. The Plan's designated recordkeepers will provide such services as account statements and other communications with participants. The Administrative Committee intends to provide Plan participants with the opportunity to obtain an investment election and with fund performance information. This should allow the participants the opportunity to materially affect the potential risk, return and diversification of their own accounts.

2. The Administrative Committee shall review this policy statement at least annually and may amend this policy as necessary.

3. The Administrative Committee shall meet at least annually and minutes shall be taken.

4. In the event that a participant or beneficiary fails to direct the investment of any amounts in the Plan, the Administrative Committee shall select a default investment alternative for the investment of such amounts.

ADOPTION OF INVESMENT POLICY

Date of Adoption: 2/23/18

By: /. EM. /W/

3

ROLLINS_0000422