# EXHIBIT 11

# EXHIBIT 42

ROLLINS_0000512

# Rollins 401(k) Savings Plan

## Prospectus
## January 2020

**GENERAL**

This document, together with the documents incorporated herein, constitute a prospectus under the Securities Act of 1933 relating to common stock of Rollins, Inc. ("Rollins Stock") under the Rollins 401(k) Savings Plan (the "Plan"). A total of 4,260,000 shares of Rollins Stock have been registered with the Securities Exchange Commission for acquisition under the Plan.

**INCORPORATION OF THE SUMMARY PLAN DESCRIPTION**

The Summary Plan Description ("SPD") for the Plan which is hereby incorporated by reference herein, contains a description of the material Plan terms, including the eligibility, the contributions that you and your employer may make to the Plan, how to invest in Rollins Stock and other investment funds, and how to receive distributions from the Plan.

A copy of the SPD has been provided with this document. You may also obtain a copy of the SPD by contacting the Rollins benefits department at (404) 888-2363.

**INCORPORATION OF CERTAIN DOCUMENTS BY REFERENCE**

The following documents filed with the Securities and Exchange Commission by Rollins, Inc. ("Rollins") are hereby incorporated by reference herein:

1. Annual Report on Form 10-K for the fiscal year ended December 31, 2006, including the material incorporated by reference to the proxy statement contained in the Schedule 14A filed March 27, 2007; and;

2. Current Report on Form 10-Q for the quarter ended March 31, 2007;

3. Current Reports on Forms 8-K filed on January 29, February 7, March 1, April 4, April 25 and May 1, 2007;

4. The Plan's most recent annual report on Form 11-K;

5. The description of Rollins Stock contained in the registration statement filed under Section 12 of the Securities Exchange Act of 1934, and any amendment or report filed for the purpose of updating such description; and

6. All documents filed by Rollins or the Plan pursuant to Sections 13(a), 13(c), 14 and 15(d) of the Securities Exchange Act of 1934, as amended, after the filing of the Registration Statement on Form S-8 filed by Rollins with respect to the Plan (and prior to the filing of a post-effective amendment to the Registration

---

**This document constitutes part of a prospectus covering securities registered under the Securities Act of 1933.**

ROLLINS_0000513

Statement which indicates that all securities offered thereby have been sold or which deregisters all securities then remaining unsold) will be deemed to be incorporated by reference herein and to be a part hereof from the date of the filing of such reports and documents.

Rollins will provide without charge, to each person to whom this prospectus documents are delivered, at the written or oral request of such persons, a copy of any or all of the foregoing documents incorporated herein by reference, other than exhibits to such documents (unless such exhibits are specifically incorporated by reference into the foregoing documents). Rollins also will provide without charge, upon request, a copy of its latest Annual Report to Shareholders. Written or telephone requests should be directed to: Rollins, Inc., attn: General Counsel, 2170 Piedmont Road, NE, Atlanta, GA 30324, (404) 888-2000.

### DESCRIPTION OF INVESTMENT FUNDS

The following is a description of investment funds that are available under the Plan as of the date of this Prospectus. Each of the funds is subject to investment management fees that are automatically deducted from the fund and reduce the return you would otherwise receive on your investments. In addition, your investment in funds under the Plan will be subject to any restrictions on trading frequency or frequent trading fees that apply under the fund's policies. Please see the prospectus for each fund for the fund's individual expense ratio and further information regarding the terms and conditions of the fund.

Please note that the cumulative effect of fees and expenses can substantially reduce your retirement savings. You may visit the U.S. Department of Labor web site for a demonstration of the long-term effect of fees and expenses. Fees and expenses are only one of several factors to be considered when making investment decisions.

Information regarding the historical performance of the funds available under the Plan is provided in the Five-Year Annual Fund Performance Table in this document.

***Prudential Guaranteed Fund.*** This fund is designed to provide safety of principal and competitive stable guaranteed funds.

***Metropolitan West Total Return Bond P Fund.*** The investment seeks to maximize long-term total return. The fund pursues its objective by investing, under normal circumstances, at least 80% of its net assets in investment grade fixed income securities or unrated securities that are determined by the Advisor to be of similar quality. Up to 20% of the fund's net assets may be invested in securities rated below investment grade. The fund also invests at least 80% of its net assets plus borrowings for investment purposes in fixed income securities it regards as bonds.

***Vanguard Total Bond Market Index.*** The investment seeks the performance of Bloomberg Barclays U.S. Aggregate Float Adjusted Index. Bloomberg Barclays U.S. Aggregate Float Adjusted Index represents a wide spectrum of public, investment-grade, taxable, fixed income securities in the United States-including government, corporate, and international dollar-denominated bonds, as well as mortgage-backed and asset-backed securities-all with maturities of more than 1 year. All of its investments will be selected through the sampling process, and at least 80% of its assets will be invested in bonds held in the index.

ROLLINS_0000514

***Oakmark Equity & Income I Fund.*** The investment seeks income and preservation and growth of capital. The fund invests primarily in a diversified portfolio of U.S. equity and debt securities (although the fund may invest up to 35% of its total assets in equity and debt securities of non-U.S. issuers). It is intended to present a balanced investment program between growth and income by investing approximately 40-75% of its total assets in common stock, including securities convertible into common stock, and up to 60% of its total assets in debt securities issued by U.S. or non-U.S. governments and corporate entities rated at the time of purchase within the two highest grades.

***Vanguard Windsor II Fund.*** The investment seeks to provide long-term capital appreciation and income. The fund invests mainly in large- and mid-capitalization companies whose stocks are considered by an advisor to be undervalued. Undervalued stocks are generally those that are out of favor with investors and that the advisor believes are trading at prices that are below average in relation to measures such as earnings and book value. These stocks often have above-average dividend yields. It uses multiple investment advisors.

***Vanguard 500 Index Fund.*** The investment seeks to track the performance of a benchmark index that measures the investment return of large-capitalization stocks. The fund employs an indexing investment approach designed to track the performance of the Standard & Poor's 500 Index, a widely recognized benchmark of U.S. stock market performance that is dominated by the stocks of large U.S. companies. The advisor attempts to replicate the target index by investing all, or substantially all, of its assets in the stocks that make up the index, holding each stock in approximately the same proportion as its weighting in the index.

***Franklin Growth Fund.*** The investment seeks capital appreciation. The fund invests substantially in the equity securities of companies that are leaders in their industries. Although it normally invests substantially in the equity securities (principally common stocks) of U.S.-based large and medium market capitalization companies, the fund may invest in companies in new and emerging industries where growth is expected to be above average and may invest up to 25% of its assets in smaller companies.

***Victory Sycamore Established Value Fund.*** The investment seeks long-term capital growth by investing primarily in common stocks. The fund pursues its investment objective by investing, under normal circumstances, at least 80% of its assets in equity securities of companies with market capitalizations, at the time of purchase, within the range of companies comprising the Russell MidCap® Value Index. The fund may invest a portion of its assets in equity securities of foreign companies traded in the U.S., including American Depositary Receipts and Global Depositary Receipts (ADRs and GDRs).

***Vanguard Mid Cap Index.*** The investment seeks to track the performance of a benchmark index that measures the investment return of mid-capitalization stocks. The fund employs an indexing investment approach designed to track the performance of the CRSP US Mid Cap Index, a broadly diversified index of stocks of mid-size U.S. companies. The advisor attempts to replicate the target index by investing all, or substantially all, of its assets in the stocks that make up the index, holding each stock in approximately the same proportion as its weighting in the index.

***Hartford Mid Cap Y.*** The investment seeks long-term growth of capital. The fund invests at least 80% of its assets in common stocks of mid-capitalization companies. The sub-adviser

3

defines mid-capitalization companies as companies with market capitalizations within the collective range of the Russell Midcap and S&P MidCap 400 Indices.

***T. Rowe Price New Horizons.*** The investment seeks long-term capital growth. The fund invests primarily in a diversified group of small, emerging growth companies, preferably early in their corporate life cycle before the companies become widely recognized by the investment community. It may also invest in companies that offer the possibility of accelerating earnings growth because of rejuvenated management, new products, or structural changes in the economy.

***Victory Sycamore Small Company Opp.*** The investment seeks capital appreciation. The fund invests primarily in the equity securities of smaller companies that the Adviser believes to be undervalued relative to the underlying earnings potential of the company. Under normal circumstances, the fund will invest at least 80% of its assets in equity securities of small companies. "Small companies" are companies that at the time of purchase have market capitalizations within the range of companies comprising the Russell 2000® Value Index.

***Vanguard Small Cap Index.*** The investment seeks to track the performance of a benchmark index that measures the investment return of small-capitalization stocks. The fund employs an indexing investment approach designed to track the performance of the CRSP US Small Cap Index, a broadly diversified index of stocks of small U.S. companies. The advisor attempts to replicate the target index by investing all, or substantially all, of its assets in the stocks that make up the index, holding each stock in approximately the same proportion as its weighting in the index.

***American Funds Capital World Growth and Income Fund.*** The investment seeks long-term growth of capital while providing current income. The fund invests primarily in common stocks of well-established companies located around the world, many of which have the potential to pay dividends. It invests, on a global basis, in common stocks that are denominated in U.S. dollars or other currencies. Under normal market circumstances, the fund will invest a significant portion of its assets in securities of issuers domiciled outside the United States, including those based in developing countries.

***American Funds EuroPacific Growth.*** The investment seeks long-term growth of capital. The fund invests primarily in common stocks of issuers in Europe and the Pacific Basin that the investment adviser believes have the potential for growth. Growth stocks are stocks that the investment adviser believes have the potential for above-average capital appreciation. It normally will invest at least 80% of its net assets in securities of issuers in Europe and the Pacific Basin. The fund may invest a portion of its assets in common stocks and other securities of companies in emerging markets.

***Vanguard Total International Stock Index.*** The investment seeks to track the performance of a benchmark index that measures the investment return of stocks issued by companies located in developed and emerging markets, excluding the United States. The fund employs an indexing investment approach designed to track the performance of the FTSE Global All Cap ex US Index, a float-adjusted market-capitalization-weighted index designed to measure equity market performance of companies located in developed and emerging markets, excluding the United States. It invests all, or substantially all, of its assets in the common stocks included in its target index.

ROLLINS_0000516

***Rollins, Inc. Company Stock Fund.*** This fund is invested primarily in shares of Rollins, Inc. common stock.

## IMPORTANCE OF DIVERSIFICATION

A well-balanced and diversified investment portfolio is important to the long-term financial security of you and your beneficiaries. Broadly defined, diversification means having an investment portfolio mixed among different asset classes, such as stocks, bonds, and cash. The stock of a single company is subject to greater risk than diversified portfolios such as mutual fund investments. The value of an individual stock is subject to volatility and may decline over time. Most financial planners agree that having more than 20% of your total investment portfolio in any individual stock results in unnecessary risk-taking and wouldn't be considered adequate diversification.

## FIVE-YEAR ANNUAL FUND PERFORMANCE

The following table compares the cumulative five-year return on each of the investment funds offered under the Plan from 2015 through 2019. The table also assumes capital appreciation (depreciation) and reinvestment of dividends and income for each fund other than the Rollins Stock Fund; and dividend reinvestment with regard to the Rollins Stock Fund. The returns shown are net of investment management fees charged for the fund. For year-to-date returns, please consult Prudential at (877) 778-2100 or visit the Prudential website at www.prudential.com/online/retirement.

| Category | Fund Name | Ticker Symbol | 2015 Annual Return % | 2016 Annual Return % | 2017 Annual Return % | 2018 Annual Return % | 2019 Annual Return % |
|---|---|---|---|---|---|---|---|
| Stable Value | Prudential Guaranteed Fund * | n/a | 3.01 | 2.85 | 2.64 | 2.81 | 2.76 |
| Intermediate Bond | Metropolitan West Total Return Bond Plan | MWTSX | 0.25 | 2.56 | 3.49 | 0.29 | 9.23 |
| Bond Index | Vanguard Total Bond Market | VBTLX | 0.40 | 2.60 | 3.56 | -0.03 | 8.71 |
| Moderate Allocation | Oakmark Equity & Income Fund | OANBX | -4.60 | 11.00 | 14.65 | -8.15 | 19.50 |
| Large Cap Value | Vanguard Windsor II Fund | VWNAX | -3.14 | 13.49 | 16.89 | -8.53 | 29.16 |
| Large Cap Blend | Vanguard 500 Index Fund | VFIAX | 1.36 | 11.93 | 21.79 | -4.43 | 31.46 |
| Large Cap Growth | Franklin Growth Fund Adv | FCGAX | 2.20 | 8.68 | 27.13 | -3.15 | 32.52 |
| Mid Cap Value | Victory Sycamore Established Value | VEVRX | 1.03 | 21.11 | 16.08 | -9.95 | 28.82 |
| Mid Cap Blend | Vanguard Mid Cap Index | VIMAX | -1.34 | 11.22 | 19.25 | -9.23 | 31.03 |
| Mid Cap Growth | Hartford MidCap Y | HMDYX | 1.75 | 11.91 | 24.36 | -7.32 | 32.68 |
| Small Cap Value | Victory Small Company Opp | VSOIX | -0.39 | 30.04 | 11.88 | -8.26 | 26.94 |
| Small Cap Blend | Vanguard Small Cap Index | VSMAX | -3.64 | 18.30 | 16.24 | -9.31 | 27.37 |
| Small Cap Growth | T. Rowe Price New Horizons Fund | PRJIX | 4.54 | 7.95 | 31.67 | 4.17 | 37.85 |

5

| Category | Fund Name | Ticker Symbol | 2015 Annual Return % | 2016 Annual Return % | 2017 Annual Return % | 2018 Annual Return % | 2019 Annual Return % |
|---|---|---|---|---|---|---|---|
| Foreign Large Blend | American Funds Capital World Growth and Income Fund | RWIGX | -1.88 | 6.85 | 25.08 | -9.97 | 25.74 |
| Foreign Large Blend | Vanguard Total Intl Stock Index | VTIAX | -4.26 | 4.67 | 27.55 | -14.43 | 21.51 |
| World Stock | American Funds EuroPacific Growth Fund | RERGX | -0.48 | 1.01 | 31.17 | -14.1 | 26.98 |
| Stock | Rollins, Inc. Company Stock Fund | ROL | 19.30 | 32.40 | 39.40 | 17.90 | |

PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE RESULTS.

*The book value performance presented above is based on actual contract crediting rates of the Rollins Inc. Prudential Stable Value Fund. Rates are calculated according to the crediting rate formula set forth in the contract and are net of 0.50% fee imposed under the contract. Crediting rates are influenced by several factors, including the underlying investment strategy, the timing and magnitude of cash flows and the market yield environment.

## GoalMaker

GoalMaker is an optional asset allocation program offered through the Plan at no additional cost. GoalMaker can help you target the asset classes best suited to your retirement goals using the investment options offered through your retirement plan. GoalMaker periodically rebalances your account to ensure that it matches your chosen GoalMaker portfolio. There are three distinct portfolios; Conservative, Moderate and Aggressive- each depending on your risk tolerance and years to retirement.

### Conservative Allocations

| Years to Retirement → | 0-5 Yrs. | 6-10 Yrs. | 11-15 Yrs. | 16+ Yrs. |
|---|---|---|---|---|
| Stable Value<br>**Prudential Guaranteed Fund** | 44% | 39% | 23% | 14% |
| Fixed Income<br>**Metropolitan West Total Return Bond Fund** | 32% | 27% | 26% | 16% |
| Large Cap Stock – Growth<br>**Franklin Growth Adv** | 5% | 7% | 11% | 15% |
| Large Cap Stock – Value<br>**Vanguard Windsor II Fund** | 5% | 7% | 11% | 15% |
| Small/Mid Cap Stock – Growth<br>**T. Rowe Price New Horizons Fund** | 3% | 4% | 6% | 8% |
| Small/Mid Cap Stock – Value<br>**Victory Sycamore Established Value Fund** | 3% | 4% | 6% | 8% |
| International Stock<br>**American Funds EuroPacific Gr R6** | 8% | 12% | 17% | 24% |

### Moderate Allocations

| Years to Retirement → | 0-5 Yrs. | 6-10 Yrs. | 11-15 Yrs. | 16+ Yrs. |
|---|---|---|---|---|
| Stable Value<br>**Prudential Guaranteed Fund** | 35% | 23% | 16% | 7% |
| Fixed Income<br>**Metropolitan West Total Return Bond Fund** | 25% | 26% | 19% | 8% |

ROLLINS_0000518

| Years to Retirement → | 0-5 Yrs. | 6-10 Yrs. | 11-15 Yrs. | 16+ Yrs. |
|---|---|---|---|---|
| Large Cap Stock – Growth<br>  Franklin Growth Adv | 8% | 11% | 14% | 17% |
| Large Cap Stock – Value<br>  Vanguard Windsor II Fund | 8% | 11% | 14% | 17% |
| Small/Mid Cap Stock – Growth<br>  T. Rowe Price New Horizons Fund | 5% | 6% | 7% | 10% |
| Small/Mid Cap Stock – Value<br>  Victory Sycamore Established Value Fund | 5% | 6% | 7% | 10% |
| International Stock<br>  American Funds EuroPacific Gr R6 Fund | 14% | 17% | 23% | 31% |

**Aggressive Allocations**

| Years to Retirement → | 0-5 Yrs. | 6-10 Yrs. | 11-15 Yrs. | 16+ Yrs. |
|---|---|---|---|---|
| Stable Value<br>  Prudential Guaranteed Fund | 21% | 16% | 9% | 0% |
| Fixed Income<br>  Metropolitan West Total Return Bond Fund | 25% | 19% | 11% | 0% |
| Large Cap Stock – Growth<br>  Franklin Growth Adv | 12% | 14% | 16% | 19% |
| Large Cap Stock – Value<br>  Vanguard Windsor II Fund | 12% | 14% | 16% | 19% |
| Small/Mid Cap Stock – Growth<br>  T. Rowe Price New Horizons Fund | 6% | 7% | 10% | 13% |
| Small/Mid Cap Stock – Value<br>  Victory Sycamore Established Value Fund | 6% | 7% | 10% | 13% |
| International Stock<br>  American Funds EuroPacific Gr R6 Fund | 18% | 23% | 28% | 36% |

This information does not contain investment advice relating to your particular circumstances. No investment decision should be made based on this information without first obtaining appropriate professional advice and considering your circumstances.