# EXHIBIT 15

| **Form 5500** | **Annual Return/Report of Employee Benefit Plan** | OMB Nos. 1210-0110 1210-0089 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code). | **2017** |
| Department of Labor Employee Benefits Security Administration | ▶ **Complete all entries in accordance with the instructions to the Form 5500.** | |
| Pension Benefit Guaranty Corporation | | **This Form is Open to Public Inspection** |

## Part I    Annual Report Identification Information

For calendar plan year 2017 or fiscal plan year beginning  01/01/2017                and ending   12/31/2017

**A** This return/report is for:   ☐ a multiemployer plan      ☐ a multiple-employer plan (Filers checking this box must attach a list of participating employer information in accordance with the form instructions.)

☒ a single-employer plan      ☐ a DFE (specify) ____

**B** This return/report is:      ☐ the first return/report      ☐ the final return/report

☐ an amended return/report      ☐ a short plan year return/report (less than 12 months)

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**D** Check box if filing under:   ☒ Form 5558      ☐ automatic extension      ☐ the DFVC program

☐ special extension (enter description)

## Part II    Basic Plan Information—enter all requested information

| | |
|---|---|
| **1a** Name of plan ROLLINS 401(K) SAVINGS PLAN | **1b** Three-digit plan number (PN) ▶   002 |
| | **1c** Effective date of plan 10/01/1983 |
| **2a** Plan sponsor's name (employer, if for a single-employer plan) Mailing address (include room, apt., suite no. and street, or P.O. Box) City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions) ROLLINS, INC & SUBSIDIARIES<br><br>2170 PIEDMONT RD NE ATLANTA, GA 30324-4135 | **2b** Employer Identification Number (EIN) 51-0068479 |
| | **2c** Plan Sponsor's telephone number 404-888-2000 |
| | **2d** Business code (see instructions) 561710 |

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 07/23/2018 | TERESA SMITH |
|---|---|---|---|
| | **Signature of plan administrator** | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | Filed with authorized/valid electronic signature. | 07/23/2018 | TERESA SMITH |
| | **Signature of employer/plan sponsor** | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | |
| | **Signature of DFE** | Date | Enter name of individual signing as DFE |

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.     Form 5500 (2017) v. 170203

ROLLINS_0000642

| Form 5500 (2017) | | Page **2** | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **3a** Plan administrator's name and address ☒ Same as Plan Sponsor | | **3b** Administrator's EIN | |
| | | **3c** Administrator's telephone number | |

| | | | |
|---|---|---|---|
| **4** If the name and/or EIN of the plan sponsor or the plan name has changed since the last return/report filed for this plan, enter the plan sponsor's name, EIN, the plan name and the plan number from the last return/report: | | **4b** EIN | |
| **a** Sponsor's name | | **4d** PN | |
| **c** Plan Name | | | |

| | | | |
|---|---|---|---|
| **5** Total number of participants at the beginning of the plan year | | **5** | 11869 |
| **6** Number of participants as of the end of the plan year unless otherwise stated (welfare plans complete only lines **6a(1), 6a(2), 6b, 6c,** and **6d**). | | | |
| **a(1)** Total number of active participants at the beginning of the plan year ...................................... | | **6a(1)** | 10148 |
| **a(2)** Total number of active participants at the end of the plan year ...................................... | | **6a(2)** | 9675 |
| **b** Retired or separated participants receiving benefits ...................................................... | | **6b** | 62 |
| **c** Other retired or separated participants entitled to future benefits .................................... | | **6c** | 1966 |
| **d** Subtotal. Add lines **6a(2), 6b,** and **6c**. ...................................................................... | | **6d** | 11703 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits. .......... | | **6e** | 0 |
| **f** Total. Add lines **6d** and **6e**. .......................................................................................... | | **6f** | 11703 |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item).................................................................. | | **6g** | 11314 |
| **h** Number of participants who terminated employment during the plan year with accrued benefits that were less than 100% vested.................................................................................... | | **6h** | 349 |
| **7** Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item)........... | | **7** | |

**8a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristics Codes in the instructions:

  2J   2E   2F   2K   2G   3H   2T   2S   3D

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristics Codes in the instructions:

| | | | |
|---|---|---|---|
| **9a** Plan funding arrangement (check all that apply) | | **9b** Plan benefit arrangement (check all that apply) | |
| **(1)** ☒ Insurance | | **(1)** ☒ Insurance | |
| **(2)** ☐ Code section 412(e)(3) insurance contracts | | **(2)** ☐ Code section 412(e)(3) insurance contracts | |
| **(3)** ☒ Trust | | **(3)** ☒ Trust | |
| **(4)** ☐ General assets of the sponsor | | **(4)** ☐ General assets of the sponsor | |

**10** Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached.  (See instructions)

| | | | |
|---|---|---|---|
| **a Pension Schedules** | | **b General Schedules** | |
| **(1)** ☒ **R** (Retirement Plan Information) | | **(1)** ☒ **H** (Financial Information) | |
| **(2)** ☐ **MB** (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary | | **(2)** ☐ **I** (Financial Information – Small Plan) | |
| | | **(3)** ☒ __1__ **A** (Insurance Information) | |
| | | **(4)** ☒ **C** (Service Provider Information) | |
| **(3)** ☐ **SB** (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary | | **(5)** ☒ **D** (DFE/Participating Plan Information) | |
| | | **(6)** ☐ **G** (Financial Transaction Schedules) | |

ROLLINS_0000643

Form 5500 (2017)                                                    Page **3**

| Part III | Form M-1 Compliance Information (to be completed by welfare benefit plans) |
|---|---|

**11a** If the plan provides welfare benefits, was the plan subject to the Form M-1 filing requirements during the plan year? (See instructions and 29 CFR 2520.101-2.) ...............................…………... ☐ Yes    ☐ No

If "Yes" is checked, complete lines 11b and 11c.

**11b** Is the plan currently in compliance with the Form M-1 filing requirements? (See instructions and 29 CFR 2520.101-2.) ...……... ☐ Yes   ☐ No

**11c** Enter the Receipt Confirmation Code for the 2017 Form M-1 annual report.  If the plan was not required to file the 2017 Form M-1 annual report, enter the Receipt Confirmation Code for the most recent Form M-1 that was required to be filed under the Form M-1 filing requirements. (Failure to enter a valid Receipt Confirmation Code will subject the Form 5500 filing to rejection as incomplete.)

Receipt Confirmation Code_____

ROLLINS_0000644

| **SCHEDULE A**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Insurance Information**<br><br>This schedule is required to be filed under section 104 of the<br>Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ **File as an attachment to Form 5500.**<br><br>▶ Insurance companies are required to provide the information<br>pursuant to ERISA section 103(a)(2). | OMB No. 1210-0110<br><br>**2017**<br><br>**This Form is Open to Public<br>Inspection** |
|---|---|---|

| For calendar plan year 2017 or fiscal plan year beginning   01/01/2017 | and ending   12/31/2017 |
|---|---|

| **A** Name of plan<br>ROLLINS 401(K) SAVINGS PLAN | **B** Three-digit<br>plan number (PN)   ▶ | 002 |
|---|---|---|

| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>ROLLINS, INC & SUBSIDIARIES | **D** Employer Identification Number (EIN)<br>51-0068479 |
|---|---|

| **Part I** | **Information Concerning Insurance Contract Coverage, Fees, and Commissions** Provide information for each contract<br>on a separate Schedule A.  Individual contracts grouped as a unit in Parts II and III can be reported on a single Schedule A. |
|---|---|

**1** Coverage Information:

**(a)** Name of insurance carrier

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

| **(b)** EIN | **(c)** NAIC<br>code | **(d)** Contract or<br>identification number | **(e)** Approximate number of<br>persons covered at end of<br>policy or contract year | Policy or contract year | |
|---|---|---|---|---|---|
| | | | | **(f)** From | **(g)** To |
| 22-1211670 | 68241 | 62072 | 11703 | 01/01/2017 | 12/31/2017 |

**2** Insurance fee and commission information. Enter the total fees and total commissions paid.  List in line 3 the agents, brokers, and other persons in descending order of the amount paid.

| **(a)** Total amount of commissions paid | **(b)** Total amount of fees paid |
|---|---|
| 0 | 0 |

**3** Persons receiving commissions and fees.  (Complete as many entries as needed to report all persons).

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base<br>commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base<br>commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**          **Schedule A (Form 5500) 2017**<br>**v. 170203**

ROLLINS_0000645

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

Schedule A  (Form 5500) 2017        Page **3**

| Part II | **Investment and Annuity Contract Information** |
|---|---|
| | Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report. |

| | | | |
|---|---|---|---|
| **4** | Current value of plan's interest under this contract in the general account at year end.................................... | **4** | 0 |
| **5** | Current value of plan's interest under this contract in separate accounts at year end...................................... | **5** | 0 |

**6** Contracts With Allocated Funds:

**a** State the basis of premium rates ▶

| | | | |
|---|---|---|---|
| **b** | Premiums paid to carrier.................................................................................... | **6b** | |
| **c** | Premiums due but unpaid at the end of the year.................................................... | **6c** | |
| **d** | If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount........................ | **6d** | |

Specify nature of costs ▶

**e** Type of contract:  (1) ☐ individual policies     (2) ☐ group deferred annuity

    (3) ☐ other (specify) ▶

**f** If contract purchased, in whole or in part, to distribute benefits from a terminating plan, check here    ▶ ☐

**7** Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

**a** Type of contract:    (1) ☐ deposit administration     (2) ☐ immediate participation guarantee

                 (3) ☐ guaranteed investment     (4) ☒ other ▶ SYNTHETIC GIC

| | | | |
|---|---|---|---|
| **b** | Balance at the end of the previous year................................................... | **7b** | |
| **c** | Additions:  (1) Contributions deposited during the year......................... | **7c(1)** | |
| | (2) Dividends and credits.................................................. | **7c(2)** | |
| | (3) Interest credited during the year.................................. | **7c(3)** | |
| | (4) Transferred from separate account............................. | **7c(4)** | |
| | (5) Other (specify below)................................................. | **7c(5)** | |
| | ▶ | | |
| | (6)Total additions................................................................. | **7c(6)** | |
| **d** | Total of balance and additions (add lines **7b** and **7c(6)**). .............................. | **7d** | |
| **e** | Deductions: | | |
| | (1) Disbursed from fund to pay benefits or purchase annuities during year | **7e(1)** | |
| | (2) Administration charge made by carrier................................... | **7e(2)** | |
| | (3) Transferred to separate account............................................ | **7e(3)** | |
| | (4) Other (specify below)............................................................ | **7e(4)** | |
| | ▶ | | |
| | (5) Total deductions.................................................................. | **7e(5)** | |
| **f** | Balance at the end of the current year (subtract line **7e(5)** from line **7d**)............ | **7f** | |

| Part III | Welfare Benefit Contract Information |
|---|---|
| | If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organizations(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit.  Where contracts cover individual employees, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report. |

**8** Benefit and contract type (check all applicable boxes)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **a** ☐ Health (other than dental or vision) | | **b** ☐ Dental | | **c** ☐ Vision | | **d** ☐ Life insurance | |
| **e** ☐ Temporary disability (accident and sickness) | | **f** ☐ Long-term disability | | **g** ☐ Supplemental unemployment | | **h** ☐ Prescription drug | |
| **i** ☐ Stop loss (large deductible) | | **j** ☐ HMO contract | | **k** ☐ PPO contract | | **l** ☐ Indemnity contract | |
| **m** ☐ Other (specify) ▶ | | | | | | | |

**9** Experience-rated contracts:

| | | | |
|---|---|---|---|
| **a** Premiums: (1) Amount received ...................................... | 9a(1) | | |
| (2) Increase (decrease) in amount due but unpaid .................. | 9a(2) | | |
| (3) Increase (decrease) in unearned premium reserve .............. | 9a(3) | | |
| (4) Earned ((1) + (2) - (3)) .................................... | | 9a(4) | |
| **b** Benefit charges (1) Claims paid ................................. | 9b(1) | | |
| (2) Increase (decrease) in claim reserves ...................... | 9b(2) | | |
| (3) Incurred claims (add (1) and (2)) .......................... | | 9b(3) | |
| (4) Claims charged ............................................ | | 9b(4) | |
| **c** Remainder of premium: (1) Retention charges (on an accrual basis) – | | | |
| (A) Commissions ............................................... | 9c(1)(A) | | |
| (B) Administrative service or other fees ...................... | 9c(1)(B) | | |
| (C) Other specific acquisition costs .......................... | 9c(1)(C) | | |
| (D) Other expenses ............................................ | 9c(1)(D) | | |
| (E) Taxes ..................................................... | 9c(1)(E) | | |
| (F) Charges for risks or other contingencies .................. | 9c(1)(F) | | |
| (G) Other retention charges ................................... | 9c(1)(G) | | |
| (H) Total retention ........................................... | | 9c(1)(H) | |
| (2) Dividends or retroactive rate refunds.  (These amounts were ☐ paid in cash, or ☐ credited.) ................ | | 9c(2) | |
| **d** Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement............... | | 9d(1) | |
| (2) Claim reserves ............................................ | | 9d(2) | |
| (3) Other reserves ............................................ | | 9d(3) | |
| **e** Dividends or retroactive rate refunds due.  (Do not include amount entered in line 9c(2).)...................... | | 9e | |

**10** Nonexperience-rated contracts:

| | | |
|---|---|---|
| **a** Total premiums or subscription charges paid to carrier .................................. | 10a | |
| **b** If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, line 2 above, report amount. ...................... | 10b | |
| Specify nature of costs. | | |

| Part IV | Provision of Information |
|---|---|

| | | |
|---|---|---|
| **11** Did the insurance company fail to provide any information necessary to complete Schedule A? ............. | ☐ Yes | ☒ No |
| **12** If the answer to line 11 is "Yes," specify the information not provided. ▶ | | |

ROLLINS_0000648

| SCHEDULE C<br>(Form 5500)<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Service Provider Information**<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2017**<br><br>**This Form is Open to Public Inspection.** |
|---|---|---|

For calendar plan year 2017 or fiscal plan year beginning    01/01/2017    and ending    12/31/2017

| **A** Name of plan<br>ROLLINS 401(K) SAVINGS PLAN | **B** Three-digit<br>plan number (PN)    ▶ | 002 |
|---|---|---|
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>ROLLINS, INC & SUBSIDIARIES | **D** Employer Identification Number (EIN)<br>51-0068479 | |

---

| **Part I** | **Service Provider Information (see instructions)** |
|---|---|

You must complete this Part, in accordance with the instructions, to report the information required for **each person** who received, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of monetary value) in connection with services rendered to the plan or the person's position with the plan during the plan year. If a person received **only** eligible indirect compensation for which the plan received the required disclosures, you are required to answer line 1 but are not required to include that person when completing the remainder of this Part.

**1  Information on Persons Receiving Only Eligible Indirect Compensation**

**a** Check "Yes" or "No" to indicate whether you are excluding a person from the remainder of this Part because they received only eligible indirect compensation for which the plan received the required disclosures (see instructions for definitions and conditions)................ ☒ Yes ☐ No

**b**  If you answered line 1a "Yes," enter the name and EIN or address of each person providing the required disclosures for the service providers who received only eligible indirect compensation.  Complete as many entries as needed (see instructions).

| **(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation |
|---|
| PRUDENTIAL RETIREMENT INSURANCE AND<br><br>06-1050034 |

| **(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation |
|---|
| |

| **(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation |
|---|
| |

| **(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation |
|---|
| |

---

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**                                                             Schedule C (Form 5500) 2017<br>v.170203

ROLLINS_0000649

Schedule C (Form 5500) 2017

Page **2-** 1

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

Schedule C (Form 5500) 2017                                    Page **3** - 1

**2.  Information on Other Service Providers Receiving Direct or Indirect Compensation.** Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

**(a)** Enter name and EIN or address (see instructions)

PRUDENTIAL RETIREMENT INSURANCE AND

06-1050034

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 13 14 15 37 38 50 64 | NONE | 115412 | Yes ☒  No ☐ | Yes ☒  No ☐ | 0 | Yes ☒  No ☐ |

**(a)** Enter name and EIN or address (see instructions)

ALLIANT RETIREMENT SERVICES

22-3723955

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 27 | NONE | 80752 | Yes ☐  No ☒ | Yes ☐  No ☐ | | Yes ☐  No ☐ |

**(a)** Enter name and EIN or address (see instructions)

WINDHAM BRANNON

58-1763439

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 29 | NONE | 36124 | Yes ☐  No ☒ | Yes ☐  No ☐ | | Yes ☐  No ☐ |

ROLLINS_0000651

Page **3** - 2

**2.  Information on Other Service Providers Receiving Direct or Indirect Compensation.**  Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

**(a)** Enter name and EIN or address (see instructions)

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan.  If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| | | | Yes ☐  No ☐ | Yes ☐  No ☐ | | Yes ☐  No ☐ |

**(a)** Enter name and EIN or address (see instructions)

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan.  If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| | | | Yes ☐  No ☐ | Yes ☐  No ☐ | | Yes ☐  No ☐ |

**(a)** Enter name and EIN or address (see instructions)

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan.  If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| | | | Yes ☐  No ☐ | Yes ☐  No ☐ | | Yes ☐  No ☐ |

ROLLINS_0000652

Page **4** - 1

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| | | |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| | |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| | | |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| | |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| | | |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| | |

ROLLINS_0000653

Schedule C (Form 5500) 2017                                         Page **5 -** 1

| Part II | Service Providers Who Fail or Refuse to Provide Information |
|---------|-----------------------------------------------------------|

**4** Provide, to the extent possible, the following information for each service provider who failed or refused to provide the information necessary to complete this Schedule.

| (a) Enter name and EIN or address of service provider (see instructions) | (b) Nature of Service Code(s) | (c) Describe the information that the service provider failed or refused to provide |
|---|---|---|
|  |  |  |
| (a) Enter name and EIN or address of service provider (see instructions) | (b) Nature of Service Code(s) | (c) Describe the information that the service provider failed or refused to provide |
|  |  |  |
| (a) Enter name and EIN or address of service provider (see instructions) | (b) Nature of Service Code(s) | (c) Describe the information that the service provider failed or refused to provide |
|  |  |  |
| (a) Enter name and EIN or address of service provider (see instructions) | (b) Nature of Service Code(s) | (c) Describe the information that the service provider failed or refused to provide |
|  |  |  |
| (a) Enter name and EIN or address of service provider (see instructions) | (b) Nature of Service Code(s) | (c) Describe the information that the service provider failed or refused to provide |
|  |  |  |
| (a) Enter name and EIN or address of service provider (see instructions) | (b) Nature of Service Code(s) | (c) Describe the information that the service provider failed or refused to provide |
|  |  |  |

ROLLINS_0000654

Schedule C (Form 5500) 2017                                    Page **6** - ‎1‎

| Part III | Termination Information on Accountants and Enrolled Actuaries (see instructions) |
|----------|----------------------------------------------------------------------|
|          | (complete as many entries as needed)                                 |

| **a** | Name: | **b** | EIN: |
|-------|-------|-------|------|
| **c** | Position: | | |
| **d** | Address: | **e** | Telephone: |

Explanation:

| **a** | Name: | **b** | EIN: |
|-------|-------|-------|------|
| **c** | Position: | | |
| **d** | Address: | **e** | Telephone: |

Explanation:

| **a** | Name: | **b** | EIN: |
|-------|-------|-------|------|
| **c** | Position: | | |
| **d** | Address: | **e** | Telephone: |

Explanation:

| **a** | Name: | **b** | EIN: |
|-------|-------|-------|------|
| **c** | Position: | | |
| **d** | Address: | **e** | Telephone: |

Explanation:

| **a** | Name: | **b** | EIN: |
|-------|-------|-------|------|
| **c** | Position: | | |
| **d** | Address: | **e** | Telephone: |

Explanation:

ROLLINS_0000655

| SCHEDULE D (Form 5500) | DFE/Participating Plan Information | OMB No. 1210-0110 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration | This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ **File as an attachment to Form 5500.** | **2017**<br><br>**This Form is Open to Public Inspection.** |

For calendar plan year 2017 or fiscal plan year beginning        01/01/2017        and ending        12/31/2017

| **A** Name of plan<br>ROLLINS 401(K) SAVINGS PLAN | **B** Three-digit plan number (PN)        ▶        002 |
|---|---|

| **C** Plan or DFE sponsor's name as shown on line 2a of Form 5500<br>ROLLINS, INC & SUBSIDIARIES | **D** Employer Identification Number (EIN)<br>51-0068479 |
|---|---|

## Part I — Information on interests in MTIAs, CCTs, PSAs, and 103-12 IEs (to be completed by plans and DFEs)
### (Complete as many entries as needed to report all interests in DFEs)

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: | | PRUDENTIAL CORE CONSERV BOND | |
|---|---|---|---|
| **b** Name of sponsor of entity listed in (a): | | PRUDENTIAL TRUST CO. | |
| **c** EIN-PN  23-6994310-126 | **d** Entity code    C | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | 88383675 |

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: | | | |
|---|---|---|---|
| **b** Name of sponsor of entity listed in (a): | | | |
| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | |

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: | | | |
|---|---|---|---|
| **b** Name of sponsor of entity listed in (a): | | | |
| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | |

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: | | | |
|---|---|---|---|
| **b** Name of sponsor of entity listed in (a): | | | |
| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | |

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: | | | |
|---|---|---|---|
| **b** Name of sponsor of entity listed in (a): | | | |
| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | |

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: | | | |
|---|---|---|---|
| **b** Name of sponsor of entity listed in (a): | | | |
| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | |

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: | | | |
|---|---|---|---|
| **b** Name of sponsor of entity listed in (a): | | | |
| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) | |

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.

Schedule D (Form 5500) 2017
v.170203

Schedule D (Form 5500) 2017                                    Page **2 -** [1]

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: |
|---|

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: |
|---|

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: |
|---|

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: |
|---|

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: |
|---|

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: |
|---|

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: |
|---|

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: |
|---|

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: |
|---|

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: |
|---|

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

| **Part II** | **Information on Participating Plans (to be completed by DFEs)** <br> (Complete as many entries as needed to report all participating plans) |
|---|---|

**a** Plan name

| **b** Name of <br> plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of <br> plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of <br> plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of <br> plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of <br> plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of <br> plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of <br> plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of <br> plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of <br> plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of <br> plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of <br> plan sponsor | **c** EIN-PN |
|---|---|

**a** Plan name

| **b** Name of <br> plan sponsor | **c** EIN-PN |
|---|---|

| **SCHEDULE H**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Financial Information**<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA), and section 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2017**<br><br>**This Form is Open to Public Inspection** |
|---|---|---|

For calendar plan year 2017 or fiscal plan year beginning  01/01/2017  and ending  12/31/2017

| **A** Name of plan<br>ROLLINS 401(K) SAVINGS PLAN | **B** Three-digit<br>plan number (PN)  ▶  002 |
|---|---|
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>ROLLINS, INC & SUBSIDIARIES | **D** Employer Identification Number (EIN)<br>51-0068479 |

| **Part I** | **Asset and Liability Statement** |
|---|---|

**1** Current value of plan assets and liabilities at the beginning and end of the plan year. Combine the value of plan assets held in more than one trust. Report the value of the plan's interest in a commingled fund containing the assets of more than one plan on a line-by-line basis unless the value is reportable on lines 1c(9) through 1c(14). Do not enter the value of that portion of an insurance contract which guarantees, during this plan year, to pay a specific dollar benefit at a future date. **Round off amounts to the nearest dollar.** MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 1b(1), 1b(2), 1c(8), 1g, 1h, and 1i. CCTs, PSAs, and 103-12 IEs also do not complete lines 1d and 1e. See instructions.

| **Assets** | | **(a) Beginning of Year** | **(b) End of Year** |
|---|---|---|---|
| **a** Total noninterest-bearing cash | 1a | | |
| **b** Receivables (less allowance for doubtful accounts): | | | |
| (1) Employer contributions | 1b(1) | | |
| (2) Participant contributions | 1b(2) | | |
| (3) Other | 1b(3) | | |
| **c** General investments: | | | |
| (1) Interest-bearing cash (include money market accounts & certificates of deposit) | 1c(1) | | |
| (2) U.S. Government securities | 1c(2) | | |
| (3) Corporate debt instruments (other than employer securities): | | | |
| (A) Preferred | 1c(3)(A) | | |
| (B) All other | 1c(3)(B) | | |
| (4) Corporate stocks (other than employer securities): | | | |
| (A) Preferred | 1c(4)(A) | | |
| (B) Common | 1c(4)(B) | | |
| (5) Partnership/joint venture interests | 1c(5) | | |
| (6) Real estate (other than employer real property) | 1c(6) | | |
| (7) Loans (other than to participants) | 1c(7) | | |
| (8) Participant loans | 1c(8) | 13348559 | 14787972 |
| (9) Value of interest in common/collective trusts | 1c(9) | 87129351 | 88383675 |
| (10) Value of interest in pooled separate accounts | 1c(10) | | |
| (11) Value of interest in master trust investment accounts | 1c(11) | | |
| (12) Value of interest in 103-12 investment entities | 1c(12) | | |
| (13) Value of interest in registered investment companies (e.g., mutual funds) | 1c(13) | 245336555 | 303487684 |
| (14) Value of funds held in insurance company general account (unallocated contracts) | 1c(14) | | |
| (15) Other | 1c(15) | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.

Schedule H (Form 5500) 2017
v.170203

ROLLINS_0000659

Schedule H (Form 5500) 2017 — Page **2**

## 1d

| | | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|---|
| 1d | Employer-related investments: | | | |
| | (1) Employer securities ............................................. | 1d(1) | 210842303 | 273693050 |
| | (2) Employer real property ...................................... | 1d(2) | | |
| e | Buildings and other property used in plan operation..................................... | 1e | | |
| f | Total assets (add all amounts in lines 1a through 1e)............................ | 1f | 556656768 | 680352381 |

### Liabilities

| | | | | |
|---|---|---|---|---|
| g | Benefit claims payable ............................................. | 1g | | |
| h | Operating payables ................................................. | 1h | | |
| i | Acquisition indebtedness .......................................... | 1i | | |
| j | Other liabilities......................................................... | 1j | | |
| k | Total liabilities (add all amounts in lines 1g through1j)............................ | 1k | 0 | 0 |

### Net Assets

| | | | | |
|---|---|---|---|---|
| l | Net assets (subtract line 1k from line 1f)............................... | 1l | 556656768 | 680352381 |

## Part II — Income and Expense Statement

**2** Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

### Income

| | | | (a) Amount | (b) Total |
|---|---|---|---|---|
| a | **Contributions:** | | | |
| | (1) Received or receivable in cash from: (A) Employers.............................. | 2a(1)(A) | 10288470 | |
| | (B) Participants .............................................. | 2a(1)(B) | 28438714 | |
| | (C) Others (including rollovers)........................ | 2a(1)(C) | 1926243 | |
| | (2) Noncash contributions ........................................ | 2a(2) | | |
| | (3) Total contributions. Add lines 2a(1)(A), (B), (C), and line 2a(2) ............. | 2a(3) | | 40653427 |
| b | **Earnings on investments:** | | | |
| | (1) Interest: | | | |
| | (A) Interest-bearing cash (including money market accounts and certificates of deposit)................................. | 2b(1)(A) | | |
| | (B) U.S. Government securities ................................ | 2b(1)(B) | | |
| | (C) Corporate debt instruments................................ | 2b(1)(C) | | |
| | (D) Loans (other than to participants) ...................... | 2b(1)(D) | | |
| | (E) Participant loans............................................... | 2b(1)(E) | 765282 | |
| | (F) Other .................................................................. | 2b(1)(F) | | |
| | (G) Total interest. Add lines 2b(1)(A) through (F)......... | 2b(1)(G) | | 765282 |
| | (2) Dividends: (A) Preferred stock........................... | 2b(2)(A) | | |
| | (B) Common stock .................................................. | 2b(2)(B) | 3383982 | |
| | (C) Registered investment company shares (e.g. mutual funds)............. | 2b(2)(C) | 3313067 | |
| | (D) Total dividends. Add lines 2b(2)(A), (B), and (C) | 2b(2)(D) | | 6697049 |
| | (3) Rents.................................................................. | 2b(3) | | |
| | (4) Net gain (loss) on sale of assets:  (A) Aggregate proceeds ...................... | 2b(4)(A) | 41059933 | |
| | (B) Aggregate carrying amount (see instructions) ...... | 2b(4)(B) | 18290125 | |
| | (C) Subtract line 2b(4)(B) from line 2b(4)(A) and enter result .......... | 2b(4)(C) | | 22769808 |
| | (5) Unrealized appreciation (depreciation) of assets: (A) Real estate...................... | 2b(5)(A) | | |
| | (B) Other .................................................................. | 2b(5)(B) | 54646374 | |
| | (C) Total unrealized appreciation of assets. Add lines 2b(5)(A) and (B)................. | 2b(5)(C) | | 54646374 |

| | | (a) Amount | (b) Total |
|---|---|---|---|
| (6) Net investment gain (loss) from common/collective trusts ..................... | 2b(6) | | 2259543 |
| (7) Net investment gain (loss) from pooled separate accounts ..................... | 2b(7) | | |
| (8) Net investment gain (loss) from master trust investment accounts .......... | 2b(8) | | |
| (9) Net investment gain (loss) from 103-12 investment entities ................. | 2b(9) | | |
| (10) Net investment gain (loss) from registered investment companies (e.g., mutual funds)............................................................. | 2b(10) | | 47241330 |
| **c** Other income............................................................................................ | 2c | | 141468 |
| **d** Total income. Add all **income** amounts in column (b) and enter total................. | 2d | | 175174281 |

### Expenses

| | | (a) Amount | (b) Total |
|---|---|---|---|
| **e** Benefit payment and payments to provide benefits: | | | |
| (1) Directly to participants or beneficiaries, including direct rollovers............. | 2e(1) | 51153220 | |
| (2) To insurance carriers for the provision of benefits ................................ | 2e(2) | | |
| (3) Other ............................................................................................... | 2e(3) | | |
| (4) Total benefit payments. Add lines 2e(1) through (3)................................ | 2e(4) | | 51153220 |
| **f** Corrective distributions (see instructions) ................................................... | 2f | | 1112 |
| **g** Certain deemed distributions of participant loans (see instructions).................. | 2g | | 82766 |
| **h** Interest expense........................................................................................ | 2h | | |
| **i** Administrative expenses:  (1) Professional fees .................................... | 2i(1) | | |
| (2) Contract administrator fees ............................................................... | 2i(2) | | |
| (3) Investment advisory and management fees ........................................... | 2i(3) | | |
| (4) Other ................................................................................................ | 2i(4) | 268700 | |
| (5) Total administrative expenses. Add lines 2i(1) through (4)........................ | 2i(5) | | 268700 |
| **j** Total expenses. Add all **expense** amounts in column (b) and enter total........ | 2j | | 51505798 |

### Net Income and Reconciliation

| | | (a) Amount | (b) Total |
|---|---|---|---|
| **k** Net income (loss). Subtract line **2j** from line **2d** ........................................ | 2k | | 123668483 |
| **l** Transfers of assets: | | | |
| (1) To this plan........................................................................................ | 2l(1) | | 52996 |
| (2) From this plan..................................................................................... | 2l(2) | | 25866 |

---

## Part III | Accountant's Opinion

**3** Complete lines 3a through 3c if the opinion of an independent qualified public accountant is attached to this Form 5500. Complete line 3d if an opinion is not attached.

**a** The attached opinion of an independent qualified public accountant for this plan is (see instructions):

(1) ☒ Unqualified      (2) ☐ Qualified      (3) ☐ Disclaimer      (4) ☐ Adverse

**b** Did the accountant perform a limited scope audit pursuant to 29 CFR 2520.103-8 and/or 103-12(d)?      ☐ Yes      ☒ No

**c** Enter the name and EIN of the accountant (or accounting firm) below:

(1) Name: WINDHAM BRANNON, P.C.                    (2) EIN: 58-1763439

**d** The opinion of an independent qualified public accountant is **not attached** because:

(1) ☐ This form is filed for a CCT, PSA, or MTIA.   (2) ☐ It will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50.

---

## Part IV | Compliance Questions

**4**    CCTs and PSAs do not complete Part IV. MTIAs, 103-12 IEs, and GIAs do not complete lines 4a, 4e, 4f, 4g, 4h, 4k, 4m, 4n, or 5. 103-12 IEs also do not complete lines 4j and 4l. MTIAs also do not complete line 4l.

During the plan year:

| | | Yes | No | Amount |
|---|---|---|---|---|
| **a** | Was there a failure to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? Continue to answer "Yes" for any prior year failures until fully corrected. (See instructions and DOL's Voluntary Fiduciary Correction Program.)..................... 4a | | X | |
| **b** | Were any loans by the plan or fixed income obligations due the plan in default as of the close of the plan year or classified during the year as uncollectible? Disregard participant loans secured by participant's account balance. (Attach Schedule G (Form 5500) Part I if "Yes" is checked.) 4b | | X | |

ROLLINS_0000661

Schedule H (Form 5500) 2017        Page **4**- [ 1 ]

| | | Yes | No | Amount |
|---|---|---|---|---|
| **c** | Were any leases to which the plan was a party in default or classified during the year as uncollectible? (Attach Schedule G (Form 5500) Part II if "Yes" is checked.) ................................... **4c** | | X | |
| **d** | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 4a. Attach Schedule G (Form 5500) Part III if "Yes" is checked.)................................................................................................... **4d** | | X | |
| **e** | Was this plan covered by a fidelity bond? ............................................................................ **4e** | X | | 45000000 |
| **f** | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? ............................................................................. **4f** | | X | |
| **g** | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser? ............................ **4g** | | X | |
| **h** | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser?................... **4h** | | X | |
| **i** | Did the plan have assets held for investment? (Attach schedule(s) of assets if "Yes" is checked, and see instructions for format requirements.).......................................................... **4i** | X | | |
| **j** | Were any plan transactions or series of transactions in excess of 5% of the current value of plan assets? (Attach schedule of transactions if "Yes" is checked, and see instructions for format requirements.).......................................................... **4j** | | X | |
| **k** | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? ....................................................... **4k** | | X | |
| **l** | Has the plan failed to provide any benefit when due under the plan? ........................ **4l** | | X | |
| **m** | If this is an individual account plan, was there a blackout period? (See instructions and 29 CFR 2520.101-3.).............................................................................................. **4m** | | X | |
| **n** | If 4m was answered "Yes," check the "Yes" box if you either provided the required notice or one of the exceptions to providing the notice applied under 29 CFR 2520.101-3. ........................ **4n** | | | |

**5a** Has a resolution to terminate the plan been adopted during the plan year or any prior plan year?........ ☐ Yes  ☒ No
If "Yes," enter the amount of any plan assets that reverted to the employer this year _____.

**5b** If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

| 5b(1) Name of plan(s) | 5b(2) EIN(s) | 5b(3) PN(s) |
|---|---|---|
| WESTERN INDUSTRIES RETIREMENT SAVINGS PLAN | 20-0890604 | 006 |
| | | |
| | | |
| | | |

**5c** If the plan is a defined benefit plan, is it covered under the PBGC insurance program (See ERISA section 4021.)? ...... ☐ Yes  ☐ No  ☐ Not determined
If "Yes" is checked, enter the My PAA confirmation number from the PBGC premium filing for this plan year_____. (See instructions.)

ROLLINS_0000662

| **SCHEDULE R**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Retirement Plan Information**<br><br>This schedule is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2017**<br><br>**This Form is Open to Public Inspection.** |

For calendar plan year 2017 or fiscal plan year beginning ___01/01/2017___ and ending ___12/31/2017___

| **A** Name of plan<br>ROLLINS 401(K) SAVINGS PLAN | **B** Three-digit plan number (PN) ▶ | 002 |
| --- | --- | --- |
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>ROLLINS, INC & SUBSIDIARIES | **D** Employer Identification Number (EIN)<br>51-0068479 | |

| **Part I** | **Distributions** |
| --- | --- |

**All references to distributions relate only to payments of benefits during the plan year.**

**1** Total value of distributions paid in property other than in cash or the forms of property specified in the instructions .......................................................................................................................... | **1** | 2200187

**2** Enter the EIN(s) of payor(s) who paid benefits on behalf of the plan to participants or beneficiaries during the year (if more than two, enter EINs of the two payors who paid the greatest dollar amounts of benefits):

    EIN(s): ___22-1211670___      _____

**Profit-sharing plans, ESOPs, and stock bonus plans, skip line 3.**

**3** Number of participants (living or deceased) whose benefits were distributed in a single sum, during the plan year..... | **3** |

| **Part II** | **Funding Information** (If the plan is not subject to the minimum funding requirements of section 412 of the Internal Revenue Code or ERISA section 302, skip this Part.) |
| --- | --- |

**4** Is the plan administrator making an election under Code section 412(d)(2) or ERISA section 302(d)(2)? ......................... ☐ Yes ☐ No ☐ N/A

**If the plan is a defined benefit plan, go to line 8.**

**5** If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions and enter the date of the ruling letter granting the waiver.  **Date:** Month _____ Day _____ Year _____

**If you completed line 5, complete lines 3, 9, and 10 of Schedule MB and do not complete the remainder of this schedule.**

**6 a** Enter the minimum required contribution for this plan year (include any prior year accumulated funding deficiency not waived) ...................................................................... | **6a** |

  **b** Enter the amount contributed by the employer to the plan for this plan year....................................... | **6b** |

  **c** Subtract the amount in line 6b from the amount in line 6a. Enter the result (enter a minus sign to the left of a negative amount) ......................................... | **6c** |

**If you completed line 6c, skip lines 8 and 9.**

**7** Will the minimum funding amount reported on line 6c be met by the funding deadline?................................................. ☐ Yes ☐ No ☐ N/A

**8** If a change in actuarial cost method was made for this plan year pursuant to a revenue procedure or other authority providing automatic approval for the change or a class ruling letter, does the plan sponsor or plan administrator agree with the change? ......................................................................................... ☐ Yes ☐ No ☐ N/A

| **Part III** | **Amendments** |
| --- | --- |

**9** If this is a defined benefit pension plan, were any amendments adopted during this plan year that increased or decreased the value of benefits? If yes, check the appropriate box. If no, check the "No" box. ☐ Increase ☐ Decrease ☐ Both ☐ No

| **Part IV** | **ESOPs** (see instructions). If this is not a plan described under section 409(a) or 4975(e)(7) of the Internal Revenue Code, skip this Part. |
| --- | --- |

**10** Were unallocated employer securities or proceeds from the sale of unallocated securities used to repay any exempt loan?................. ☐ Yes ☐ No

**11 a** Does the ESOP hold any preferred stock? ............................................................................................ ☐ Yes ☐ No

   **b** If the ESOP has an outstanding exempt loan with the employer as lender, is such loan part of a "back-to-back" loan? (See instructions for definition of "back-to-back" loan.) .............................. ☐ Yes ☐ No

**12** Does the ESOP hold any stock that is not readily tradable on an established securities market? ........................................ ☐ Yes ☐ No

For Paperwork Reduction Act Notice, see the Instructions for Form 5500. | Schedule R (Form 5500) 2017<br>v. 170203

ROLLINS_0000663

Schedule R (Form 5500) 2017                                          Page **2** - 1

| Part V | Additional Information for Multiemployer Defined Benefit Pension Plans |
|---|---|

**13**  Enter the following information for each employer that contributed more than 5% of total contributions to the plan during the plan year (measured in dollars). See instructions. *Complete as many entries as needed to report all applicable employers.*

**a**  Name of contributing employer

**b**  EIN                    **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
    (1)  Contribution rate (in dollars and cents) _____
    (2)  Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

**a**  Name of contributing employer

**b**  EIN                    **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
    (1)  Contribution rate (in dollars and cents) _____
    (2)  Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

**a**  Name of contributing employer

**b**  EIN                    **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
    (1)  Contribution rate (in dollars and cents) _____
    (2)  Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

**a**  Name of contributing employer

**b**  EIN                    **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
    (1)  Contribution rate (in dollars and cents) _____
    (2)  Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

**a**  Name of contributing employer

**b**  EIN                    **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
    (1)  Contribution rate (in dollars and cents) _____
    (2)  Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

**a**  Name of contributing employer

**b**  EIN                    **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
    (1)  Contribution rate (in dollars and cents) _____
    (2)  Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

ROLLINS_0000664

Page **3**

**14**   Enter the number of participants on whose behalf no contributions were made by an employer as an employer
      of the participant for:

| | | |
|---|---|---|
| **a**   The current year ................................................................................................................ | **14a** | |
| **b**   The plan year immediately preceding the current plan year................................................ | **14b** | |
| **c**   The second preceding plan year ...................................................................................... | **14c** | |

**15**   Enter the ratio of the number of participants under the plan on whose behalf no employer had an obligation to make an
      employer contribution during the current plan year to:

| | | |
|---|---|---|
| **a**   The corresponding number for the plan year immediately preceding the current plan year ............... | **15a** | |
| **b**   The corresponding number for the second preceding plan year ....................................... | **15b** | |

**16**   Information with respect to any employers who withdrew from the plan during the preceding plan year:

| | | |
|---|---|---|
| **a**   Enter the number of employers who withdrew during the preceding plan year   ................................ | **16a** | |
| **b**   If line 16a is greater than 0, enter the aggregate amount of withdrawal liability assessed or estimated to be assessed against such withdrawn employers ......................................................... | **16b** | |

**17**   If assets and liabilities from another plan have been transferred to or merged with this plan during the plan year, check box and see instructions regarding
      supplemental information to be included as an attachment. ................................................................................................................ ☐

## Part VI   Additional Information for Single-Employer and Multiemployer Defined Benefit Pension Plans

**18**   If any liabilities to participants or their beneficiaries under the plan as of the end of the plan year consist (in whole or in part) of liabilities to such participants
      and beneficiaries under two or more pension plans as of immediately before such plan year, check box and see instructions regarding supplemental
      information to be included as an attachment ........................................................................................................................ ☐

**19**   If the total number of participants is 1,000 or more, complete lines (a) through (c)
      **a**   Enter the percentage of plan assets held as:
            Stock: _____ %   Investment-Grade Debt: _____ %   High-Yield Debt: _____ %   Real Estate: _____ %   Other: _____ %
      **b**   Provide the average duration of the combined investment-grade and high-yield debt:
            ☐ 0-3 years   ☐ 3-6 years   ☐ 6-9 years   ☐ 9-12 years   ☐ 12-15 years   ☐ 15-18 years   ☐ 18-21 years   ☐ 21 years or more
      **c**   What duration measure was used to calculate line 19(b)?
            ☐ Effective duration   ☐ Macaulay duration   ☐ Modified duration   ☐ Other (specify):

ROLLINS_0000665

**ROLLINS 401(k)**
**SAVINGS PLAN**

**FINANCIAL STATEMENTS**
**DECEMBER 31, 2017 AND 2016**

ROLLINS_0000666

Rollins 401(k) Savings Plan

Financial Statements

**December 31, 2017 and 2016**

**Contents**

**INDEPENDENT AUDITOR'S REPORT**

FINANCIAL STATEMENTS:

Statements of Net Assets Available for Benefits

Statement of Changes in Net Assets Available for Benefits

Notes to Financial Statements

SUPPLEMENTAL INFORMATION:

Schedule of Assets (Held at End of Year)



**WINDHAM   BRANNON, P.C.**

## INDEPENDENT AUDITOR'S REPORT

To the Plan Administrator and Participants of the
Rollins 401(k) Savings Plan

We have audited the accompanying financial statements of the **Rollins 401(k) Savings Plan** (the Plan), which comprise the statements of net assets available for benefits as of December 31, 2017 and 2016, and the related statement of changes in net assets available for benefits for the year ended December 31, 2017, and the related notes to the financial statements.

**Management's Responsibility for the Financial Statements**
Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

**Auditor's Responsibility**
Our responsibility is to express an opinion on these financial statements based on our audits. We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosure in the financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the Plan's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Plan's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

**Opinion**
In our opinion, the financial statements referred to above present fairly, in all material respects, the net assets available for benefits of the Plan as of December 31, 2017 and 2016, and the changes in net assets available for benefits for the year ended December 31, 2017, in accordance with accounting principles generally accepted in the United States of America.

ROLLINS_0000668

**Report on Supplementary Information**

Our audits were conducted for the purpose of forming an opinion on the financial statements as a whole. The accompanying supplemental schedule of assets (held at year end) as of December 31, 2017 is presented for the purpose of additional analysis and is not a required part of the financial statements but is supplementary information required by the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974. Such information is the responsibility of the Plan's management and was derived from and relates directly to the underlying accounting and other records used to prepare the financial statements. The information has been subjected to the auditing procedures applied in the audits of the financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the financial statements or to the financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America. In our opinion, the information is fairly stated in all material respects in relation to the financial statements as a whole.

*Windham Brannon, P.C.*

Certified Public Accountants

Atlanta, Georgia
June 22, 2018

Rollins 401(k) Savings Plan

Statements of Net Assets Available for Benefits
December 31, 2017 and 2016

|  | 2017 | 2016 |
|---|---|---|
| **ASSETS** | | |
| INVESTMENTS: | | |
| Investments at fair value (Note 3) | $ 577,180,735 | $ 456,178,858 |
| Investment at contract value (Note 4) | 88,383,675 | 87,129,351 |
| Total Investments | 665,564,410 | 543,308,209 |
| RECEIVABLES: | | |
| Employer contributions | 2,523,199 | 2,424,970 |
| Employee contributions | 0 | 177,157 |
| Transfer-in receivable | 10,957,714 | 0 |
| Notes receivable from participants | 14,787,972 | 13,348,559 |
| Total Receivables | 28,268,885 | 15,950,686 |
| **NET ASSETS AVAILABLE FOR BENEFITS** | $ 693,833,295 | $ 559,258,895 |

*The accompanying notes are an integral part of these financial statements.*

ROLLINS_0000670

Rollins 401(k) Savings Plan

Statement of Changes in Net Assets Available for Benefits
for the Year Ended December 31, 2017

**ADDITIONS**

Additions to net assets attributed to:

Investment income:

| | | |
|---|---|---:|
| Net appreciation in investments | $ | 133,579,105 |
| Interest income on notes receivable from participants | | 765,282 |
| Contributions: | | |
| Employer (Note 1) | | 10,383,907 |
| Participants | | 28,261,556 |
| Rollovers | | 1,926,243 |
| | | 40,571,706 |
| Total Additions | | 174,916,093 |

**DEDUCTIONS**

Deductions from net assets attributed to:

| | | |
|---|---|---:|
| Benefits paid to participants | | 51,177,649 |
| Administrative expenses | | 148,888 |
| Total Deductions | | 51,326,537 |
| Net Increase | | 123,589,556 |
| Net transfers of assets into the Plan (Note 1) | | 10,984,844 |

**NET ASSETS AVAILABLE FOR BENEFITS:**

| | | |
|---|---|---:|
| BEGINNING OF YEAR | | 559,258,895 |
| END OF YEAR | $ | 693,833,295 |

*The accompanying notes are an integral part of these financial statements.*

ROLLINS_0000671

Rollins 401(k) Savings Plan

Notes to Financial Statements

December 31, 2017 and 2016

## 1. DESCRIPTION OF PLAN

The following brief description of the Rollins 401(k) Savings Plan (the "Plan") provides only general information. Participants should refer to the Plan agreement for a more complete description of the Plan's provisions.

**General**

The Plan, as amended and restated, is a defined contribution plan covering all employees of Rollins, Inc. (the "Company"), and its subsidiaries that participate in the Plan. The exceptions are for those who are members of a collective bargaining unit, or employees of PCO Services, Inc. (the Company's Canadian subsidiary), Western Industries-North, LLC, Western Industries-South, LLC (with the exception of the Western Sales Employees, Supervisors and Managers as amended with the Plan Restatement) and Waltham Services, LLC union employees. The Plan is subject to the provisions of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended.

The Plan administrator has the discretion to provide transfers to and from defined contribution plans maintained by related companies. This provision is intended primarily to facilitate periodic transfers to and from the Western Industries Retirement Savings Plan ("Western Plan") and Waltham Services, LLC Tax-Favored Employees' Savings Plan ("Waltham Plan"), without requiring participant elections, but may also apply to other 401(k) plans acquired in other acquisitions.

The Plan has designated the Plan investment fund invested primarily in Rollins, Inc. common stock as an employee stock ownership plan within the meaning of Section 4975(e)(7) of the Internal Revenue Code (the "Code"). The Administrative Committee may allow participants to elect to receive dividends on Rollins, Inc. common stock in cash as taxable compensation or to have such dividends paid to the Plan and reinvested in Rollins, Inc. common stock with taxes deferred. Participants may exercise voting, tendering and similar rights with respect to shares of Rollins, Inc. common stock held in their accounts under the Plan agreement.

**Eligibility**

Employees are eligible to participate in the Plan on the first day of the quarter on or following the completion of three months of service for fulltime employees and following one year of service and 1,000 hours for non-fulltime employees, as defined in the Plan.

The Company may establish different eligibility requirements and enrollment procedures with respect to employees who are employed as a result of a corporate transaction.

Rollins 401(k) Savings Plan

Notes to Financial Statements

December 31, 2017 and 2016

## Contributions

Eligible employees are automatically enrolled in the Plan, and pre-tax contributions are withheld at 3% of eligible compensation unless the employee elects differently.   Participants may contribute from 1% to 75% of their compensation to the Plan via payroll deductions, except for highly compensated employees who may contribute from 1% to 7% of their compensation.  This limit was changed to 8% effective August 1, 2017.  Contributions by participants are not to exceed the annual maximum limitations of the Code, which for 2017 was $18,000.  Participants age 50 or older may also make additional "catch-up" contributions limited to $6,000 in 2017. Participants may also contribute amounts representing distributions from other qualified defined benefit or defined contribution plans (rollovers).

The Company provides a matching contribution to participants equal to 50 cents for every dollar a participant contributes that does not exceed 6% of their annual eligible compensation. Effective January 1, 2018, the matching contribution changed to dollar for dollar on the first 3% and 50 cents on the next 3% a participant contributes of eligible compensation (6% maximum). The Company matching contributions are made at the end of each calendar quarter.  In order to receive the Company match, the participant must be actively employed on the last day of the calendar quarter.   For the year ended December 31, 2017, the Company contributed approximately $10.4 million in matching contributions.

Effective December 31, 2017, another defined contribution plan sponsored by the Company, Northwest Exterminating Co, Inc. 401(k) Profit Sharing Plan merged its participant accounts into the Plan and its participants joined the Plan; however, the account balances including contributions and notes receivables of $10,957,714 attributable to these participants were transferred to the Plan in January 2018.

## Participant Accounts

Each participant's account is credited with the participant's contributions, rollovers, the Company's contributions and earnings on the investments in their account and is charged with specific transaction fees.  Participants direct the investment of their contributions and the Company's contribution into various investment options offered by the Plan.  The Plan currently offers a synthetic guaranteed investment contract (GIC), fifteen mutual funds, and the Company's common stock as investment options for participants.  Participants may change their investment options on a daily basis.   The default investment fund is selected by the Administrator.  The Administrator has elected GoalMaker (an asset allocation model based on the participant's expected retirement date which includes various fund options offered by the Plan) as the default investment option.  The benefit to which a participant is entitled is the benefit that can be provided from the participant's vested account. Approximately 18% of participants are no longer employees of the Company.

ROLLINS_0000673

Rollins 401(k) Savings Plan

Notes to Financial Statements

December 31, 2017 and 2016

**Notes Receivable from Participants**

The Plan provides for loans to participants up to the lesser of 50% of the individual participant's vested account balance of employee contributions plus actual earnings thereon or $50,000. Principal and interest are paid ratably through payroll deductions.  A participant's loan payments of principal and interest are allocated to their account and invested according to their current investment elections.  Loan terms range from 1 to 5 years.  Participant loans are secured by the balance in the participant's account and bear interest at a rate equal to prime plus 2%.  Interest rates are updated quarterly.  The update takes place on the last business day of the calendar quarter effective for loans made on or after the first business day of the subsequent quarter. Interest rates on outstanding loans as of December 31, 2017 and 2016 ranged from 4.25% to 10.25%.  Participants may only have one loan outstanding at a time.

**Vesting**

Participants are vested immediately in their contributions plus actual earnings thereon. Participants who previously participated in predecessor plans may be subject to different vesting schedules.   Effective January 1, 2016, active participants vest in Company matching contributions plus actual earnings thereon based on the following schedule:

|  | Vested Percentage |
|---|---|
| Years of service: | |
| Less than one | 0 % |
| One, but less than two | 20 % |
| Two, but less than three | 40 % |
| Three, but less than four | 60 % |
| Four, but less than five | 80 % |
| Five or more | 100 % |

If a participant terminated employment before January 1, 2016, they vested in Company matching contributions plus actual earnings based on the prior six year graded schedule.

**Forfeitures**

Forfeited non-vested accounts are used to reduce employer contributions.  Total forfeitures used to reduce employer contributions were $618,334 in 2017.  Forfeited non-vested accounts were $182,762 and $126,646 at December 31, 2017 and, 2016, respectively.

Rollins 401(k) Savings Plan

Notes to Financial Statements

December 31, 2017 and 2016

**Payment of Benefits**

Upon retirement, death, total and permanent disability, or termination for any reason, the participant or their beneficiary may receive the total value of their vested account in either a lump sum distribution, a rollover of assets into another qualified plan, or in systematic distributions.

A participant may also elect to withdraw all or a portion of his or her account at any time through hardship provisions as defined by the Code and subject to approval by the Company. After a hardship withdrawal, a participant may not make any contributions into their account for a period of six months.

The Plan provides that if an employee terminates employment and their vested account balance in the Plan is more than $1,000 but not more than $5,000, and they do not elect either to receive or roll over a single lump-sum payment, their account will be rolled over into an Individual Retirement Account ("IRA").

Effective January 1, 2016 participants who are active employees may withdraw all or a part of their accounts, including the Company matching contributions, upon reaching age 59 1/2 or upon becoming disabled.

**Participant Transaction Charges**

All loan fees, investment transaction fees, and recordkeeping fees are paid by participants through a per participant charge and revenue sharing amounts received by the Company are returned to the Plan, which are then allocated to participant accounts in accordance with ERISA. Loan fees are charged directly to the participant requesting the loan. Transaction and recordkeeping fees are included in the administrative expenses. The Company paid all other administrative expenses of the Plan during 2017.

**Plan Termination**

Although it has not expressed any intent to do so, the Company has the right under the Plan to discontinue its contributions at any time and to terminate the Plan, subject to the provisions of ERISA. In the event of Plan termination, participants would become 100% vested in their accounts.

Rollins 401(k) Savings Plan

Notes to Financial Statements

December 31, 2017 and 2016

## 2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

**Basis of Accounting**

The financial statements of the Plan are prepared on the accrual basis of accounting in accordance with accounting principles generally accepted in the United States.

Investments held by a defined contribution plan are required to be reported at fair value, except for the fully benefit-responsive investment contract. Contract value is the relevant measure for the portion of the net assets available for benefits of a defined contribution plan attributable to the fully benefit-responsive investment contract because contract value is the amount participants normally would receive if they were to initiate permitted transactions under the terms of the Plan.

**Use of Estimates**

The preparation of financial statements in conformity with accounting principles generally accepted in the United States requires the Plan's management to make estimates and assumptions that affect the reported amounts of assets and liabilities and changes in those assets and liabilities, and disclosures of contingent assets and liabilities. Actual results could differ from those estimates.

**Investment Valuation and Income Recognition**

Investments are reported at fair value (except for the fully benefit-responsive investment contract, which is reported at contract value). Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. The Plan's Investment Committee determines the Plan's valuation policies utilizing information provided by the investment advisers, custodians, and insurance company. See Note 3 for discussion of fair value measurements.

Purchases and sales of securities are recorded on a trade-date basis. Interest income is recorded on the accrual basis. Dividends are recorded on the ex-dividend date. Net appreciation includes the Plan's gains and losses on investments purchased and sold as well as held during the year.

**Notes Receivable from Participants**

Notes receivable from participants are carried at their unpaid principal balance. Interest income is recognized when received, primarily per pay period. As delinquent participant notes receivable 90 days past the due date are recorded as distributions based on the terms of the Plan agreement, no allowance for credit losses has been recorded as of December 31, 2017 or 2016.

**Payment of Benefits**

Benefit payments are recorded when paid.

Rollins 401(k) Savings Plan

Notes to Financial Statements

December 31, 2017 and 2016

**Subsequent Events**

The Plan has evaluated subsequent events through June 22, 2018, the date the financial statements were available to be issued.

## 3.  FAIR VALUE MEASUREMENTS

The framework for measuring fair value provides a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value. The hierarchy gives the highest priority to unadjusted quoted prices in active markets for identical assets or liabilities (Level 1) and the lowest priority to unobservable inputs (Level 3). Valuation techniques maximize the use of relevant observable inputs and minimize the use of unobservable inputs. The three levels of the fair value hierarchy under Topic 820 are described as follows:

Level 1  Quoted prices in active markets that the Plan has the ability to access for identical assets or liabilities

Level 2  Observable inputs other than Level 1 prices, such as quoted prices for similar assets or liabilities; quoted prices in markets that are not active; or other inputs that are observable or can be corroborated by observable market data for substantially the full term of the assets or liabilities

Level 3  Unobservable inputs that are supported by little or no market activity and that are significant to the fair value of the assets or liabilities

The following describes the valuation methodologies used for assets measured at fair value:

Mutual funds and common stock – These investments consist of various publicly-traded mutual funds and the Company's common stock and are categorized as Level 1.  The fair values are based on quoted market prices for the identical securities.

Fair value information for investments that are measured on a recurring basis was as follows at December 31, 2017 and 2016:

| | Fair Value Measurements at December 31, 2017 | | | |
| | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
| Mutual Funds | $ 303,487,685 | $          - | $          - | $ 303,487,685 |
| Rollins, Inc. Common stock | 273,693,050 | - | - | 273,693,050 |
| Total investments, at fair value | $ 577,180,735 | $          - | $          - | $ 577,180,735 |

Rollins 401(k) Savings Plan

Notes to Financial Statements

December 31, 2017 and 2016

| | Fair Value Measurements at December 31, 2016 | | | |
| | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
| Mutual Funds | $ 245,336,555 | $ - | $ - | $ 245,336,555 |
| Rollins, Inc. common stock | 210,842,303 | - | - | 210,842,303 |
| Total investments, at fair value | $ 456,178,858 | $ - | $ - | $ 456,178,858 |

## 4.  FULLY BENEFIT-RESPONSIVE INVESTMENT CONTRACT

The Plan holds a portfolio of investment contracts that comprises a synthetic investment contract. This contract meets the fully benefit-responsive investment contract criteria and therefore is reported at contract value. Contract value is the relevant measure for fully benefit-responsive investment contracts because this is the amount received by participants if they were to initiate permitted transactions under the terms of the Plan. Contract value represents contributions made under each contract, plus earnings, less participant withdrawals, and administrative expenses.

The synthetic GIC is a wrap contract paired with underlying investments which are owned by the Plan.  The underlying investments consist of high-quality, intermediate fixed income securities. The trust's crediting interest rate on the synthetic GIC is determined using an explicit formula specified in the interest schedule within the synthetic GIC contract.  The rate is reset every six months.

## 5.  INCOME TAX STATUS

The Plan received a determination letter from the Internal Revenue Service dated February 17, 2016, stating that the Plan is qualified under Section 401(a) of the Internal Revenue Code and, therefore, the related trust is exempt from taxation.  Once qualified, the Plan is required to operate in conformity with the Code to maintain its qualification.  The Plan has been amended since receiving the determination letter; however, the Plan Administrator believes the Plan is being operated in compliance with the applicable requirements of the Code and has no income subject to unrelated business income tax.  Therefore, the Plan Administrator believes that the Plan, as amended, is qualified and the related trust is tax exempt.  The Plan's income tax returns for the past three years are subject to examination by taxing authorities and may change upon examination.

## 6.  TRANSACTIONS WITH PARTIES-IN-INTEREST

At December 31, 2017 the Plan held approximately 5.9 million shares of Rollins, Inc. common stock; whereas at December 31, 2016 the Plan held approximately 6.2 million shares of Rollins, Inc. common stock.  The fair value of the Plan's investment in Rollins, Inc. common stock at

ROLLINS_0000678

Rollins 401(k) Savings Plan

Notes to Financial Statements

December 31, 2017 and 2016

December 31, 2017 and 2016 was approximately $273.7 million and $210.8 million, respectively.  During 2017, the Plan received approximately $3.4 million in dividends on Rollins, Inc. common stock, which was used to purchase additional shares of that stock.

At December 31, 2017 and 2016, the Plan investments include a synthetic GIC that is managed directly by Prudential Retirement Insurance and Annuity Company. Prudential Retirement Insurance and Annuity Company is a service provider for the Plan; therefore, transactions in this security qualify as party-in-interest transactions.

## 7.  RECONCILIATION OF FINANCIAL STATEMENTS TO FORM 5500

The following is a reconciliation of net assets available for benefits per the financial statements to the Form 5500 as of December 31, 2017 and 2016:

|  | 2017 | 2016 |
|---|---|---|
| Total net assets available for benefits per the financial statements | $    693,833,295 | $   559,258,895 |
| Less: current year employer and employee receivables | (2,523,199) | (2,602,127) |
| Less: current year transfer-in receivables | (10,957,714) | - |
| Total net assets available for benefits per the Form 5500 | $    680,352,382 | $   556,656,768 |

The following is a reconciliation of the total increase in net assets available for benefits per the financial statements to the Form 5500 for the year ended December 31, 2017:

|  | 2017 |
|---|---|
| Increase in net assets available for benefits per the financial statements | $   123,589,556 |
| Less: current year employer receivables | (2,523,199) |
| Add: prior year employer and employee receivables | 2,602,127 |
| Increase in net assets available for benefits per the Form 5500 | $   123,668,484 |

# Supplemental Information

ROLLINS_0000680

**ROLLINS 401(k) SAVINGS PLAN**

**EIN: 51-0068479      Plan No: 002**

**FORM 5500, SCHEDULE H, Part IV, LINE 4i**

**SCHEDULE OF ASSETS (HELD AT END OF YEAR)**

**December 31, 2017**

| (a) | (b)<br>Identity of Issue,<br>Borrower,<br>Lessor, or Similar Party | (c)<br>Description of<br>Investment | | (e)<br>Current Value |
|---|---|---|---|---|
| | **Investments at Fair Value:** | | | |
| | Metropolitan West Funds | Metropolitan West Total Return Inst Fund | $ | 32,939,584 |
| | Victory Funds | Victory Small Company Opp Funds | | 3,486,180 |
| | Victory Funds | Victory SYCA Estb Val | | 19,999,911 |
| | Vanguard Funds | Vanguard Windsor II Adm Fund | | 41,604,324 |
| | Vanguard Funds | Vanguard Tru 500 Admiral | | 11,755,542 |
| | Vanguard Funds | Vanguard Total Bond Index | | 1,262,458 |
| | Vanguard Funds | Vanguard Total STK Admiral | | 1,150,694 |
| | Vanguard Funds | Vanguard Small Cap Index Admiral | | 1,814,464 |
| | Vanguard Funds | Vanguard Mid Cap Index FD | | 1,865,443 |
| | T. Rowe Price Funds | T Rowe Price New Horizons Fund | | 25,137,210 |
| | Hartford | Hartford Midcap Fund | | 4,188,092 |
| | American Funds | Capital World G/I  R4 | | 11,150,935 |
| | American Funds | American Europacific Growth R4 Fund | | 42,149,815 |
| | Oakmark Funds | Oakmark Equity & Income Fund | | 38,268,822 |
| | Franklin Funds | Franklin Growth Adv | | 66,714,211 |
| * | Rollins, Inc | Common stock | | 273,693,050 |
| | | | | 577,180,735 |
| | **Investment at Contract Value:** | | | |
| * | Prudential<br>  Prudential Core Conservative<br>    Bond Fund | Prudential Guaranteed Fund-Rollins, Inc | | 88,383,675 |
| * | **Participant Loans** | Interest rates ranging from 4.25% to 6.25% | | 14,787,972 |
| | | **Assets held at end of year** | $ | 680,352,382 |

\* Indicates a party-in-interest to the Plan.