# EXHIBIT 36

# WORKING COPY

**Attached is a copy of your original document and subsequent amendments (if applicable). Please note that the Expense Schedule (if included) may be out-dated. You may obtain a current version of your Expense Schedule on the Plan Sponsor website or by contacting your Relationship Manager/Client Service Manager.**

ROLLINS_0001342

The Bipartisan Budget Act of 2018, that was signed into law in February of this year, made changes to 401(k) and 403(b) plan hardship withdrawal requirements, effective for plan years beginning after December 31, 2018.

This new legislation includes the following changes to safe harbor hardship withdrawals:
- Allows hardship withdrawals without requiring a participant to have first taken available plan loans.
- Directs the Secretary of the Treasury to update applicable regulations to remove the required suspension of employee contributions after receipt of a hardship withdrawal.

**Administrative Services Agreement impacts**

Prudential Retirement currently provides outsourcing services for the review and determination of hardship withdrawals under your plan using the criteria described in your Administrative Services Agreement ("Agreement").  As a result of this new legislation, we have amended your Agreement to incorporate these changes, while retaining flexibility for plan administration; enclosed is that Amendment (link to amendment document) for your records. If we do not hear from you concerning these changes before January 1, 2019, we will deem you to have accepted the changes, and this notice will serve as an amendment to your Agreement. Please retain it with the Agreement for future reference.

The new law also allows the distribution of earnings on elective deferrals as well as Qualified Non-Elective Contributions (QNECs) and Qualified Matching Contributions (QMACs) with associated earnings on account of hardship. This change is applicable to plans allowing hardship withdrawals using either the safe harbor method or facts and circumstances method. However, if a plan sponsor wants to add those additional assets for hardship withdrawal, Prudential expects to be able to accommodate such an election sometime after the beginning of 2019.

We await IRS guidance as to whether these changes to allow additional assets and earnings will extend to Section 403(b) plans.

**Plan document impacts and next steps**

We expect guidance from the IRS that will provide more details regarding the administration of safe harbor hardships in 2019 and beyond, and it is possible that this guidance may make some of the new provisions mandatory for safe harbor hardship withdrawals. As a result, for plans that use Prudential Retirement's Prototype and Volume Submitter plan document services, Prudential anticipates adopting an amendment on behalf of plan sponsors that will, effective as of January 1, 2019:

- No longer require a participant to take a loan prior to requesting a hardship withdrawal; and
- No longer require a suspension of employee contributions after receipt of a hardship withdrawal.

This amendment to the safe harbor hardship withdrawal provisions will not include any changes to allow hardship withdrawals from QNECs/QMACs and earnings on elective deferrals. If a plan sponsor wants to add those additional assets for hardship withdrawal, Prudential expects to be able to accommodate such an election sometime after the beginning of 2019.

For plans on the Prudential 403(b) Specimen document, we will assume you will be administering your plan consistent with the provisions above, unless you tell us otherwise. An amendment signed by the plan sponsor will be necessary to update your plan document.

For plans that do not use Prudential Retirement's plan document services, we will assume you will be administering your plan consistent with the provisions above. However, you will have the opportunity to inform us otherwise when we contact you again in the near future regarding plan administration.

ROLLINS_0001343

While we await IRS guidance on the new law, Prudential Retirement is assessing the impact of the law on our systems and processes. We will keep you informed as additional guidance is issued and the impact, if any, on our proposed course of action.  We also expect to contact you with more information regarding plan administration and plan amendments in the near future.

Please keep in mind that this information is intended as general guidance and not intended to be legal advice.  As with all matters of this nature, please discuss these changes with your own legal counsel.

Prudential Retirement

© 2018 Prudential Financial, Inc. and its related entities. Prudential, the Prudential logo, the Rock symbol and Bring Your Challenges are service marks of Prudential Financial, Inc. and its related entities, registered in many jurisdictions worldwide.

FOR PLAN SPONSOR USE ONLY; NOT TO BE DISTRIBUTED TO PLAN PARTICIPANTS OR THE GENERAL PUBLIC.

CONFIDENTIAL

## HARDSHIP WITHDRAWALS

Prudential will accept a participant's request ("Request") initiating a hardship withdrawal in a manner approved by you, acceptable to Prudential and that is consistent with your direction. Requests must follow the guidelines included below. The request may be made by authorized electronic means or other method acceptable to Prudential. Prudential will record the date and time it receives the Request. If the plan document allows for hardship for the participant's primary beneficiary, then the applicable text would also mean the primary beneficiary.

**Initial Screening.** Prudential will perform an initial screening, comparing the request with data in Prudential's recordkeeping system, the plan document, and regulatory requirements.

- If the Request is inconsistent with file information, the plan document or regulatory requirements, Prudential will reject the Request (see below for information about the handling of rejected Requests).

- If the Request is incomplete or contains obviously erroneous or garbled information, Prudential will attempt to contact the applicant for clarification or additional data. If all information is not clear and complete after that attempt, the application will be rejected.

- If the Request is complete and it is consistent with file information, the plan document and regulatory requirements, Prudential will screen it further to determine if spousal consent is necessary before the request can be processed. If a participant in a plan subject to ERISA identifies him or herself as unmarried and this information is consistent with data in Prudential's recordkeeping system, Prudential will continue the screening process without asking the participant to obtain spousal consent to the transaction. If a participant in a plan subject to the spousal consent provisions of ERISA and/or the Internal Revenue Code identifies him or herself as married, the following will apply:

  — If neither the plan document nor applicable regulations require the spouse to consent to the Request, the screening process will continue.

  — If either the plan document or applicable regulations require the spouse to consent before the participant can receive the requested hardship withdrawal and Prudential does not have a record of the spouse's consent to the transaction, Prudential will provide the participant with the forms required and inform the participant that he/she must obtain the spouse's consent before the transaction can be processed. The participant will be directed to send the completed spousal consent forms to Prudential. When received, Prudential will review the forms for completeness. If all required information and signatures have been obtained, Prudential will update its records to show that the spouse consented to the request and the participant will then be directed to submit his/her Request (as described above) for additional screening (if required by you) or approval.

- If a Request meets all screened elements as described above and required consent has been obtained, Prudential will communicate any requirements for documentation, as provided to Prudential by you. Prudential will approve the request only if the Request meets the listed criteria and the participant submits the required documentation or, if Prudential processes

ROLLINS_0001345

Requests for a plan using the Safe-Harbor-Summary Based Review (Summary Substantiation) Method, a summary of source documents.

The distribution request will be completed after Prudential's review. The review will be completed by the end of the following business day when the request is considered complete and consistent with file information, the plan document and regulatory requirements.

Prudential will process the Request if it meets all requirements as described above. Prudential will reject the Request if it fails to meet one of the plan, regulatory and/or documentation requirements.

 If a Request is rejected for any of the reasons described above, Prudential will inform the participant of that fact and the reason(s) for the rejection. Should a participant object to the rejection of a Request and Prudential can ascertain no error on its part during processing, Prudential will refer the issue to you or other authorized person for resolution. Prudential will comply with any reasonable request for assistance in answering the participant's objection but reserves the right to charge for extraordinary services.

**Criteria for Approval and/or Documentation Requirements.** Prudential will follow the criteria listed in the following sections in determining whether to approve a hardship withdrawal. Prudential will not exercise discretion as a plan fiduciary and will determine hardship withdrawal eligibility based only on the criteria provided by you after the hardship request has been screened as described above. When the application of these guidelines to specific situations is unclear and/or may require discretionary action or decisions, Prudential will contact you (as the plan's fiduciary) to clarify these guidelines and/or make a decision with respect to that hardship request.

**Plans Allowing Hardship Withdrawals from Elective Deferrals Using the Safe Harbor Method.** (This section also applies to safe harbor hardship loans, as applicable)

To be eligible for a hardship withdrawal, a participant must have an immediate and heavy financial need, and the distribution must be necessary to satisfy the need.

Under the safe harbor method, the eligibility conditions for a hardship withdrawal are deemed satisfied if the distribution is for a limited number of reasons and certain additional requirements are satisfied. Treasury Regulation Section 1.401(k)-1(d)(3)(iii)(B). Prudential will use the safe harbor method in determining whether to approve a safe harbor hardship withdrawal.

 Immediate and heavy financial need. Participants are deemed to have an immediate and heavy financial need if the hardship request is for:

— medical expenses;

— purchase of the participant's principal residence;

— educational expenses;

— amounts necessary to prevent eviction or foreclosure;

— burial or funeral expenses; or

— casualty losses to the participant's principal residence.

ROLLINS_0001346

The criteria for determining if a participant has an immediate and heavy financial need, and the documentation the plan requires the participant to produce to verify the need before Prudential approves the hardship request for the safe harbor reasons listed above, is indicated below under "Hardship Withdrawals Definitions and Criteria."

- Determining if distribution is necessary to satisfy the financial need. Hardship distributions cannot exceed the amount necessary to satisfy the need. Consequently, Prudential will approve hardship distributions in amounts no greater than the documented need, as described above. However, distributions can be "grossed up" by any amounts necessary to pay any federal, state or local income taxes or penalties reasonably anticipated to result from the distribution. Prudential will "gross up" distributions as requested by the participant if the hardship request meets all criteria and documentation required for approval. If the participant chooses to "gross up" the distribution but does not indicate the estimated amount of taxes and penalties applicable to the distribution, Prudential will assume taxes and penalties of 10% of the gross distribution amount.

A distribution will be deemed necessary to satisfy the financial need if:

— The employee has obtained all available distributions, and if applicable, non-taxable loans under the plan and all plans maintained by the employer. If an employee is required to take a plan loans before requesting a hardship distribution, and Prudential can determine from its records that the employee has a loan available to them through the plan, the employee will be advised that they need to take a loan in the amount available to them before a hardship distribution can be approved. If Prudential can determine from its records that the employee is eligible for an in-service distribution through the plan, the in-service distribution will automatically be processed first and deducted from the requested hardship amount prior to the hardship request. To the extent the loan, if required, or in-service withdrawal cannot fully satisfy the need, Prudential will approve the hardship distribution for the remaining need if all plan hardship requirements are met.

— If required by the plan document and/or applicable regulations, the employee will be suspended from making elective contributions or employee contributions after receiving a hardship distribution for the time period specified in the plan document. Prudential will notify you to initiate the suspension of contributions.

> **Plans Allowing Hardship Withdrawals Using the Safe-Harbor-Summary Based Review (Summary Substantiation) Method.** Prudential will provide to the participant such notices (e.g., distribution is taxable, distribution may not exceed the immediate and heavy financial need, assets available for hardship, employee agrees to keep source documents and make available upon request) and get from the participant (in the form of a summary of the information in source documents) such information as the Internal Revenue Service may require. Prudential will accept no more than two summary-based hardship Requests per participant per plan year. Prudential will implement commercially reasonable standards that are designed and intended to prevent the processing of any summary-based Request if the information provided by the participants is incomplete, inconsistent on its face with the reason given by the participant for

ROLLINS_0001347

the hardship or contains obviously erroneous or garbled information. If a Request is incomplete, inconsistent on its face with the reason given by the participant for the hardship or contains obviously erroneous or garbled information, Prudential will contact (or attempt to contact) the participant and request clarification or additional information within a stated period. If the participant fails to provide clarification or additional information, Prudential will deny the Request and notify the participant accordingly.  In addition, Prudential may inform the participant that the participant may re- request the distribution under the non-summary based method by submitting source documentation to Prudential. Prudential periodically, and no less frequently than annually, a report or other access to data describing the hardship distributions made during the period of the report. At your request, Prudential will contact a Participant who has made a Request for or received a hardship distribution under the Summary Based method and ask for source documents to substantiate the distribution.

**Plans Allowing Hardship Withdrawals from Elective Deferrals Using the Facts & Circumstances Method.** To be eligible for a hardship withdrawal a participant must have an immediate and heavy financial need, and the distribution must be necessary to satisfy the need. Whether an employee has an immediate and heavy financial need is determined based on all relevant facts and circumstances. Prudential will require the participant to meet the hardship definition and produce documentation to verify the need before Prudential approves the hardship request for the facts and circumstances reasons selected in the Services Agreement, as detailed below under "Hardship Withdrawals Definitions and Criteria."

Hardship distributions cannot exceed the amount necessary to satisfy the need. However, distributions can be "grossed up" by any amounts necessary to pay any federal, state or local income taxes or penalties reasonably anticipated to result from the distribution. Prudential will "gross up" distributions as requested by the participant if the hardship request meets all criteria and documentation required for approval. If the participant chooses to "gross up" the distribution but does not indicate the estimated amount of taxes and penalties applicable to the distribution, Prudential will assume taxes and penalties of 10% of the gross distribution amount.

For a distribution to be deemed "necessary," the participant must have no other resources that are reasonably available to satisfy the need. To determine if the criteria is met, Prudential will rely on a written statement from the participant attesting to the inability to satisfy the financial need through any of the following:

- Reimbursements or compensation by insurance or otherwise;

- Liquidation of the participant's assets;

- Cessation of elective contributions or employee contributions under the plan;

- Taking available distributions from plans maintained by the employer or by any other employer; or

- Borrowing from commercial sources on reasonable commercial terms.

ROLLINS_0001348

However, if Prudential can determine from its records that the participant has a loan or in-service withdrawal available to them through the plan, and if applicable, the participant will be advised that they need to take a loan or in-service withdrawal in the amount available to them before a hardship distribution can be approved. To the extent the loan or in-service withdrawal cannot fully satisfy the need, Prudential will approve the hardship distribution for the remaining need if all plan hardship requirements are met.

**Plans Allowing Hardship Withdrawals from Sources Other Than Elective Contribution Sources**. Prudential will approve hardships from sources other than elective deferrals for the reasons selected in the Services Agreement, using the criteria for approval and/or documentation requirements specified for those reasons in the "Hardship Withdrawals Definitions and Criteria" section below.

**Hardship Withdrawal Definitions and Criteria.** The definition of a hardship need and the criteria that Prudential will use to determine if a participant has that financial need for purposes of hardship eligibility are listed below.  If Prudential processes Requests for a plan using the Safe-Harbor-Summary Based Review (Summary Substantiation) Method, Prudential will seek from the participant (in the form of a summary of the information in source documents) rather than seeking the source documentation listed below.   The hardship reasons and criteria that apply to a particular participant are based on the permissible hardship reasons selected in the Administrative Services Agreement for the contribution type that will be distributed as a hardship withdrawal.

*Medical Expenses*
- Definition: Expenses for medical care incurred by the participant, the participant's spouse, the primary beneficiary under the plan (if allowed by the plan), or any dependents of the participant (as defined in IRC section 152 without regard to section 152(b)(1), (b)(2) and (d)(1)(B)), or necessary for these persons to obtain medical care (as described in IRC section 213(d)).

- Criteria for approval and/or documentation required:

  — Copies of itemized genuine invoices dated within 60 days of the hardship request, which state that insurance does not cover the expense(s). This includes care credit card invoices along with the medical statement.   Proof that insurance will not pay can be either from the doctor's office or the insurance company.

  — The patient's name on each invoice must be for the participant, or participant's spouse, primary beneficiary (if allowed under the plan), children, or dependents. In a situation where the participant's name is not on the invoice, the participant will be asked to produce a marriage license, birth certificate, beneficiary form or a Form 1040, as applicable to demonstrate that the service is for the participant's spouse, primary beneficiary under the plan (if allowed by the plan), or any dependents of the participant. If the spouse consents to the distribution via a signature on the distribution paperwork, neither a marriage license nor any other additional documentation will be required to verify that the individual is the participant's spouse.

ROLLINS_0001349

— If the participant is a non-custodial parent requesting a hardship withdrawal for medical expenses incurred by his/her child, the participant will need to produce the medical expenses and a self-certified letter to certify that all requirements allowing the participant to treat the child as his/her dependent are met.

— A treatment plan for medical or dental services is acceptable if the letter from the medical or dental provider contains the total amount of the procedure, reflects the amount insurance will cover and the balance due from the patient. It must also indicate that payment is due in advance or at the time of service. The letter must be signed and titled by the service provider.

— If participant has no insurance, a signed self-certified letter stating the participant did not have insurance at the time of service and the service was not for cosmetic reasons.

— Unpaid invoices for either special equipment installed in a home or improvements to the home, if the main purpose of the equipment or improvements is medical care for the participant, the participant's spouse or the participant's dependent. The improvements that Prudential will approve as a medical expense if unpaid invoices are submitted include:

- Constructing entrance or exit ramps.

- Widening doorways at entrances or exits to the home.

- Widening doorways or otherwise modifying hallways and interior doorways.

- Installing railings, support bars or other modifications to bathrooms.

- Lowering or modifying kitchen cabinets and equipment.

- Moving or modifying electrical outlets and fixtures.

- Installing porch lifts and other forms of lifts (other than an elevator).

- Modifying fire alarms, smoke detectors, and other warning systems.

- Modifying stairways.

- Adding handrails or grab bars anywhere in the home.

- Modifying hardware on doors.

- Modifying areas in front of entrance and exit doorways.

- Grading the ground to provide access to the home.

Documentation of improvements or equipment not listed above that may be a deductible medical expense will be forwarded to you for review.

— Hardship withdrawal requests for travel and/or lodging expenses while away from home primarily for and essential to medical care may be for the participant, participant's spouse, children or dependent. Lodging expenses will only be approved for up to $50 per person, per night. Documentation of travel and/or lodging expenses include the following:

CONFIDENTIAL

ROLLINS_0001350

- An unpaid bill or cost estimate (dated within 60 days of the hardship request) for the transportation expenses. A cost estimate includes documents created by an airline, travel agency, or other such organization that provides travel services. Cost estimates prepared by the participant are not acceptable. If, however, travel for medical care involves the use of a personal vehicle, Prudential will accept a signed, dated statement from the participant listing the number of miles that will be traveled. Prudential will apply the IRS' standard mileage reimbursement rate for medical purposes to determine the total need.

- A signed, dated statement from the participant listing the dates of travel, the destination (to/from and whether it will be a round trip) and other estimated expenses (e.g., parking and tolls), if applicable. If traveling by personal vehicle, the participant must include the total number of miles traveled for each date.

- Documentation of an appointment for the future medical care for which travel is required. This documentation must include the name, address and phone number of the doctor, dentist, hospital or other provider of the medical services, and the date(s) services will be provided.

— If the medical services went to collections, Prudential will require a current collection letter no more than 60 days old along with an itemized medical bill. We would require a self-certification letter stating the participant did not have insurance at the time of service.

— If the itemized medical bill states "self-pay," or otherwise indicates that the participant is directly responsible for payment, Prudential will require a self-certification letter stating the participant did not have insurance at the time of service

— Participants requesting a hardship withdrawal for insurance covering medical care or for any qualified long-term care contract must provide a copy of the invoice for the premium payment (that includes the amount of the premium) dated within 60 days and documentation from the insurance company identifying the individuals covered under the policy/contract. Acceptable documentation includes:

- A policy coverage sheet that lists the covered individuals;

- A health card that lists the dependents covered;

- A premium invoice that lists the covered individuals;

- A copy of the confirmation the participant received from the insurance company when the policy/contract became effective.

- For long term care, a copy of the contract referring to long term care services or IRC section 7702(b)

*Education Expense*
- Definition: Payment of tuition (including tuition payment plans), related educational fees, and room and board expenses for the next 12 months of post-secondary education for the participant or the participant's spouse, the participant's primary beneficiary under the plan (if allowed under the plan), children or dependents.

— The following expenses are not considered education expenses:

— Fees for board exams or other tests that are not part of the educational program's curriculum;

— Equipment or supplies that will be used to pursue the course of study (e.g., stethoscope)

— Any previously paid education expenses

- Criteria for approval and/or documentation required:

—Copies of actual invoices for current or future tuition dated within 60 days, for up to the next 12 months of post-secondary education. The bill must include: the name of the student, the name of the school or educational institution, the period for which expenses are incurred, a breakdown of charges and credit for financial aid and/or loans (if applicable) and the total amount due. Electronic invoices or a signed letter from the school on school letterhead are acceptable if they contain this information.

The educational institution named on the invoice must be an accredited post-secondary educational institution eligible to participate in a student aid program administered by the U.S. Department of Education. The participant may be asked to produce documentation on the educational institution's letterhead verifying that students enrolled in the applicable program are eligible for federal student aid.

— The student's name on each invoice must be for the participant, or the participant's spouse, primary beneficiary under the plan, children or dependents. In a situation where the participant's name is not on the invoice, the participant will be asked to produce a marriage license, birth certificate, beneficiary form or a Form 1040, as applicable, to demonstrate that the service is for the participant's spouse, primary beneficiary under the plan (if allowed by the plan) or any dependents of the participant. If the spouse consents to the distribution via a signature on the distribution paperwork, neither a marriage license nor any other additional documentation will be required to verify that the individual is the participant's spouse.

— A copy of unpaid invoices for education related room and board.

— A copy of a lease for off campus housing. (Only the months in which the student is enrolled in classes will be approved.) Tuition bill is required. If there are multiple tenants on lease agreement it will be divided equally amongst all tenants to calculate the approved amount for the participant's request.

— Copies of the school meal vouchers.

— Computer screen printouts containing the individual's name, school name, semester and specific amount due.

*Purchase of Principal Residence*
- Definition: Costs directly related to the purchase of a principal residence for the employee (excluding mortgage payments). This definition may also include purchasing of a housing cooperative and acquiring an ex-spouse's share of the principal residence.

ROLLINS_0001352

- The following expenses are not considered to be expenses related to the purchase of a principal residence:

  — Mortgage payments or costs covered within the mortgage loan itself (non-out-of-pocket expenses).

  — A down payment or closing costs that the participant has already satisfied.

  — Purchase of non-primary residence such as vacation home or business.

  — Purchase of primary residence for anyone other than participant.

  — Purchase of land, unless the land is included in the purchase of a principal residence.

  — Costs associated with refinancing. (Exceptions include refinancing a construction loan into a fixed principal residence loan, or if a participant is acquiring a share of the principal residence as a result of a divorce.)

- Criteria for approval and/or documentation required:

  A binding contractual agreement to build or purchase a home signed by the seller/builder and buyer (participant signature and/or spouse (for spouse, a marriage certificate is required unless QJSA or Spousal Consent is required on the plan)).

  — This agreement must include the address of the residence to be purchased/constructed, total purchase/construction price, and a settlement of completion date (may be no more than 6 months from the date of the hardship request if the home is being purchased and 1 year if the home is being constructed). The agreement must indicate the amount needed to close on the home purchase.

  — If agreement is contingent upon financing, the participant must also submit documentation from the lender (i.e., on the lender's letterhead) that contains the following information:

    ▪ Participant's name; and/or spouse (for spouse, a marriage certificate is required unless QJSA or Spousal Consent is required on the plan)

    ▪ The purchase price, and

    ▪ Either the specific amount needed to close or the total out-of-pocket expenses

  — The property address and purchase price must match the information provided on the binding contractual agreement to build or purchase the home.

  Home construction done by the participant:

    ▪ Copy of the deed that lists the full physical address showing that the participant and/or spouse already own the land on which the home is being built **or**

    ▪ Copy of the complete purchase agreement indicating that participant and/or spouse are going to purchase the land

    ▪ Detailed specifications of the proposed dwelling (Blue Print) if the participant has obtained one

CONFIDENTIAL

- The participant must provide a letter/statement of his/her intent to construct. The letter must include the following:
    1. Total construction price that includes an itemization of the materials needed. (Example: Lumber-$50,000.00, Electrical-$10,000.00, Plumbing-$5,000.00 etc.)
    2. Signed and dated by participant.
    3. Address where being built.
    4. Completion/closing date within 1 year of hardship request
    5. If the purchase agreement has a condition requiring the participant to obtain financing the following is required:
        - Participant must also submit documentation from the lender (i.e., on the lender's letterhead) that contains the following information:
            - Participant's name and/or spouse
            - The purchase price, and
            - The specific amount needed to close or the total out-of-pocket expenses
    6. If purchase agreement is NOT contingent upon the participant obtaining financing.  Prudential can approve the hardship for the full requested amount but not exceeding the total purchase price.  (This must be on the signed letter that the construction is not contingent upon financing).
    7. If the participant hires sub-contractors for any of the construction, signed estimates are required from sub-contractors on company letterhead dated within 60 days of the hardship request.

— Land contract/ installment agreement will require a binding contractual agreement, to purchase a home, signed by the seller/builder and buyer (participant signature and/or spouse's signature). This agreement must include the address of the residence to be purchased, total purchase price, and a settlement date (may be no more than 6 months from the date of the HARDSHIP request). The contract must provide the payment schedule/down payment information required for the sale

*Prevent Eviction*

- Definition: Payments necessary to prevent eviction of the participant from the participant's principal residence. For this purpose, we define eviction as an action by a landlord that compels a tenant to leave their primary residence.

The following expenses are not included when determining if a hardship is allowed to prevent eviction:

— Late rent without formal notice of eviction

- Criteria for approval and/or documentation required:

— Eviction notice must be either a court order or letter from landlord dated within 60 days.

ROLLINS_0001354

— Written document(s) that clearly identify the landlord of the property, provide contact information (address or phone number) and signature of either the landlord or the landlord's attorney.

— Court order must be signed by the landlord, landlord's attorney or court official.

— Either the letter or court order must clearly state the dollar amount that is due and the date it is needed before eviction proceedings are to take place.

— If participant is requesting a hardship amount that includes court costs and attorney fees, documentation must show the services were provided to prevent eviction.

— The distribution request must be submitted to Prudential prior to the eviction date provided in the eviction notice. If the documentation submitted does not contain a specific future eviction date, the distribution request must be submitted no more than 60 days after the date on the eviction notice or of the landlord's signature on the eviction notice.

— Participant's home address on the eviction notice must either match Prudential's records or if the address does not match and the participant currently resides at the residence, the participant will need to provide proof of residence in the form of a current bill or driver's license.

— The eviction notice must either reference the participant by name to prove that the participant is the individual held accountable for the rent or if the participant's name is not on the eviction notice, participant must also provide either a driver's license or a recent bill that shows the participant's address matches the address on the eviction notice.

— Notice of eviction that includes Homeowners Association Fees and Maintenance fees will qualify if the amount due will prevent eviction.

*Prevent Foreclosure*
• Definition: Payments necessary to prevent imminent foreclosure on the mortgage of the participant's principal residence. For this purpose, foreclosure is defined as the process by which a participant's principal residence is re-possessed due to delinquent mortgage payments or delinquent taxes.

The following items are not considered valid documentation of a hardship need to prevent foreclosure:

— Notice of late mortgage payments without formal notice of foreclosure.

— Notices of options given to participants, such as a payment plan, in order to prevent foreclosure.

— A notice indicating that the loan is in default is not sufficient.

• Criteria for approval and/or documentation required:

— Foreclosure notice from financial institution dated within 60 days in the participant and/or spouse's name, including notices indicating 'intent to foreclose' on a mortgage or a court order.

ROLLINS_0001355

— Foreclosure Notice (i.e. court document notice of intent, etc.) must either include dollar amount needed in order to prevent foreclosure proceedings by a specific future date or timeframe. Or if it does not contain future date or timeframe, the documentation submitted does not contain a specific foreclosure date, the distribution request must be submitted no more than 60 days after the date on the foreclosure notice.

— Supporting documentation from the mortgage company indicating that the participant may be eligible for federal or local assistance (i.e., HUD) through the use of public programs (state or federal government) does not require further investigation from Prudential before approving a request because this is common pre-printed language on most company's foreclosure notices.

— Foreclosure notice must be on the financial institution's letterhead, a court order (stamp or signature is acceptable) or on the financial institution's attorney's letterhead (signature is not required from the financial institution).

— In cases where the documentation from the financial institution holding the mortgage is deficient or out-of-date and that institution will not provide the additional documentation necessary to approve the distribution, Prudential will accept a letter from the participant's attorney confirming the participant is facing foreclosure. If the combination of the documentation from the attorney and the mortgage company meet the hardship criteria, Prudential will approve a hardship distribution.

— Participant's home address on the foreclosure notice must match address in Prudential's records. If the address does not match but participant currently resides at the residence, the participant will need to provide proof in the form of a current bill or driver's license

— If the participant's and/or spouse's name is not on the foreclosure letter, but the participant currently lives at the residence, the participant will need to provide proof in the form of a current bill or driver's license.

— Delinquent taxes qualify if they are taxes on the participant's and/or spouse's principal residence. The notice must state the amount is due to prevent foreclosure or sale of the home. If the notice is not related to the principal residence, the hardship request will be denied.

— Notice of foreclosure for Homeowners Association Fees and Maintenance fees qualify if the amount due will prevent foreclosure.

— Notice of foreclosure for Home Equity loans qualify if the amount due will prevent foreclosure.

— Foreclosure on a land contract/ installment agreement, participant will need to submit the original contract along with a letter from the seller stating the amount due to prevent foreclosure.

— If participant is currently in bankruptcy to qualify the participant would need to provide i.) foreclosure documentation and ii.) Relief from Stay from the Courts or approved documentation from the plan sponsor.

ROLLINS_0001356

— Court costs and attorney fees will be taken into consideration as eligible amounts for a hardship when those services were rendered to prevent foreclosure.

*Funeral Expenses*

- Definition: Payments for burial or funeral expenses for the participant's deceased parent, spouse, children, primary beneficiary under the plan (if allowed by the plan) or dependents. For purposes of this definition, "parent" includes a stepmother, stepfather or adoptive parents as well as a biological parent. Similarly, the participant's "child" for this purpose is the participant's stepchild, adoptive child or biological child, regardless of age.

The following expenses are not considered funeral expenses for purposes of taking a hardship withdrawal:

— Invoices that were extinguished or satisfied.

— Burial expenses covered by veterans' benefits.

— Travel expenses incurred by family members to attend the funeral.

- Criteria for approval and/or documentation required:

— Unpaid invoices dated within 60 days from the funeral home.

— A copy of the death certificate, an obituary, a letter from the hospital, letter from the funeral home or a report of death from funeral home would be acceptable proof of death.

— Copy of beneficiary form (if expenses are for the participant's beneficiary under the plan, as allowed by the plan).

— If the funeral expenses are for the employee's spouse, parent, child, participant's primary beneficiary (if applicable to the plan) or dependent proof of participant's relationship is required:

   ▪ Copy of the first page of a current year IRS Form 1040

   ▪ Official Marriage License/Certificate (common-law marriage must be approved by Plan Sponsor)

   ▪ Copy of a birth/adoption certificate (listing mother and/or father)

   ▪ For step-family, copy of a birth certificate and marriage certificates sufficient to prove relationship.

   ▪ Relationship identified on the Death Certificate.

— Unpaid invoices from other parties to pay additional expenses associated with the funeral, including:

   ▪ Flowers

   ▪ Guest register and acknowledgement cards

   ▪ Music

   ▪ Marker or monument

ROLLINS_0001357

- Crypt
- Opening/closing grave
- Burial plot
- Cemetery perpetual-care charges
- Burial vault or grave liner
- Honoraria for clergy
- Funeral luncheon/dinner

— The participant's name or spouse's name must be on the bill. If the spouse is listed as the responsible party, a marriage certificate is required for proof of relationship.

*Casualty Expenses*
- Definition: Expenses for the repair of damage to the participant's principal residence that would qualify for the casualty deduction under IRC Section 165. Casualty losses can include, but are not limited to:

  — Car accidents that cause damage to primary residence

  — Earthquakes

  — Fires

  — Floods

  — Storms including but are not limited to hurricanes, tornadoes, heavy snow, ice, heavy rain, and flooding.

  — Vandalism

  — Hardships for casualty losses will not be permitted when:

  — Damage or destruction is caused by progressive deterioration where no casualty event occurred.

  Examples of progressive deterioration (i.e., not considered a casualty loss) include:

  - Steady weakening of a building due to normal wind and weather conditions.
  - Most losses of property caused by droughts.
  - Termite or moth damage.
  - Damage or destruction to trees, shrubs, or other plants by a fungus, disease, insects, worms or similar pests.

  — The invoices submitted were extinguished or satisfied.

  — The losses are covered by an insurance provider, or where lack of insurance has not been substantiated.

ROLLINS_0001358

— Information received that does not clearly qualify for the casualty deductions (e.g., possible deterioration) or documentation regarding a potential casualty loss that occurred more than one year prior to the date the documentation is received by Prudential will not be reviewed by Prudential. These will be forwarded to you for a determination.

- Criteria for approval and/or documentation required:

— Certification from the participant identifying the reason for the loss and the location of the loss.

— Casualty loss has not occurred more than one year ago from hardship request.

— Location of the loss must match the participant's address on Prudential's recordkeeping system.  If the address does not match but participant currently resides at the residence, the participant will need to provide proof in the form of a current bill or driver's license.

— Unpaid invoices and/or contracts evidencing the cost of repair dated within 60 days. The name on the invoice and/or contract must be that of the participant and/or spouse (for spouse, a marriage certificate is required unless QJSA or Spousal Consent is required on the plan) and the address on the invoice must be the participant's primary residence.

— Written documentation showing that insurance does not cover the cost of repairs. When the participant does not have insurance, Prudential will require a self-certification letter stating the participant did not have insurance at the time of the loss.

— Evidence of the casualty requires the participant to provide a description of the loss and its cause.

— If insurance states that a storm caused the damage, but due to deterioration the insurance will not cover the loss, Prudential will contact you for a determination.

— If Prudential receives a letter from the insurance company stating that they will not cover the loss because of deterioration, but the contractor making the repair provides a letter stating that a storm caused the damage, Prudential will contact you for a determination.

ROLLINS_0001359



## Important Considerations Related to Rule 404a-5 Support Options

Prudential offers support services designed to assist Plan Sponsors with their disclosure obligations under <u>Department of Labor (DOL) Rule 404a-5 ("404a")</u>. Our services offer Plan Sponsors a plan specific 404a disclosure notice ("404a notice") and a website with "additional investment information" ("Website"), and also include a participant delivery option. Fees actually deducted from participant accounts will be disclosed on participants' quarterly account statements. Given the Plan fiduciary's obligations under 404a, it is critical that Plan Sponsors review the following Important Considerations before selecting the level of support requested of Prudential.

## Fiduciary Obligations

Plan Sponsors should review the 404a notice and Website Prudential has developed for their plan to confirm that these tools support their disclosure obligations. Plan Sponsors should specifically consider the following before selecting their level of desired support:

Prudential's 404a notice and Website are systematically populated with the investment and fee information available to us. In cases where data needed in the disclosure document (e.g. performance and expense information for custom investments) is not available to us, the Plan Sponsor will need to supplement the information we have provided to ensure that a comprehensive disclosure is delivered, in a single package. Similarly, if data that is needed for the Website (e.g. investment objective, risks, turnover, holdings, etc.) is not available to us, the Plan Sponsor must arrange to have this information made available to us, or must provide it to their participants on an alternative website.

Prudential relies on third parties or publically available non-Prudential sources to obtain some data used to populate its 404a notice and Website. While Prudential believes this information to be reliable, it does not warrant it to be accurate, complete or timely. Notwithstanding anything in our administrative services agreement to the contrary, Prudential shall not be responsible for any damages or losses arising from any use of this information, nor shall any indemnification provisions contained in the administrative services agreement apply to the use of this information.

404a requires the display of benchmark performance of "broad-based securities market indices" for participants' use in assessing the investment options in their plan. Prudential has hired a reputable industry vendor to select and provide benchmark performance to satisfy 404a. Plan Sponsors should be aware that the benchmark performance may not always correlate well to individual investments, and that the benchmarks displayed may not match those displayed in other participant materials. For example, the S&P 500 Index is used on Prudential's 404a notice as the benchmark for employer stock. Because employer stock is not diversified and not managed to perform similarly to a benchmark, its performance should be expected to deviate from that of the benchmark required by 404a.

404a requires identification of designated investment managers made available to plan participants to manage any portion of their plan assets. Prudential's 404a notice does not contain this information. Plan Sponsors who provide this service should provide this disclosure to participants. Similarly, Plan Sponsors who pay for certain plan administrative services on an ad hoc basis by periodically deducting amounts from participant accounts to make payment to a service provider, should disclose these deductions to participants.

1

CONFIDENTIAL

ROLLINS_0001360

## Electronic Delivery

In an effort to reduce print and mail costs, Plan Sponsors may wish to review current <u>DOL electronic delivery guidance</u> and consider their ability to deliver 404a notices electronically to employees who meet one of the categories described. As more fully described in the regulations, electronic delivery may be used with: (1) participants who have the ability to effectively access documents furnished in electronic form at any location where the participant is reasonably expected to perform his or her duties as an employee, and with respect to whom access to the Plan Sponsor's electronic information system is an integral part of those duties; or (2) participants who have affirmatively consented to electronic delivery in the manner prescribed by these regulations.

Prudential's Wired at Work program implements the procedure described in (1) above, and offers eligible Plan Sponsors an efficient means to support email delivery of annual 404a notices and other plan information to employees enrolled in the plan. If you would like more information on this program, please contact your Relationship Manager for details. Prudential accommodates (2) through its existing electronic delivery system, which obtains participant consent through our participant website.

## Distribution Options Available for Annual 404a disclosures

**Partial Support** is available at no additional cost.  Under Partial Support, Prudential provides the Plan Sponsor with its standard 404a notice, and the Plan Sponsor delivers the 404a notice to employees at required intervals.\* This option allows Plan Sponsors the ability to deliver Prudential's standard 404a notice, or their own customized 404a notice to their employees directly.  Plan Sponsors who anticipate the need to supplement Prudential's standard 404a notices should select Partial Support.

Sponsors using Partial Support must also ensure delivery of required 404a information to new employees and to existing employees within 30 to 90 days in advance of changes to certain plan information.

\* Prudential will issue annual 404a notices to terminated participants n accordance with current services in place for the plan, if applicable, and generally within the second calendar quarter.  If Prudential does not currently provide services to terminated participants, the Plan Sponsor will be  responsible for these mailings.

**Full Support** is available for an additional fee.  Under Full Support, Prudential provides the Plan Sponsor with its 404a notice, and delivers this notice annually, on the Plan Sponsor's behalf.  Delivery available within the Full Support option assumes the use of Prudential's standard 404a notice.  Plan Sponsors must provide mailing information for all employees who are eligible to enroll in the plan but are currently not participating ("non-participating eligibles") at the time of each required mailing.  Prudential will rely on its records for individuals enrolled in the plan (participants, beneficiaries, QDRO payees, etc.) ("enrollees"). To avoid duplicate mailings, information remitted by the Plan Sponsor should not include enrollees.

Prudential will deliver the annual 404a notice to enrollees in accordance with their chosen delivery method (electronic or direct mail).  Enrollees noted on Prudential's *"Invalid Participant Address Report"* will not be included in Prudential's mailing until a valid mailing address is provided.  All returned mail will be directed to the Plan Sponsor for handling.

Effective March 2013, enrollees in plans using Prudential's "Wired at Work" program will receive the annual 404a notice electronically. Plan Sponsors must deliver annual 404a notices to non-participating eligibles directly. Plan Sponsors who wish to use Prudential's delivery services for non-participating eligibles must provide mailing information for each individual to whom Prudential will issue a 404a notice via direct mail.  All 404a notices issued via direct mail will incur a $1.50 fee.  There is currently no charge for delivery of annual 404a notices via email.

Prudential's Full Support option provides information to newly eligible employees through inclusion of its 404a notice in the plan's enrollment materials (Retirement Workbook or Electronic Enrollment).  Retirement Workbooks will be delivered to the plan or directly to employees, as separately elected by the Plan Sponsor.  Inclusion of the 404a notices in a printed Retirement Workbook will incur a $1.50 fee per 404a notice.  Full Support plans using our eEnrollment program will have 404a notices made available to newly eligible employees via these materials and processes.   There is currently no charge for delivery of annual 404a notices via email.  Delivery of information to newly eligible employees relies upon receipt of required data from the Plan Sponsor via our payroll interface (ECI).  Full Support plans not using standard Retirement Workbook or Electronic Enrollment features are responsible for fulfillment of the 404a notice to newly eligible participants.

2

CONFIDENTIAL

ROLLINS_0001361

## 404(a) Participant Fee Disclosure Directive – Action Required

After reviewing the above Important Considerations and the 404a notice available for your plan please select the service level you desire for annual 404a notices. In the event no election is returned by the required deadline, your prior election will remain in place.

☐ **Partial Support:** Available at no additional charge. **Prudential creates** 404a notices. Prudential posts the 404a notice to the plan sponsor website and notifies the named 404a contact via email when the notice, or subsequent updates, become available. **Plans that intend to modify or supplement Prudential's 404a notice must select Partial Support.**

- **Plan Sponsor fulfills delivery** to required employees. Prudential does not handle participant fulfillment of annual 404a notices, and does not include 404a notices in Retirement Workbook and/or Electronic Enrollment materials.
- Prudential makes the Website available to (1) provide participants and non-participating eligibles with access to investment and fee information available to us, and (2) satisfy the rules to make additional information available "on request" and "via a website."
- Prudential posts the 404a notice to its Participant Website available to enrollees in the plan. Website posting does not satisfy fulfillment requirements of Rule 404a. **Plans that intend to modify or supplement Prudential's notice should direct Prudential NOT to post its standard 404a notice on the participant website by checking the box below.**
    - ☐ Do Not Post to the Participant Website
- **Plan Sponsor fulfills advanced notice delivery of Plan Level changes to employees.** Prudential will provide clients (Full or Partial support) with a template for their consideration in disclosing Plan Changes requested of Prudential to required employees to satisfy Rule 404a.
- **Plan Sponsor fulfills delivery to newly eligible employees.**
- If Prudential currently provides services to terminated participants in accordance with your Services Agreement, Prudential delivers the 404a disclosures on an annual basis, generally in the second quarter of the calendar year. **If the Plan Sponsor's annual delivery of the 404a disclosure to active employees occurs at a different time of year,** participants who terminate after Prudential's annual mailing would need to receive a disclosure within 14 months of the last disclosure provided. Therefore, the Plan Sponsor will need to ensure that these newly terminated participants would receive timely disclosure until they are included in Prudential's annual 404a mailing to terminated participants. A listing of terminated participants for whom Prudential completed the mailing is available through your Prudential representative.

☑ **Full Support:** Includes optional delivery of Prudential's standard 404a notice, for a fee. **Prudential creates** 404a notices. Prudential posts the 404a notice to the plan sponsor website and notifies the named 404a contact via email when the notice or subsequent updates become available. Prudential's standard 404a notice is delivered as described below to satisfy plan disclosure obligations.

- **Prudential fulfills delivery of annual 404a notices to required employees on behalf of the Plan Sponsor:**
    - Plan Sponsor is required to provide required information to be used for each annual mailing to non-participating eligibles.
        - Plan Sponsors who already provide this information for employee eligibility determinations may direct Prudential to use this information for mailings to non participating eligible employees by checking the box below without requiring ongoing Plan Sponsor approval. Plan Sponsors who provide this employee eligibility determination information but do not make the election below will be required to approve information for such mailings.

            ☑ I certify that I am currently providing employee eligibility determination information to Prudential and direct Prudential to use this information for mailings to non participating eligible employees. I understand Plan Sponsor is responsible for the accuracy of this data

3

ROLLINS_0001362

and for providing the data through normal payroll processing methods.
- Annual 404a notices are delivered via:
  - Email to enrolled participants who have elected this delivery method (at no additional charge)
  - Direct mail to enrolled participants who have not elected e-delivery
  - Direct mail to non-participating eligibles using information provided by the Plan Sponsor
- A fee of $1.50 per 404a notice is applied for each direct mail item.
- Return mail will be directed to the Plan Sponsor for handling. Return mail and/or inaccuracies with the mailings will not alleviate the Plan Sponsor's fiduciary duties to comply with required delivery to participants.
- Prudential intends to deliver annual notices to Full Support clients in the second quarter of each calendar year, but reserves the right to modify this timing from year to year.

- **Prudential makes the Website available** to (1) provide participants and non-participating eligibles with access to investment and fee information, and (2) help satisfy the requirement to make additional information available "on request" and "via a website."
- **Plan Sponsor fulfills advanced notice delivery of Plan Level changes to employees.** Prudential will provide clients (Full or Partial support) with a template for their consideration in delivering to required employees to satisfy 404a.
- **Prudential includes its standard 404a notices** in standard Retirement Workbook and/or Electronic Enrollment materials. Inclusion of the 404a notices in a printed Retirement Workbook will incur a $1.50 fee per 404a notice.

I have reviewed the 404a notice and Website made available to my plan and have read and understand the information provided in the Important Considerations section and agree to these terms. By providing this completed form, I authorize Prudential to update my election for annual 404a notice fulfillment as described, and to apply any applicable fees. I understand that my election(s) above, will serve as an amendment to my plan's administrative services agreement with Prudential and will override any previous 404a Administrative Directives I, or another representative of my plan, may have completed.

Plan Name _Rollins 401K Savings Plan_                Plan Number _006974_

Name of Authorized Signer (please print): _Jamie Benton_

Authorized Signature: _[signature]_                Date: _3/8/16_

4

CONFIDENTIAL
ROLLINS_0001363



### Important Considerations Related to the Annual Notice Package

Prudential offers support services designed to assist Plan Sponsors with their disclosure obligations of certain Regulatory Notices. Our services offer Plan Sponsors a sample "Notice" populated with plan provisions and a participant distribution option. The sample notices included in this offering are: Qualified Default Investment Alternative "QDIA", Eligible Automatic Contribution Arrangement "EACA", Qualified Automatic Contribution Arrangement "QACA", Safe Harbor, Automatic Contribution Arrangement "ACA" as applicable. For more information regarding disclosure requirements you may refer to our annual Compliance Checklist.

### Fiduciary Obligations

Plan Sponsors should review the Annual Notice Package that Prudential has provided as a sample for their plan to confirm that the notice(s) support their plan obligations. Plan Sponsors should specifically consider the following before selecting their level of desired support:

Prudential relies on third parties to obtain some data used to populate the Annual Notice(s). While Prudential believes this information to be reliable, it does not warrant it to be accurate, complete or timely. Notwithstanding anything in our administrative services agreement to the contrary, Prudential shall not be responsible for any damages or losses arising from any use of this information, nor shall any indemnification provisions contained in the administrative services agreement apply to the use of this information.

### Vendor Information

Prudential utilizes your plan document to prepare the Annual Notice Package. Depending on your plan document type, fees may apply for the preparation of the standard Annual Notice Package.

### Electronic Delivery

In an effort to reduce print and mail costs, Plan Sponsors may wish to review current electronic delivery guidance and consider their ability to deliver the Annual Notice Package electronically to employees who meet one of the categories described. As more fully described in the Department of Labor's regulations, electronic delivery may be used with: (1) participants who have the ability to effectively access documents furnished in electronic form at any location where the participant is reasonably expected to perform his or her duties as an employee, and with respect to whom access to the Plan Sponsor's electronic information system is an integral part of those duties; or (2) participants who have affirmatively consented to electronic delivery in the manner prescribed by these regulations.

1

CONFIDENTIAL

ROLLINS_0001364

Prudential's Wired at Work program implements the procedure described in (1) above, and offers eligible Plan Sponsors an efficient means to support email delivery of the Annual Notice Package and other plan information to employees enrolled in the plan. If you would like more information on this program, please contact your Relationship Manager for details. Prudential accommodates (2) through its existing electronic delivery system, which obtains participant consent through our participant website.

### Distribution Options Available for Annual Notice Package

**Partial Support** is available at no additional cost. Under Partial Support, Prudential provides the Plan Sponsor with its standard Annual Notice Package and the Plan Sponsor delivers the Annual Notice Package to employees during the required regulatory timeframe. This option allows Plan Sponsors the ability to distribute Prudential's standard Annual Notice Package, or their own customized Annual Notice to their employees directly. Plan Sponsors who anticipate the need to modify and/or customize Prudential's standard Annual Notice Package should select Partial Support. Additionally, Plan Sponsors who anticipate the need to distribute the Annual Notices Package along with other notices and/or materials should select Partial Support.

Sponsors using Partial Support must also ensure the distribution of required notices to new employees within the required regulatory timeframe. Additionally, Sponsors using Partial Support must ensure distribution of required notices regarding changes to certain plan information to existing employees within the required regulatory timeframe.

**Note:** Prudential will issue Annual Notice Package to terminated participants in accordance with current services in place for the plan, if applicable, and within 30 to 90 days before the first day of the plan year, as required. If Prudential does not currently provide services to terminated participants, the Plan Sponsor will be responsible for these mailings.

**Full Support** is available for an additional fee. Under Full Support, Prudential provides the Plan Sponsor with its Annual Notice Package and distributes this package annually, on the Plan Sponsor's behalf, for an additional fee. If Prudential distributes annual notices for *any* population, including terminated participants with a balance, we will distribute notices electronically ("E-Delivery") to registered participants who have elected E-Delivery and to participants eligible for electronic delivery in plans using Prudential's Wired at Work program. There is currently no charge for distribution of the Annual Notice Package via email. As part of this electronic delivery process:

**Note:** All electronic delivery participants will get an email informing them that their Annual Notices are available on the participant website. If the email is rejected (undeliverable), the participants will get a letter advising them that their email address needs to be updated, and that they may access their electronic document on the participant website. All others will continue to receive a printed notice.

Distribution available within the Full Support option assumes the use of Prudential's standard Annual Notice Package. Plan Sponsors must provide mailing information for all employees who are eligible to enroll in the plan but are currently not participating ("eligible non-participating employees") at the time of each required mailing. Prudential will rely on its records for individuals enrolled in the plan (participants, beneficiaries, QDRO payees, etc.) ("enrollees"). To avoid duplicate mailings, information remitted by the Plan Sponsor should not include enrollees.

Enrollees noted on Prudential's *"Invalid Participant Address Report"* will not be included in Prudential's mailing until a valid mailing address is provided. All returned mail will be directed to the Plan Sponsor for handling.

2

CONFIDENTIAL

ROLLINS_0001365

### Annual Notice Package Directive – Action Required

After reviewing the above Important Considerations and the Annual Notice Package available for your plan please select the service level you desire for the Annual Notice Package. In the event no election is returned by the required deadline, Prudential will consider your election to be Partial Support.

☐ **Option 1. Partial Support:** Available at no additional charge. **Prudential creates** the Annual Notice Package and the Plan Sponsor is responsible for distribution. **Plans that intend to modify or customize Prudential's Annual Notice Package must select Partial Support.**

- **Plan Sponsor fulfills distribution** to required employees. Prudential does not handle participant fulfillment of the Annual Notices Package.
- **Plan Sponsor fulfills advanced notice delivery of Plan Level changes to employees.** Prudential will provide clients (Full or Partial support) with a template for their consideration in disclosing Plan Changes requested of Prudential to required employees to satisfy changes to applicable Annual Notices.
- **Plan Sponsor fulfills delivery to newly eligible employees.**
- If Prudential currently provides services to terminated participants in accordance with your Services Agreement, Prudential delivers the Annual Notice Package as required. A listing of terminated participants for whom Prudential completed the mailing is available through your Prudential representative. **Plans that intend to modify or customize Prudential's Annual Notice Package should direct Prudential NOT to post its standard Annual Notice Package on the participant website for terminated participants by checking the box below.**
  - ☐ Do Not Post to the Participant Website (Prudential will print and mail only to applicable participants)

☒ **Option 2. Full Support:** Includes distribution of Prudential's standard Annual Notice Package, for a fee. Prudential populates the Annual Notice Package based on certain provisions within the Plan Sponsor's plan document. Prudential posts the Annual Notice Package to the Participant Website for electronic delivery participants. Electronic delivery participants will get an email informing them that their Annual Notices are available on the participant website. If the email is rejected (undeliverable), the participants will get a letter advising them that their email address needs to be updated, and that they may access their electronic document on the participant website. All others will continue to receive a printed Annual Notice Package. Prudential's standard Annual Notice Package is distributed as described below to satisfy plan disclosure obligations.

- **Prudential fulfills distribution of Annual Notice Package** to employees on behalf of the Plan Sponsor:
  - Plan Sponsor is required to provide required information to be used for annual notice packages that require delivery to eligible non-participating employees. Notices that require mailings to the eligible non-participating employees include Safe Harbor (SH) and/or Qualified Automatic Contribution Arrangement/Eligible Automatic Contribution Arrangement (QACA/EACA).
    - Plan Sponsors who already provide this information for employee eligibility determinations may direct Prudential to use this information for mailings to eligible non-participating employees by checking the box below without requiring ongoing Plan Sponsor approval. Plan Sponsors who provide this employee eligibility determination information but do not make the election below will be required to approve information for such mailings.
      - ☒ I certify that I am currently providing employee eligibility determination information to Prudential and direct Prudential to use this information for mailings to eligible non-participating employees. I understand the Plan Sponsor is responsible for the accuracy of this data and for providing the data through normal payroll processing methods.

3

ROLLINS_0001366

- The Annual Notice Package is distributed via:
  - Email to enrolled participants who have registered for electronic delivery (at no additional charge)
  - Direct mail to enrolled participants who have not elected e-delivery
  - Direct mail to eligible non-participating employees using information provided by the Plan Sponsor
- A fee noted within your expense schedule per Annual Notice Package is applied for each direct mail item.
- Return mail will be directed to the Plan Sponsor for handling. Return mail and/or inaccuracies with the mailings will not alleviate the Plan Sponsor's fiduciary duties to comply with required delivery to participants.
- Prudential intends to distribute the Annual Notice Package to Full Support clients in accordance to the regulatory requirements of not less than 30 days and not more than 90 days before the first day of the plan year.

I have reviewed the Annual Notice Package Directive and I have read and understand the information provided in the Important Considerations section, as well as the support options detailed within this directive and agree to these terms. By providing this completed form, I authorize Prudential to administer my election for the Annual Notice Package fulfillment as described, and to apply any applicable fees. I understand that my election(s) above, will serve as an amendment to my plan's administrative services agreement with Prudential.

If we do not hear from you, we will consider your election to be Option 1 (Partial Support).

Plan Name: *Waltham Sourced Retained Employees Savings Plan*   010010

Name of Authorized Signer (please print): *TERESA Smith*

Authorized Signature: *Teresa Smith*            Date: 6/20/17

4



### Important Considerations Related to Rule 404a-5 Support Options

Prudential offers support services designed to assist Plan Sponsors with their disclosure obligations under <u>Department of Labor (DOL) Rule 404a-5 ("404a")</u>.   Our services offer Plan Sponsors a plan specific 404a disclosure notice ("404a notice") and a website with "additional investment information" ("Website"), and also include a participant delivery option.  Fees actually deducted from participant accounts will be disclosed on participants' quarterly account statements.  Given the Plan fiduciary's obligations under 404a, it is critical that Plan Sponsors review the following Important Considerations before selecting the level of support requested of Prudential.

### Fiduciary Obligations

Plan Sponsors should review the 404a notice and Website Prudential has developed for their plan to confirm that these tools support their disclosure obligations.  Plan Sponsors should specifically consider the following before selecting their level of desired support:

Prudential's 404a notice and Website are systematically populated with the investment and fee information available to us.  In cases where data needed in the disclosure document (e.g. performance and expense information for custom investments) is not available to us, the Plan Sponsor will need to supplement the information we have provided to ensure that a comprehensive disclosure is delivered, in a single package.  Similarly, if data that is needed for the Website (e.g. investment objective, risks, turnover, holdings, etc.) is not available to us, the Plan Sponsor must arrange to have this information made available to us, or must provide it to their participants on an alternative website.

Prudential relies on third parties or publically available non-Prudential sources to obtain some data used to populate its 404a notice and Website.  While Prudential believes this information to be reliable, it does not warrant it to be accurate, complete or timely.  Notwithstanding anything in our administrative services agreement to the contrary, Prudential shall not be responsible for any damages or losses arising from any use of this information, nor shall any indemnification provisions contained in the administrative services agreement apply to the use of this information.

404a requires the display of benchmark performance of "broad-based securities market indices" for participants' use in assessing the investment options in their plan.  Prudential has hired a reputable industry vendor to select and provide benchmark performance to satisfy 404a.  Plan Sponsors should be aware that the benchmark performance may not always correlate well to individual investments, and that the benchmarks displayed may not match those displayed in other participant materials.  For example, the S&P 500 Index is used on Prudential's 404a notice as the benchmark for employer stock.  Because employer stock is not diversified and not managed to perform similarly to a benchmark, its performance should be expected to deviate from that of the benchmark required by 404a.

404a requires identification of designated investment managers made available to plan participants to manage any portion of their plan assets.  Prudential's 404a notice does not contain this information.  Plan Sponsors who provide this service should provide this disclosure to participants.  Similarly, Plan Sponsors who pay for certain plan administrative services on an ad hoc basis by periodically deducting amounts from participant accounts to make payment to a service provider, should disclose these deductions to participants.

1

### Electronic Delivery

In an effort to reduce print and mail costs, Plan Sponsors may wish to review current <u>DOL electronic delivery guidance</u> and consider their ability to deliver 404a notices electronically to employees who meet one of the categories described. As more fully described in the regulations, electronic delivery may be used with: (1) participants who have the ability to effectively access documents furnished in electronic form at any location where the participant is reasonably expected to perform his or her duties as an employee, and with respect to whom access to the Plan Sponsor's electronic information system is an integral part of those duties; or (2) participants who have affirmatively consented to electronic delivery in the manner prescribed by these regulations.

Prudential's Wired at Work program implements the procedure described in (1) above, and offers eligible Plan Sponsors an efficient means to support email delivery of annual 404a notices and other plan information to employees enrolled in the plan. If you would like more information on this program, please contact your Relationship Manager for details. Prudential accommodates (2) through its existing electronic delivery system, which obtains participant consent through our participant website.

### Distribution Options Available for Annual 404a disclosures

**Partial Support** is available at no additional cost.  Under Partial Support, Prudential provides the Plan Sponsor with its standard 404a notice, and the Plan Sponsor delivers the 404a notice to employees at required intervals.* This option allows Plan Sponsors the ability to deliver Prudential's standard 404a notice, or their own customized 404a notice to their employees directly.  Plan Sponsors who anticipate the need to supplement Prudential's standard 404a notices should select Partial Support.

Sponsors using Partial Support must also ensure delivery of required 404a information to new employees and to existing employees within 30 to 90 days in advance of changes to certain plan information.

* Prudential will issue annual 404a notices to terminated participants n accordance with current services in place for the plan, if applicable, and generally within the second calendar quarter.  If Prudential does not currently provide services to terminated participants, the Plan Sponsor will be  responsible for these mailings.

**Full Support** is available for an additional fee.  Under Full Support, Prudential provides the Plan Sponsor with its 404a notice, and delivers this notice annually, on the Plan Sponsor's behalf.  Delivery available within the Full Support option assumes the use of Prudential's standard 404a notice.  Plan Sponsors must provide mailing information for all employees who are eligible to enroll in the plan but are currently not participating ("non-participating eligibles") at the time of each required mailing.  Prudential will rely on its records for individuals enrolled in the plan (participants, beneficiaries, QDRO payees, etc.) ("enrollees"). To avoid duplicate mailings, information remitted by the Plan Sponsor should not include enrollees.

Prudential will deliver the annual 404a notice to enrollees in accordance with their chosen delivery method (electronic or direct mail).  Enrollees noted on Prudential's "*Invalid Participant Address Report*" will not be included in Prudential's mailing until a valid mailing address is provided.  All returned mail will be directed to the Plan Sponsor for handling.

Effective March 2013, enrollees in plans using Prudential's "Wired at Work" program will receive the annual 404a notice electronically. Plan Sponsors must deliver annual 404a notices to non-participating eligibles directly. Plan Sponsors who wish to use Prudential's delivery services for non-participating eligibles must provide mailing information for each individual to whom Prudential will issue a 404a notice via direct mail.  All 404a notices issued via direct mail will incur a $1.50 fee.  There is currently no charge for delivery of annual 404a notices via email.

Prudential's Full Support option provides information to newly eligible employees through inclusion of its 404a notice in the plan's enrollment materials (Retirement Workbook or Electronic Enrollment).  Retirement Workbooks will be delivered to the plan or directly to employees, as separately elected by the Plan Sponsor.  Inclusion of the 404a notices in a printed Retirement Workbook will incur a $1.50 fee per 404a notice. Full Support plans using our eEnrollment program will have 404a notices made available to newly eligible employees via these materials and processes.  There is currently no charge for delivery of annual 404a notices via email.  Delivery of information to newly eligible employees relies upon receipt of required data from the Plan Sponsor via our payroll interface (ECI).  Full Support plans not using standard Retirement Workbook or Electronic Enrollment features are responsible for fulfillment of the 404a notice to newly eligible participants.

2

ROLLINS_0001369

### 404(a) Participant Fee Disclosure Directive – Action Required

After reviewing the above Important Considerations and the 404a notice available for your plan please select the service level you desire for annual 404a notices.  In the event no election is returned by the required deadline, your prior election will remain in place.

☐ **Partial Support:**  Available at no additional charge.  **Prudential creates** 404a notices.  Prudential posts the 404a notice to the plan sponsor website and notifies the named 404a contact via email when the notice, or subsequent updates, become available.  **Plans that intend to modify or supplement Prudential's 404a notice must select Partial Support.**

- **Plan Sponsor fulfills delivery** to required employees.  Prudential does not handle participant fulfillment of annual 404a notices, and does not include 404a notices in Retirement Workbook and/or Electronic Enrollment materials.
- Prudential makes the Website available to (1) provide participants and non-participating eligibles with access to investment and fee information available to us, and (2) satisfy the rules to make additional information available "on request" and "via a website."
- Prudential posts the 404a notice to its Participant Website available to enrollees in the plan.   Website posting does not satisfy fulfillment requirements of Rule 404a.  **Plans that intend to modify or supplement Prudential's notice should direct Prudential NOT to post its standard 404a notice on the participant website by checking the box below.**
    - ☐ Do Not Post to the Participant Website
- **Plan Sponsor fulfills advanced notice delivery of Plan Level changes to employees.** Prudential will provide clients (Full or Partial support) with a template for their consideration in disclosing Plan Changes requested of Prudential to required employees to satisfy Rule 404a.
- **Plan Sponsor fulfills delivery to newly eligible employees.**
- If Prudential currently provides services to terminated participants in accordance with your Services Agreement, Prudential delivers the 404a disclosures on an annual basis, generally in the second quarter of the calendar year.  **If the Plan Sponsor's annual delivery of the 404a disclosure to active employees occurs at a different time of year,** participants who terminate after Prudential's annual mailing would need to receive a disclosure within 14 months of the last disclosure provided.  Therefore, the Plan Sponsor will need to ensure that these newly terminated participants would receive timely disclosure until they are included in Prudential's annual 404a mailing to terminated participants.  A listing of terminated participants for whom Prudential completed the mailing is available through your Prudential representative.

☒ **Full Support:** Includes optional delivery of Prudential's standard 404a notice, for a fee.  **Prudential creates** 404a notices.  Prudential posts the 404a notice to the plan sponsor website and notifies the named 404a contact via email when the notice or subsequent updates become available.  Prudential's standard 404a notice is delivered as described below to satisfy plan disclosure obligations.

- **Prudential fulfills delivery of annual 404a notices to required employees on behalf of the Plan Sponsor:**
    - Plan Sponsor is required to provide required information to be used for each annual mailing to non-participating eligibles.
        - Plan Sponsors who already provide this information for employee eligibility determinations may direct Prudential to use this information for mailings to non participating eligible employees by checking the box below without requiring ongoing Plan Sponsor approval.  Plan Sponsors who provide this employee eligibility determination information but do not make the election below will be required to approve information for such mailings.

            ☒ I certify that I am currently providing employee eligibility determination information to Prudential and direct Prudential to use this information for mailings to non participating eligible employees.  I understand Plan Sponsor is responsible for the accuracy of this data

3

ROLLINS_0001370

and for providing the data through normal payroll processing methods.

- Annual 404a notices are delivered via:
    - Email to enrolled participants who have elected this delivery method (at no additional charge)
    - Direct mail to enrolled participants who have not elected e-delivery
    - Direct mail to non-participating eligibles using information provided by the Plan Sponsor
- A fee of $1.50 per 404a notice is applied for each direct mail item.
- Return mail will be directed to the Plan Sponsor for handling.  Return mail and/or inaccuracies with the mailings will not alleviate the Plan Sponsor's fiduciary duties to comply with required delivery to participants.

- Prudential intends to deliver annual notices to Full Support clients in the second quarter of each calendar year, but reserves the right to modify this timing from year to year.

- **Prudential makes the Website available** to (1) provide participants and non-participating eligibles with access to investment and fee information, and (2) help satisfy the requirement to make additional information available "on request" and "via a website."

- **Plan Sponsor fulfills advanced notice delivery of Plan Level changes to employees.** Prudential will provide clients (Full or Partial support) with a template for their consideration in delivering to required employees to satisfy 404a.

- **Prudential includes its standard 404a notices** in standard Retirement Workbook and/or Electronic Enrollment materials.   Inclusion of the 404a notices in a printed Retirement Workbook will incur a $1.50 fee per 404a notice.

I have reviewed the 404a notice and Website made available to my plan and have read and understand the information provided in the Important Considerations section and agree to these terms.  By providing this completed form, I authorize Prudential to update my election for annual 404a notice fulfillment as described, and to apply any applicable fees.  I understand that my election(s) above, will serve as an amendment to my plan's administrative services agreement with Prudential and will override any previous 404a Administrative Directives I, or another representative of my plan, may have completed.

Plan Name _Western Industries Retirement Saving Plan_ Plan Number _006976_

Name of Authorized Signer (please print): _Jamie Benton_

Authorized Signature: _[signature]_                                    Date: _3-8-16_

4

Prudential Retirement recently added the language contained in the attached document to its Administrative Services Agreement, relative to our breakage policy.  Breakage is an industry term that refers to any pricing differences that occur between the date the trade should have occurred and the date the trade actually occurred.  Our policy has not changed; the purpose of this communication is to inform you that we have slightly revised the language and have provided illustrative examples to better describe this process.

Please keep this document with your Administrative Services Agreement and other plan documents.

If you have any questions, contact your Prudential Retirement Representative.

## POSSIBLE ADDITIONAL COMPENSATION/LOSS FROM ERROR CORRECTIONS

Additional compensation may be earned by Prudential in certain circumstances (such as trading delays or errors) where market trades occur at times when the share price of the trade is not the price assured to the Plan and Participants (commonly called "breakage"). Prudential will net any pricing differences that occur and absorb any net loss and retain any net gain that results; provided, however, that the Plan Sponsor will be responsible for any net loss resulting from incorrect information it provides to Prudential, and Prudential will not absorb any such loss.

The following are two common examples of how breakage might occur:

Example #1:  On Day 1, Prudential receives contributions in the amount of $1,000 from the employer sponsoring Plan I accompanied by instructions received in good order to invest the entire amount in shares of Fund A.  However, due to an inadvertent processing error, Prudential places an order to purchase shares of Fund B.  The Day 1 close of business price for both Fund A and Fund B is $10.00 per share.  Hence, Plan I's account is credited with 100 shares of Fund B, but should have been credited with 100 shares of Fund A.  Prudential becomes aware of the erroneous trade on Day 6.  To correct, Prudential simultaneously places an order to sell all 100 shares of Fund B, and an order to purchase 100 shares of Fund A.  On Day 6, when the correction is processed, the price of Fund B is $5.00 per share and the price of Fund A is $15.00 per share.  The proceeds of the sale of Fund B shares are $500.  However, $1,500 is needed to settle the purchase order for 100 shares of Fund A.  Therefore, the Plan I error resulted in a "loss" of $1,000.

Example #2:  Also on Day 1, Prudential received contributions in the amount of $1,000 from the employer sponsoring Plan II accompanied by instructions to invest Plan II's contributions in Fund X.  However, due to an inadvertent processing error, Prudential placed an order to purchase Fund Y.  The Day 1 close of business price for both Fund X and Fund Y is $10.00 per share.  Hence, Plan II's account is credited with 100 shares of Fund Y, but should have been credited with 100 shares of Fund X.  Prudential becomes aware of the erroneous trade on Day 6.  Prudential corrects its error by simultaneously placing an order to sell all 100 shares of Fund Y and an order to purchase 100 shares of Fund X on Day 6 and the price of Fund Y is $15.00 per share and the price of Fund X is $5.00 per share.  Thus, the proceeds from the sale of Fund Y are $1500 but only $500 is required to settle the purchase order for 100 shares of Fund X.  As a result, there is a gain of $1,000 attributable to correcting the Plan II error.

As indicated in the above examples, breakage may result in a loss or gain to the Plan.  In the case of Example #1, Prudential will make the Plan whole for the $1,000 loss. On the other hand, in the case of Example #2, Prudential will retain the $1,000 gain.  In general, the $1,000 gain will have the effect of offsetting losses incurred by the Plan or other plans due to transaction issues involving breakage.  However, Prudential reserves the right to use any net gains for other purposes including those not related to breakage.  Breakage may be the result of Prudential's or the Plan Sponsor's actions.

Note that the above examples are two common situations in which breakage may occur. Breakage may also occur, for example, when (i) mapping from one or more investments to one or more other investments is not performed in accordance with directions from the Plan or the

Participant, (ii) account rebalancing transactions are performed contrary to instructions from the Participant or Plan Sponsor, and (iii) contributions, distributions, loans, or withdrawal requests are not processed with the price assured to the Plan and Participants.  This is not an exhaustive list of situations in which breakage may occur, but we believe it to be inclusive of the most common instances in which it does so.  Prudential will resolve transactions involving breakage as soon as administratively practicable after the date of discovery, typically within ten business days, though resolution may take longer in certain circumstances.

ROLLINS_0001374

AMENDMENT TO BE ATTACHED TO AND MADE PART OF THE
ADMINISTRATIVE SERVICES AGREEMENT
("Agreement")

Effective November 1, 2006

by and between

ROLLINS, INC.
WESTERN INDUSTRIES-NORTH, LLC
("Plan Sponsor")

and

PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY
("Prudential")

In connection with

Rollins 401(k) Savings Plan (006794)
Western Industries-North, LLC Retirement Savings Plan (006976)
Waltham Services, LLC Tax-Favored Employees' Savings Plan (010010)

By mutual agreement between the signatories below, the Agreement is amended, effective
January 1, 2018 the following respects:

1.  Exhibit A, Election of Services, as constituted immediately prior to the effective date of
    this amendment, is deleted and replaced with the following Exhibit A, Election of
    Services.

2.  Exhibit L, Plan Administrative Expenses, as constituted immediately prior to the
    effective date of this amendment, is deleted and replaced with the following Exhibit L,
    Plan Administrative Expenses.

3.  Exhibit M, ERISA Budget, is hereby deemed inoperable and deleted.

4.  Exhibit N, Annual Recordkeeping Revenue, is hereby deemed inoperable and deleted.

5.  Exhibit O, Service Guarantees, is hereby amended to replace all references therein to
    Exhibit M with Exhibit L.

Except as provided above, all other provisions of the Agreement will continue to apply.

| ROLLINS, INC.<br>WESTERN INDUSTRIES-NORTH, LLC | PRUDENTIAL RETIREMENT INSURANCE<br>AND ANNUITY COMPANY |
|---|---|
| By: | By: |
| Title: Managing Direct | Title: Second Vice President |
| Date: 10-18-17 | Date: 09/13/2019 |



**Ann M. Jadro**
Second Vice President

**Prudential Retirement Insurance and Annuity Company**
200 Wood Avenue S., Iselin, NJ 08830
Tel (732) 482-8870   Fax (732) 482-8946
ann.jadro@prudential.com

January 7, 2013

Ms. Joanne Thomas
Rollins, Inc.
2170 Piedmont Road, N.E.
Atlanta, GA 30324

Re:   Plan ID Number 006974

Dear Ms. Thomas:

Prudential Retirement Insurance and Annuity Company ("PRIAC") hereby acknowledges that effective January 1, 2013, term "Plan" under the Agreement and any other agreements or documents pertaining thereto will mean Rollins 401(k) Savings Plan.  The name of the trust set forth in any applicable trust agreement is also changed accordingly.

Sincerely,

Ann M. Jadro
Second Vice President
Prudential Retirement Insurance and Annuity Company

006974_Name_Change_Letter_03JAN2013_v1REL_LV.doc

CONFIDENTIAL                                                                 ROLLINS_0001376



Ann M. Jadro
Second Vice President

**Prudential Retirement Insurance and Annuity Company**
200 Wood Avenue S., Iselin, NJ 08830
Tel (732) 482-8870  Fax (732) 482-8946
ann.jadro@prudential.com

September 7, 2012

Ms. Teresa Smith
Western Industries-North, LLC
2170 Piedmont Road N.E.
Atlanta, GA 30324

Re:  Plan ID Number 006976

Dear Ms. Smith:

Prudential Retirement Insurance and Annuity Company ("PRIAC") hereby acknowledges that effective September 6, 2012, the term "Plan" under any agreements or documents pertaining thereto will mean Western Industries-North, LLC Retirement Savings Plan.  The name of the trust set forth in any applicable trust agreement is also changed accordingly.

PRIAC also acknowledges that the name of the Employer and/or Plan Sponsor named in other agreements issued by PRIAC or its affiliates, including the Trust Agreement issued by Prudential Bank & Trust, FSB, is changed to Western Industries-North, LLC.

Sincerely,

Ann M. Jadro
Second Vice President
Prudential Retirement Insurance and Annuity Company

006976 Name Change Letter KG.docx

CONFIDENTIAL

AMENDMENT TO BE ATTACHED TO AND MADE PART OF THE
ADMINISTRATIVE SERVICES AGREEMENT
("Agreement")

Effective November 1, 2006

by and between

ROLLINS, INC.
WESTERN INDUSTRIES-NORTH, INC.
("Plan Sponsor")

and

PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY
("Prudential")

By mutual agreement between the signatories below, the Agreement is amended, effective
September 1, 2011 in the following respects:

1. The cover page of the Agreement is hereby amended to include the addition of the
   following Plan: Waltham Services, LLC Tax-Favored Employees' Savings Plan;
2. Exhibit A, Election of Services, as constituted immediately prior to the effective date of
   this amendment, is deleted and replaced with the following Exhibit A, Election of
   Services;
3. The following plan is hereby added to Exhibit D-1, Plan Document and Disclosure
   Services:  Waltham Services, LLC Tax-Favored Employees' Savings Plan;
4. The footnote in Exhibit N, Plan Record Keeping Revenue, is hereby deleted and replaced
   with the following footnote:
   *This guaranteed minimum annual revenue amount will be reduced by the Payment equal to 5
   basis points  described in Exhibit L. (i.e, For purpose of Exhibit N, the guaranteed minimum
   annual revenue amount is determined in all cases prior to the reduction for the Payment in Exhibit
   L); and
5. The following outsourcing services are hereby added to Exhibit H, Outsourcing Services:

ADDRESS CHANGES/MAILINGS

Participants may contact Prudential via the Prudential call center to make address changes.  For
security purposes, Prudential will mail a notification of the change to the participant's original
address.  Based on the option selected below, Prudential will only take action on requests for
address changes from the Plan Sponsor or former employees of the Plan Sponsor whose account
is being administered under Prudential's Direct Service Option; or from the Plan Sponsor or
former employees of the Plan Sponsor who are plan participants; or from all plan participants
and beneficiaries.

☐ Prudential will only take action on requests for address changes from the Plan Sponsor or former
employees of the Plan Sponsor whose account is being administered under Prudential's Direct Service
Option

KData/Client Documents/006974, 006976, 010010 Amend ASA Add Plan LA (8-22)

CONFIDENTIAL

ROLLINS_0001378

☒ Prudential will only take action on requests for address changes from the Plan Sponsor or former employees of the Plan Sponsor who are plan participants.

☐ Prudential will take action on requests for address changes from all plan participants and beneficiaries

## INVOLUNTARY DISTRIBUTIONS WITH AUTOMATIC ROLLOVERS

Except as directed otherwise by the Plan Sponsor or other authorized person, if a Plan provides for distribution of small account balances without the consent of a Participant, Prudential will make such distributions in the manner described below.

1. Prudential will determine employment status based on data provided by the Plan Sponsor. Prudential will exclude from the terminated participants so identified any individuals for whom Prudential cannot locate a current mailing address.

2. From the list of terminated participants, Prudential will identify further any participants having vested account balances, including any outstanding loan, which may be distributed without consent of the participant because the account value does not exceed limits established under the Plan and applicable law. Prudential will not make Involuntary Distributions to individuals to whom an involuntary distribution may not be made in accordance with applicable law, or for whom distributions are suspended pending resolution of a domestic relations order, beneficiaries and "alternate payees" under qualified domestic relations orders.

Prudential will process Involuntary Distributions to identified former employees of the Plan Sponsor only after verifying, using the employment data most recently provided to Prudential by the Plan Sponsor, that the individuals have not been reemployed. If applicable law requires the Plan to transfer any Involuntary Distributions to an IRA, Prudential will transfer the Involuntary Distribution to the IRA provider selected by Plan Sponsor if such provider is an affiliate of Prudential. If the provider is not an affiliate of Prudential, Prudential will forward the Involuntary Distribution to the Plan Sponsor who accepts responsibility for transferring the funds to the appropriate IRA provider.

Except as provided above, all other provisions of the Agreement will continue to apply.

**ROLLINS, INC.**

By: _JoAnne S. Thomas_

Title: _____

Date: _8/31/11_

**PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY**

By: _____

Title: Second Vice President

Date: _9/8/11_

KData/Client Documents/006974, 006976, 010010 Amend ASA Add Plan LA (8-22)

CONFIDENTIAL

### ADMINISTRATIVE SERVICES AGREEMENT AMENDMENT AND
### PLAN CRITERIA GUIDELINES FOR OUTSOURCING SERVICES

Client Names: Rollins, Inc.
                      Western Industries-North, Inc.
Plan IDs: 006974 and 006976

Effective April 1, 2011, provided all necessary documentation has been received in good order, Prudential
Retirement Insurance and Annuity Company ("PRIAC, hereinafter Prudential") will provide the
following outsourcing services elected below and described herein  These services are in addition to any
outsourcing services currently being utilized in the plan.

When the Plan Sponsor* or other named Plan fiduciary elects any Outsourcing Services, it retains overall
responsibility for the operation and administration of the Plan  including all functions listed below that it
has directed Prudential to perform.  Therefore, the Plan fiduciary has authority for making policy
decisions concerning Plan administration, including the functions listed below, and providing for review
and audit of these operations as it deems necessary.  Prudential suggests that the Plan Sponsor carefully
review this description of Outsourcing Services. Upon request, Prudential will provide additional
information about any service described below.

In addition to providing data on a timely basis and in a form useable by Prudential, the Plan Sponsor
accepts responsibility for promptly addressing errors identified by Prudential or independently noticed by
the Plan Sponsor or its other service providers.

Unless otherwise informed by the Plan Sponsor, Prudential assumes that the Plan or Plans for which
Prudential provides recordkeeping services are the Plan Sponsor's sole Plans required to be taken into
consideration in applying regulatory requirements.

Prudential will provide Outsourcing Services as described in this Amendment and the Plan Criteria
Guidelines attached hereto.  The terms of the Administrative Services Agreement between the Plan
Sponsor and Prudential are hereby amended as described below.

*For purposes of this agreement, the term Plan Sponsor shall also refer to "Client," "Company,"
"Employer" or such other entity that has entered into a recordkeeping agreement with Prudential on
behalf of the Plan.

<u>**Outsourcing Service Elections**</u>

☒      **Contribution Accelerator**

I agree to the above and direct Prudential to use the criteria set forth in this document.

Print Name  _JoAnne  S.  Thomas_

Signature  _Jo Anne  S. Thomas_

Title  _Benefits Director_

Date  _3/11/11_

CONFIDENTIAL

ROLLINS_0001380

*ADMINISTRATIVE SERVICES AGREEMENT AMENDMENT AND*
*PLAN CRITERIA GUIDELINES FOR OUTSOURCING SERVICES*

**Contribution Accelerator**

Prudential will process automatic increases in participant deferral rates, in accordance with the terms of the Plan and based on the Plan data provided by the Plan Sponsor. Prudential will automatically update participant deferral amounts based on participant elections or plan default rules. Prudential will provide the Plan Sponsor with the new deferral rates for those participants enrolled in the contribution accelerator.

Y:\KDATA\DC CONTRACTS CLIENT DOCUMENTS\06974 - GA-198869\006974 006976 ASA Amend-add C\KM.doc

# Prudential Retirement Float Policy (Defined Contribution)

Prudential Retirement ("PR"), a business unit of The Prudential Insurance Company of America ("Prudential"), is providing you with the information below to help you review float under your retirement plan

"Float" means earnings that PR receives from the short-term investment of funds held in "concentration" accounts These funds come from contributions and distributions under your retirement plan and, in small percentage, from payments of plan administrative expenses and at times transfers to other investment providers both of which PR processes similar to distributions PR's use of concentration accounts for many clients allows PR to increase efficiency If PR used accounts for single clients, the additional cost to each client would exceed the float attributable to that client that PR earns through the use of concentration accounts

## How Does PR Earn Float?

PR earns float anytime it invests funds of your plan in one or more investment pools in the name of Prudential or Prudential Retirement Insurance and Annuity Company When PR earns float, PR keeps it as compensation for services provided to the plan PR's services include the processing of contributions, distributions and loans Float compensation is in addition to any other compensation, direct or indirect, paid to PR or any affiliate of PR

## What Are PR's Procedures For Contributions Awaiting Investment?

When PR receives contributions in "good order" (that is, with appropriate identification and investment direction) by the deadline on a business day, PR sends them to providers of plan investment options (e g mutual funds, separate accounts, etc ) PR sends the contributions by the beginning of the next business day, after PR has combined the investment directions of individual plan participants Before this transfer, PR sweeps any cash it receives, including cash for contributions not received in good order, into a concentration account PR invests this cash in a pool of short-term investments in Prudential's name (the "Short Term Pool")

If PR receives contributions that are not in good order, PR keeps them in the Short-Term Pool PR immediately asks the plan sponsor for the information needed to put the funds in good order The plan sponsor is responsible for giving this information to PR. If the plan sponsor does not respond within a reasonable time, PR will return the cash without earnings to the plan sponsor Few plans send contributions to PR that are not in good order It is PR's goal to achieve good order within three days

If PR receives contributions after the deadline on a business day, PR will invest them in the Short Term Pool or, alternatively, hold them in a bank account overnight PR treats these contributions as received on the next business day If PR invests these contributions in the Short-Term Pool, it earns float If PR holds the contributions in a bank account overnight, it does not earn float on these contributions but it may earn credits. Prudential uses these credits to pay banking fees The credits generate no cash payment to Prudential

## What Are PR's Procedures For Distributions?

Plan participants and beneficiaries request distributions by electronic payment or paper check PR issues electronic payments on the business day after the day an appropriate payee asks for payment Following payee direction, PR asks the providers of plan investment options to send funds to PR PR does not earn float on electronic payments. PR advances its own funds, without interest, to make electronic payments

PR issues and mails paper distribution checks on the business day following the day a payee asks for payment Following payee direction,

PR asks the providers of plan investment options to send funds to PR PR puts these funds in either the Short Term Pool or other pools that invest in a combination of long and short-term investments PR moves these funds out of a pool when the payee cashes the distribution check PR issues checks for participant loans in the same way PR also puts funds for participant loans in a pool

Upon your request, PR will send you a report on the status of your plan's outstanding distribution checks

## How is the Rate of Float Earned by PR Determined?

As discussed above, PR holds cash briefly in a pool Prudential gives a credit to PR for the PR concentration account's share of all earnings from any pool The credit is a weighted average of the daily yield on money actually invested by the pool. The yield depends on whether the pool invests in short-term investments or a combination of short and long-term investments and what the pool actually earns on funds invested overnight in such investments The earnings of different investments in a pool may vary and reflect market factors such as credit quality, issuer and maturity

## How Can a Plan Fiduciary Determine the Amount of Float PR Earns on Plan Accounts?

PR earns float on contributions until it sends them to providers of plan investment options (e.g mutual funds, separate accounts), The float period for contributions received in good order begins on the day PR receives them and ends on the next business day PR does not earn float, however, on contributions invested in investment options that are "stable value" funds offered by Prudential or a Prudential affiliate because such funds contractually pay interest to an investing plan starting on the day PR receives the contributions in good order The float period for contributions not in good order begins on the day PR receives them and ends on the business day PR sends them to providers of plan investment options or returns them to the plan sponsor.

As noted above, the float rate depends upon the actual earnings of a pool The Short Term Pool invests in short-term investments that primarily include commercial paper, time deposits, agency discount notes, loan participation and repurchase agreements The other pools invest in a combination of long term and short-term investments including the same types of investments invested in by the Short Term Pool, government obligations, agency mortgage backed securities, asset-backed securities, corporate bonds and money market funds

By applying a publicly available short term interest rate such as the current "federal funds rate" (the interest rate charged by banks on overnight loans to other banks, established by the Federal Open Market Committee of the Federal Reserve and reported at http://www.federalreserve gov/fomc/fundsrate htm) to monthly plan contributions sent to PR in good order, excluding contributions to "stable value" funds offered by Prudential or a Prudential affiliate, a plan fiduciary may estimate the approximate amount of float PR earned in any month on the plan's contributions

In the unlikely event that your plan sent PR contributions not in good order, you may also estimate how much float PR earned Calculate this estimate by applying a publicly available short term interest rate (as noted above) to your contributions and the number of days before you provided to PR the information needed to put the funds in good order

When PR makes distributions by paper check, PR earns float beginning on the day PR receives funds from the payee's plan investment accounts The float period ends when the payee cashes the check. Most payees cash their checks promptly If a plan fiduciary wishes to estimate the approximate amount of float PR earned in any month on distributions by check, the fiduciary may do so by estimating the percentage of all distribution checks cashed by payees within a given period (e g , X% within Y days of issuance) and applying this percentage and a publicly available short term interest rate (e g , the federal funds

April 2009
INST-20090408-A030252

1

CONFIDENTIAL

ROLLINS_0001382

## Prudential Retirement Float Policy (Defined Contribution)

rate noted above but increased by 40 basis points) to the average monthly distributions under a plan

**Is this Float Policy Subject to Change?**
Yes   PR may change its float arrangements in the future   If this happens, PR will tell you before the changes take effect   You will be assumed to consent if you do not object

If you would like more information on Prudential Retirement's float policies, please contact your Account Executive

**FOR PLAN SPONSOR USE ONLY**

**Prudential Retirement, Prudential Financial, PRU, Prudential and the Rock logo are registered service marks of The Prudential Insurance Company of America, Newark, NJ and its affiliates.  Prudential Retirement is a Prudential Financial business.**

CONFIDENTIAL

ROLLINS_0001383

Final

## ADMINISTRATIVE SERVICES AGREEMENT
## PROVIDED BY
## PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY

## A. Parties to this Agreement

**Client Legal Name:**

| Rollins, Inc |
|---|
| Western Industries-North, Inc |

Referred to as the "Plan Sponsor" below "Plan Sponsor" also shall mean any authorized agent or designee the Plan Sponsor authorizes to act for it with Prudential

**Prudential Retirement Insurance and Annuity Company:**

Referred to as "Prudential" below "Prudential" also shall mean any agent, designee or subcontractor Prudential authorizes to act for it   The Plan Sponsor acknowledges that the services provided hereunder may be provided by or through an affiliate or subsidiary of Prudential, including, but not limited to, Prudential Investment Management Services LLC ("PIMS")

**Plans receiving services** (referred to as the "**Plan**" below):

| Rollins, Inc  401(k) Plan |
|---|
| Western Industries Retirement Savings Plan* |

*This Plan will be effective January 1, 2007

## B. Basic Understandings

The Plan Sponsor represents that:

- The Plans are or will be in existence at the time funds are deposited with Prudential,

- The Plan Sponsor is responsible for obtaining any IRS determination letter on the qualified status of the Plans   Prudential will provide assistance as set forth in Exhibit D-1 and D-2

- The Plan Sponsor desires Prudential to perform the administrative and professional services for the Plans as described in this Agreement and identified in Exhibit A ("Election of Services") attached hereto, and Prudential is willing to perform those services

- This Agreement shall include Exhibit A through O   All fees hereunder are set forth in the Expense Schedule Part I-B.

CONFIDENTIAL                                                                ROLLINS_0001384

## C. Nature of Services

1.  <u>Recordkeeping Only</u>   The Plan Sponsor understands and agrees that Prudential's sole function under this Agreement is to act as recordkeeper and to provide investment or other services at the direction of the Plan Sponsor or its agents or designee in accordance with the terms of this Agreement   These services will be specifically described in an administrative manual to be prepared by Prudential and to be provided to the Plan Sponsor, and incorporated as part of this Agreement.  Under the terms of this Agreement, Prudential does not render investment advice, is not the Plan Administrator, trustee or a Plan fiduciary, as that term is defined under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), and does not provide legal, tax or accounting advice with respect to the creation, adoption or operation of the Plans and any trust for the Plans (the "Trust")   Prudential reserves the right, with reasonable notice, to decline to perform any service inconsistent with this role   Any services to be provided by a Prudential affiliate as a directed Trustee or investment manager are the subject of a separate agreement.

2.  <u>Reliance Upon Plan Data and Document</u>   All services provided by Prudential hereunder shall be based on information supplied by the Plan Sponsor, its authorized representative, or by a Participant (where the Plans provide for Participant direction)   The Plan Sponsor agrees that it will timely provide or confirm accurate, consistent and complete Plan data, Plan terms, and instructions in the format specified by Prudential, which is essential to its delivery of services   For these purposes, "Plan data" means all data and records supplied to Prudential, obtained by Prudential or required to perform the services set forth in this Agreement.  Plan terms will be determined based upon the most recent signed Plan document provided to Prudential, including any amendments thereto, or on written explanations or interpretations of Plan terms provided by authorized Plan representatives

3.  <u>Reliance Upon Named Administrators and Trustees</u>   The Plan Sponsor will provide names and other information for persons authorized to take or direct actions for or provide and receive information on behalf of the Plans and Trust   Prudential has the right to assume that those persons continue to be authorized until notified otherwise   The Plan Sponsor is solely responsible for the direct or indirect consequences of actions or omissions resulting from instructions, confirmations, or approvals that Prudential reasonably understands to be authorized and which Prudential justifiably relies upon without negligence or willful misconduct on its behalf.

4.  <u>Use of Agents or Subcontractors</u>   Prudential may use agents or subcontractors to perform any of the services described in this Agreement, but such use will not relieve Prudential of responsibility for proper provision of those services.

## D. Compensation

1.  <u>Direct Fees</u>   The Plan Sponsor agrees the Plans will be liable to pay Prudential directly for services rendered in accordance with the attached Expense Schedule   Such fees will not change for a period of three (3) years from the effective date of this Agreement.  Prudential may amend the schedule after the end of such 3-year period for services not

CONFIDENTIAL                                                                                    ROLLINS_0001385

yet rendered upon giving notice in writing under the same conditions specified for a termination of services in Section E 2   The Plan Sponsor agrees that all undisputed fees will be paid by the Plans promptly and within thirty (30) days of the date of an invoice timely presented, *unless* fees are paid within that time by the Plan Sponsor   If the Plan Sponsor does not pay or direct Prudential to charge the Plans for fees on a timely basis, the Plan Sponsor authorizes Prudential to collect direct undisputed fees from the Plan's forfeiture account, if permitted by the express terms of the Plans   If the amount in the forfeiture account is insufficient to pay all such fees, Prudential will present the Plan Sponsor with an invoice for the unpaid balance.  If any undisputed fees remain due at the time this Agreement is terminated, and only if permitted by the Plan's express terms, the Plan Sponsor directs Prudential to deduct such amounts from assets of the Plan available for transfer to the successor recordkeeper, unless the Plan Sponsor pays such fees before the scheduled transfer date

2    <u>Possible Fees to Prudential and Affiliates</u>   The Plan Sponsor acknowledges that Prudential may be deemed to benefit from advisory and other fees paid to it or its affiliates for managing, selling, or settling of the Prudential mutual funds and other investment products or securities offered by Prudential or its affiliates.  Prudential benefits directly from the net investment earnings received in connection with deposits to the insurance contract funding any Guaranteed Interest Fund, if offered by the Plans. The Plan Sponsor acknowledges receipt of the prospectuses for all mutual fund investments selected by the Plan fiduciary and acknowledges that fund management fees, fund expenses, 12b-1 fees, and other charges payable by the mutual fund are disclosed therein.  Prudential may also benefit from broker-dealer co-sponsorship of Prudential conferences.

3    <u>Possible Additional Compensation/Loss</u>   In certain circumstances (such as trading errors or delays), market trades may occur at times when the share price of the trade is not the price assured to the Plans and Participants.  Prudential will net any pricing differences that occur and absorb any net loss and retain any net gain that results   The Plan Sponsor acknowledges that neither of the Plans nor Participants will be charged for any net loss that results, but Prudential may retain any net gain that results as additional compensation for services rendered.

In the event that the Plan Sponsor announces a material reorganization or other extraordinary corporate event (including, but not limited to bankruptcy) that causes Prudential to terminate this Agreement before commencement of services hereunder, or in the event the Plan Sponsor directs Prudential not to commence the provision of services for any reason, the Plan Sponsor agrees to reimburse Prudential for any reasonable out-of-pocket expenses which the parties agree Prudential has incurred in connection with the transition of the administrative and professional services for the Plan.

4    <u>Float Earnings.</u>  Prudential may earn additional compensation in the form of "float" earnings on contributions and on distributions and loans  Prudential describes this compensation in its written float policy, a copy of which is provided to the Plan Sponsor

5    To the extent any fees are paid or transferred with respect to Plan assets in the manner described under Sections D.2, D 3 and D 4, Prudential will provide the Plan Sponsor with a detailed list of all such amounts no less frequently than annually

CONFIDENTIAL                                          ROLLINS_0001386

## E. Amendment or Termination of Agreement; Successor Recordkeeper

1   Duration  This Agreement will continue in effect until terminated and shall bind all successors in interest of the parties, but cannot be transferred to unaffiliated third parties without the written consent of both the Plan Sponsor and Prudential

2   Termination  Each party may terminate this Agreement upon ninety (90) days prior written notice to the other  Such notice will be deemed to have been given three (3) days after mailing in the U S mail, or immediately upon delivery in any form  The notice period may be waived in writing by an authorized representative of the party entitled to the notice

   a)   Successor Recordkeeper, Payouts  Except as provided below, the parties agree that upon termination Prudential will have no further duty or responsibility to the Plans under this Agreement  However, Prudential will use commercially reasonable efforts in accordance with industry standard, to promptly transfer all relevant non-Prudential-proprietary information concerning the Plans, in Prudential's standard format, to the Plan Sponsor or to a successor recordkeeper on or before the expiration of the 90 day termination notice period.  Should the termination of services be concurrent with a termination of the Plans, Prudential will use commercially reasonable efforts, in accordance with industry standards, to promptly pay or roll over Participant accounts per the Plan Sponsor's and, as appropriate, the Participants' instructions on or before the expiration of the 90 day termination notice period  Prudential reserves the right to suspend some or all types of Plan transactions prior to transfer or payout for a period reasonably necessary to reconcile all account, expense, and assets totals

   b)   Transfer of Assets  Assets will be cashed out to a new provider of investment services, as the Plan Sponsor or, as appropriate, the Participants may direct and the circumstances allow

3   Related Terms and Conditions  Plan Sponsor authorizes Prudential to establish terms and conditions of a party's use of Prudential's electronic service systems, including the IVR, Internet, or Call Center, by conspicuously notifying the user of such medium of the terms of its use  Prudential agrees that the terms and conditions shall be reasonable and not inconsistent with other provisions of this Agreement and Plan terms provided by authorized Plan representatives

4   Amendment  The Agreement may be amended at any time in writing executed by authorized representatives of both parties hereto except with respect to the Expense Schedule for a period of three years from the date this Agreement is executed  Agreement by the Plan Sponsor to an amendment may be presumed if Prudential communicates the written amendment to the Plan Sponsor at least ninety (90) days in advance of the effective date of the change by a means allowed under this Agreement, indicates its intention to presume agreement to the amendment absent a response, and Prudential receives no written response within the stated 90 day period or, if none is stated, by the time the change is implemented.  If upon receipt of such communication the Plan Sponsor requests termination of this Agreement in accordance with Section E 2 above, the amendment will not be implemented prior to the termination of the Agreement

5   Plan Administrative Procedures  Prudential may establish default procedures, consistent with the terms of the Plans, to assist in the administration of the Plans

CONFIDENTIAL                    ROLLINS_0001387

Agreement by the Plan Sponsor to such procedures may be presumed if Prudential communicates the procedures reasonably in advance of the effective date of implementation by a means allowed under this Agreement, indicates its intention to presume agreement to the default procedures absent a response, and Prudential receives no response within a stated period or, if none is stated, by the time the procedures are to be implemented

6  <u>Information Resolution</u>  In the event of any dispute arising out of or relating to this Agreement, the parties agree to attempt to resolve that dispute by good faith discussions between designated representatives of the parties

## F. Miscellaneous

1  <u>Entire Agreement</u>  This Agreement, including the Exhibits, Expense Schedule and the administrative manual to be prepared by Prudential, contains the entire Agreement among the parties with respect to the subject matter described.

2.  <u>Notice of Errors; Passwords.</u>

   a)  The Plan Sponsor agrees, and Participants will be asked, to notify Prudential if, to its knowledge:

   i)  The Participant requests a transfer or withdrawal but does not receive a statement summarizing such transaction,

   ii)  A statement concerning a transaction is received by a Participant but no such transaction was authorized by the Participant, or

   iii)  A Password is compromised.

   b)  In connection with electronic access to accounts and transactions, Participants will be assigned (and the Participant may then change) a unique number, code or other sequence (a "**<u>Password</u>**"). The Plan Sponsor acknowledges that Prudential will hold each Participant responsible for the use and protection of the Password, for all transactions processed using the Password, and for monitoring their balances in their accounts  Plan Sponsor agrees Prudential is not responsible for direct or indirect losses or damages arising from the unauthorized use of a Password occurring before they are notified that a Password is compromised, absent negligence or willful misconduct on Prudential's behalf.

   c)  All information regarding transactions, which appears in statements and confirmations supplied to the Plan Sponsor and Participant, will be deemed correct if notice of discrepancies is not given to Prudential by the Participant or the Plan Sponsor within 180 days of issuance of the report, statement, confirmation, or other information, unless a longer time period is required by ERISA

   d)  Plan Sponsor will notify Prudential of any errors or omissions in information supplied by the Plan Sponsor to Prudential within a reasonable time after becoming aware of such errors or omissions.  In such an event, Prudential's sole obligation will be (i) to use its reasonable best efforts to correct any resulting errors in its own records or in any reports it has prepared for Plan Sponsor or any Participant, and (ii) to assist Plan Sponsor in correcting any operational defects resulting from such errors.

CONFIDENTIAL                                              ROLLINS_0001388

e)   Prudential agrees that it will be responsible for satisfying any losses, claims, damages, judgments, liabilities or reasonable expenses (including reasonable attorneys' fees and expenses, to the extent agreed upon by Prudential), of or against Plan Sponsor, its affiliates and its respective officers, employees and agents, or the Plan resulting from or arising in connection with Prudential's negligence, willful misconduct or material breach of this Agreement   Plan Sponsor agrees that it will be responsible for satisfying any losses, claims, damages, judgments, liabilities or reasonable expenses (including reasonable attorney's fees and expenses, to the extent agreed upon by Plan Sponsor) of or against Prudential and its respective officers, employees and agents, resulting from or arising in connection with Plan Sponsor's negligence, willful misconduct or material breach of this Agreement   The term "affiliate" shall mean any member of a controlled group of corporations or a group of trades or businesses under common control, within the meaning of section 414(b) and (c) of the Internal Revenue Code   This provision survives termination of this Agreement

3    <u>Severability</u>  If any term or provision of this Agreement or its application to any person or circumstances will, to any extent, be invalid or unenforceable, the remainder of this Agreement, or the application of such term or provision to persons or circumstances other than those as to which it is held invalid or unenforceable, will not be affected. Each term and provision of this Agreement will be valid and enforceable to the fullest extent permitted by law

4    <u>Governing Law</u>  This Agreement shall be governed by and construed in accordance with the laws of Georgia, except the choice of law rules, applicable to agreements made and to be performed entirely within such State

5.   <u>Forces Beyond Prudential's Control.</u>  Prudential will take commercially reasonable steps to prevent and to recover from disruptive events that are beyond its control.  However, Prudential shall not be liable for any default or delay in the performance of services under this Agreement to the extent that Prudential takes commercially reasonable steps to prevent and recover from the events and the defaults or delays are primarily caused, directly or indirectly, by a force or party beyond the reasonable control of Prudential, including (but not limited to).

(a) Fire, flood, elements of nature or other acts of God,

(b) Any outbreak or escalation of hostilities, war, riots or civil disorders in any country,

(c) Any act or omission of the other party or any governmental authority;

(d) Nonperformance of an unaffiliated third party, or provided, such third party was not selected by Prudential;

(e) Failures or fluctuations in telecommunications, power supply, mechanical difficulties with information storage and retrieval systems, or other equipment provided these systems have been properly serviced and maintained to prevent such occurrence.

6    <u>Writing and Signature, Electronic Transactions</u>  Unless otherwise explicitly required by law, any requirement for a writing (including an enrollment, exchange or distribution request, instruction, form, notice, or agreement) or a signature in this Agreement, or in the performance of services under it (collectively referred to as "Communications"), may be rendered in any form (including electronic means) that (i) reasonably can be expected to be accessible to the parties needing to send or receive it, (ii) is convertible

CONFIDENTIAL                                                                    ROLLINS_0001389

into an accurate physical record of the Communication, that substantiates the transaction and such record is provided to the Plan Sponsor to be used in the event of a governmental audit and (iii) where appropriate, is designed to test or confirm the identity or authority of the Communication's sender   Prudential reserves the right to specify the form in which Communications relating to Plan operations are made, including limiting them to electronic means, that comply with applicable laws, and will notify the Plan Sponsor and, if necessary, any affected Participants of the addresses, telephone numbers, Internet addresses, etc  which may be used for these contacts   If the Plans uses an individually designed non-Prudential plan documents, the Plan Sponsor is responsible for assuring that the Plan documents do not bar electronic or other non-traditional means of recording and authenticating actions in connection with Plan operations

7       <u>Independence of Plan Signatory.</u>  Plan Sponsor confirms that the person signing the Agreement on behalf of the Plans (the "signer") is "independent," within the meaning of ERISA, such that, to the best of its knowledge, the signer will not receive commissions or other consideration from Prudential or its Affiliates, from the Selling Broker or its Affiliates or from the Registered Representative or his/her Relative   An "Affiliate" of an entity is (i) a partner, director, officer or employee of such entity or (ii) another entity controlled by or under common control with such entity   A "Relative" of an individual is the individual's ancestor, spouse, brother, sister, spouse of a brother or sister, direct descendent (including adopted persons) or spouse of a direct descendent.

8.      <u>Confidentiality of Plan Data</u>  Except as required by law, Prudential agrees to treat Plan Sponsor's data in a confidential manner   Prudential will not disclose any such data to any non-Prudential-affiliated third party whatsoever without Plan Sponsor's express approval, except as may be necessary in connection with the provision of Services or as many be required by law.  This provision survives the termination of this Agreement

CONFIDENTIAL                                                    ROLLINS_0001390

The persons signing below affirm that they are authorized to act on behalf of the parties
to this Agreement and that the parties agree to be bound by the terms of this Agreement.

Plan Sponsor

*Rollins, Inc.*

Name

*Jo Anne S. Thomas*

Authorized Signature

*Bene fits Director*

Title

*6-1-07*

Date Signed

Prudential

*Daniel T. Arrucc*

Name

*[signature]*

Authorized Signature

*Second Vice President*

Title

*6/6/07*

Date Signed

---

Date Agreement Effective (*to be filled in by Prudential per agreement with Plan Sponsor*)     November 1, 2006

---

CONFIDENTIAL                                              ROLLINS_0001391

Effective January 1, 2018
EXHIBIT A

## ELECTION OF SERVICES

The following services have been elected:

☒ TRANSITION MANAGEMENT SERVICES **(Exhibit B)**

☒ PLAN RECORDKEEPING SERVICES **(Exhibit C)**

    ☒ BENEFIT PROCESSING SERVICES

        ☒ Outsourced **(Outsourcing Services – See Exhibit H)**

        ☐ Plan Sponsor Approval **(Participant Transaction Center – See Exhibit I)**

    ☒ SIGNATURE READY FORM 5500 PREPARATION SERVICE **(See Exhibit – C, Reports, Government Reporting)**

    Prudential shall provide a Signature Ready Form 5500.

    ☒ ENROLLMENT AND COMMUNICATION SERVICES

        ☒ Enrollment kits mailed to Participant homes

        ☐ Enrollment kits sent, in bulk, to the Plan Sponsor

☒ GOALMAKER (As described in a separate agreement, Prudential will make available its asset allocation services)

☒ PLAN DOCUMENT AND DISCLOSURE SERVICES **(Exhibit D)**

☒ PLAN TESTING SERVICES **(Exhibit E)**

    Upon a Plan Sponsor's annual request to Prudential in a written form acceptable to Prudential, Prudential may provide the following monitoring or testing services as described in the Compliance Testing Services subsection:

- IRC Section 415(c) Test
- IRC Section 402(g) Excess Deferral Test
- IRC Section 410(b) Minimum Coverage Test (Standard service includes the Ratio Percentage Test. Average Benefits Test, if required, will require an additional fee.)
- IRC Section 416(g) Top-Heavy Test
- IRC Section 401(k) Actual Deferral Percentage Test (ADP)
- IRC Section 401(m) Actual Contribution Percentage Test (ACP)

CONFIDENTIAL

- 401(a)(4)-4 Benefits Rights & Features Test (Performed for Rollins 401(k) Savings Plan and Western Industries-North, LLC Retirement Savings Plan only)

☐ SELF-DIRECTED BROKERAGE ACCOUNT SERVICES **(Exhibit F)**
Prudential shall perform the following test if elected below by the Plan Sponsor: "current availability" (Treas. Reg. 1.401(a)(4)-4(b)) under benefit, right and feature test.

☐ Prudential To Perform Current Availability Test

☐ EMPLOYER STOCK RECORDKEEPING SERVICES **(Exhibit G)**

☒ OUTSOURCING SERVICES **(Exhibit H)**

As described in Exhibit H, Prudential will provide the following Services:

☒ Acceptance of Rollovers

☒ Address Changes/Mailings (Performed for Waltham Services, LLC Tax-Favored Employees' Savings Plan Only.)

☒ Beneficiary Maintenance

☒ Compliance Testing Data Compilation

☒ Contribution Accelerator (Performed for Rollins 401(k) Savings Plan and Western Industries-North, LLC Retirement Savings Plan only)

☒ Determination of Eligibility and Deferral Rate Changes

☒ Distribution at Termination, Retirement, Death and Disability

☒ Employee Status Change

☒ Hardship Withdrawals

☒ In-Service Withdrawals

☒ Involuntary Distributions with Auto Rollover

☒ Loan Grants and Defaults

☒ Loan Rate Monitoring

☒ Match Calculation (Rollins 401(k) Savings Plan only)

☒ Minimum Required Distributions

☒ Missing Participant and Unclaimed Benefits

☒ Outstanding Checks

ROLLINS_0001393

    ☒ Paperless Enrollment.

    ☒ Passive Enrollment (Rollins 401(k) Savings Plan and Western Industries-North, LLC Retirement Savings Plan only.

    ☒ Plan Entry Notification

    ☒ Qualification of Domestic Relations Orders

    ☒ Return Mail

☐ PARTICIPANT TRANSACTION CENTER **(Exhibit I)**

☒ DIRECT SERVICE OPTION **(Exhibit J)**

☒ ADMINISTRATIVE SERVICES AGREEMENT SUPPLEMENT **(Exhibit K)**

☒ PLAN ADMINISTRATIVE EXPENSES **(Exhibit L)**

☐ RESERVED **(Exhibit M)**

☐ RESERVED **(Exhibit N)**

☒ SERVICE GUARANTEES **(Exhibit O)**

☒ ASSISTANCE WITH MERGERS AND ACQUISITIONS AS THEY RELATE TO PLAN RECORDKEEPING.

☒ ASSISTANCE WITH IMPLEMENTATION OF PLAN RECORDKEEPING FOR AN ESOP.

☒ PRUDENTIAL BANK & TRUST SERVICES (As described in a separate trust agreement, Prudential Bank & Trust, FSB will provide directed trustee services for the Plan contingent upon a separate trust agreement being executed between the Plan Sponsor and Prudential Bank & Trust, FSB).

To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. When the Plan Sponsor opens an account, certain information will be requested to allow us to identify the Plan Sponsor. We are required to verify this identifying information.

CONFIDENTIAL

EXHIBIT B

**Transition Management Services**

Prudential will provide transition management services to transfer and convert data from the Plan's previous recordkeeper(s) to Prudential, if applicable   Such transfer will occur as of the date agreed upon by the Plan Sponsor and Prudential   Prudential's conversion team will work directly with the Plan Sponsor and the previous recordkeeper(s) to transfer the data   Prudential will assist the Plan Sponsor in obtaining current records of each Participant's financial information and reconciling assets and liabilities, however, it remains the Plan Sponsor's responsibility to ensure the Participant records are in balance with Plan assets

If Prudential is requested to assist in the reconstruction of transactions, including but not limited to benefit payments, contributions, loan repayments, forfeitures, and interest/gain or loss allocations, additional hourly fees will apply based on Prudential's standard time-spent charges

Time-spent charges will also apply if incorrect data is initially submitted from the previous recordkeeper necessitating subsequent reconciliation and/or if Prudential is requested to help calculate incomplete historical data such as available pre-tax balances for hardship withdrawals, pre-1987/post-1986 after-tax contribution history, breakouts of account balances by contribution sources, etc

Prudential will allocate in accordance with the Plan Sponsor's instructions any unallocated interest, gains or losses if the date of transfer of the assets to Prudential is later than the date of the final Participant statements from the prior recordkeeper   Assets will be transferred to Prudential in accordance with the Plan Sponsor's written instructions

If applicable during the freeze period, transfers of existing Participant Account balances from one fund to another will not be permitted   After the freeze period when accurate Participant records are available and set up, transfer transactions can be resumed

Benefit payments and any other transaction that may reduce a Participant's Account balance (such as loans, hardship withdrawals, terminations) will not be permitted during the benefit freeze period except as permitted by Prudential or required by law.

Loan repayments made during the transition period will be accepted, however will not be applied to Participant accounts until the loan information has been obtained and set up on the recordkeeping system, at which time the loan repayment will be allocated

CONFIDENTIAL                                                                    ROLLINS_0001395

EXHIBIT C

### Plan Recordkeeping Services

Prudential will provide the following administrative services under this Agreement

**Benefit Processing Services**

a) <u>Investment Processing and Pricing</u>

   i)   <u>Contributions and Loan Repayments</u>  Prudential will post contributions and loan repayments to Participant accounts within one (1) Business Day of receipt of a Complete Request to do so. A **Complete Request** has two components, useable data and available funds equal to the total amount shown in the data

      a)   Data is useable if remitted to Prudential via secure **e-mail**, in Prudential's requested format (unless Prudential agrees to another medium or format), and includes all required data elements  Required data elements include.

- Plan Name and (Prudential-issued) Plan Number
- Sub Plan Number (if applicable)
- Money Type
- Participant Social Security Numbers
- Participant Names
- Payroll Ending Date
- Dollar Amount of Contribution or Loan Repayment

      b)   If data is not useable, Prudential will promptly attempt to contact the Plan Sponsor for clarification and correction of the data

      c)   Once Prudential finds the data useable, Prudential will accept deposits (dollars) that are equal to the data received. These deposits must be remitted to Prudential via electronic media, such as Federal Funds wire or Automated Clearing House (ACH) debit, unless Prudential instructs otherwise

      d)   Deposits received **via electronic media** on a Business Day before the Cut Off Time will be invested as previously directed at the price determined for that Business Day  Similarly remitted deposits received on a non-Business Day or after the Cut Off Time will be invested at the price for the next Business Day.

   ii)   A "**Business Day**" is a day the New York Stock Exchange is open for business. The "**Cut Off Time**" is the closing time of the New York Stock Exchange, normally 4 p m  Eastern Time, or an earlier time is provided by agreement with the Plan Sponsor.

   iii)   <u>Distributions</u>  Prudential will process in-service withdrawals and distributions in accordance with the terms of the Plans and applicable law  Such distributions may be for reasons of a Participant's retirement, severance from employment, death, disability or such other event as the Plans permit. Prudential will mail distribution checks within five (5) Business Days of receipt of a properly completed Prudential-

CONFIDENTIAL              ROLLINS_0001396

provided disbursement request  **Unless the Plan Sponsor has elected outsourcing services**, such distributions will be made upon the Plan Sponsor's authorization  The distribution amount will be determined based on the investment price as of the day amounts are actually removed from the investment account in preparation for payment  Prudential reserves the right to delay distribution beyond this period to the extent required for the Plans to comply with applicable laws

    a)   Hardships – To the extent the Plans provides for hardship withdrawals, Prudential will process hardship withdrawals if the applicable conditions are satisfied

    b)   Loans – To the extent loans are permitted under the Plans, Prudential will process loan requests provided, if applicable, the required documentation is submitted

iv)  <u>Investment Exchanges</u>  Prudential will process all investment exchanges immediately upon receipt of a properly completed Prudential-provided exchange request  Properly completed requests received by the Cut Off Time on a Business Day will be processed using the share price at the end of that Business Day  Requests received on a non-Business Day or after the Cut Off Time will receive the price at the end of the next Business Day  A request is properly completed when it clearly shows the number and types of interest to be acquired and disposed of and reasonably indicates that the transfer is authorized by the Participant or the Plan Sponsor.

v)  <u>Net Trades</u>  Plan Sponsor acknowledges that Prudential may accomplish all requested investment transactions either by (1) buying and selling shares to cover all requested purchases or sales for Plan customers and Participants or (2) buying or selling only the number of shares necessary after matching purchases and sales either among the Plan Participants or among all Plan customers, or by a combination of the two methods

b)  <u>Unclear Instructions, Temporary Investments</u>

(i)  If funds, including contributions and loan repayments intended to be allocated to multiple Participant accounts, are forwarded to Prudential prior to Prudential's receipt of useable data, which reflects an amount equal to the total of those funds, Prudential will deposit the entire fund remittance in a pool of short-term investments in Prudential's name (the "Short Term Pool").  Prudential will notify the Plan Sponsor of the discrepancy as soon as is reasonably possible and make all commercially reasonable efforts to assist in reconciling funds to the data provided  After the Plan Sponsor provides useable data, Prudential will allocate the funds, without earnings, according to current investment instructions, to appropriate Participant accounts as soon as is reasonably possible  Plan Sponsor acknowledges that it is responsible for providing useable data in advance of or at the time that funds are forwarded and, therefore, is responsible for the temporary investment in the Short Term Pool

(ii)  In all other situations where Prudential determines investment instructions are not available, unclear, or in any way not capable of being followed, Prudential will deposit affected funds in a conservative investment fund expressly designated by the Plan Sponsor (or an equivalent fund should that named fund cease to exist)  Prudential agrees to notify the Plan Sponsor or Participant, as appropriate, of this investment, but otherwise will have no responsibility for this investment choice.

CONFIDENTIAL      ROLLINS_0001397

Plan Sponsor approval and confirmations of plan administrative information, including but not limited to vesting, Participant status and payroll frequency shall be made via a Prudential approved electronic interface, unless otherwise agreed to by Prudential

**Recordkeeping Services**

a) <u>Participant Records</u>  Prudential will maintain a Participant account and all applicable Participant data and account information for each Plan Participant for whom it receives records.  Prudential will update Participant accounts daily according to changes in investment performance

b) <u>Plan Records</u>  Prudential will maintain records of all Participant activity, operational information, and communication in connection with its performance of services for the Plans for the duration of this Agreement, and to the extent any information is not returned to the Plan Sponsor upon termination of this Agreement, until the ERISA record retention period has expired.

c) <u>Qualified Domestic Relations Orders</u>  Prudential will establish a separate Participant record for the alternate payee or pay out benefits under QDROs according to express authorization and direction provided by the Plan Sponsor  Additional services may be provided if the Plan Sponsor elects Outsourcing Services.

**Reports**

Beginning with the Plan Years in which the Effective Date of this Agreement falls·

a) <u>Periodic Reports</u>  Prudential will provide Plan-level reports utilizing the information maintained on its recordkeeping system

b) <u>Financial Statements</u>. Prudential will provide Plan-level information on each available investment option under the Plans.

c) <u>Government Reporting</u>  Prudential will:

   i)  Withhold appropriate taxes and pay them over to tax authorities with appropriate reports, such as IRS Form 945

   ii)  Process applicable year-end tax reporting (1099R) for Participants.

   iii)  Provide Signature Ready Form 5500, completed based on input from the Plan Sponsor and financial information on Prudential systems* (only if selected on Exhibit A by the Plan Sponsor)

*The Signature Ready Form 5500 may require the Plan Sponsor to provide additional data to complete the form  This includes, but is not limited to, data to perform Coverage Testing (which may include additional fees)  Review of the completed form for accuracy and completeness is the Plan Sponsor's responsibility  Financial reports, where applicable, will be certified for use in a limited scope audit (as described in Department of Labor Regulation 2520 103-8) if Plan investments are annuity products issued by Prudential or an affiliate of Prudential is the directed trustee of the Plan assets  Prudential will also provide Plan Sponsor with a summary annual report (SAR) to be distributed to participants

4.    **Participant Services**

a) <u>Service Representatives</u>  Service Representatives will be available at a toll free telephone number from 8.00 a.m  to 9 00 p m  Eastern Time, Monday through Friday, excluding holidays and days on which the New York Stock Exchange or Prudential are

CONFIDENTIAL                                      ROLLINS_0001398

closed for business (including emergency closings), to assist Participants and the Plan Sponsor   Hours of operation are subject to change upon notice to the Plan Sponsor

b) <u>Voice Response and Internet Services</u>   Prudential will make available a toll-free number and access to an Interactive Voice Response (IVR) unit and/or Prudential Internet Web site (or other electronic means subsequently adopted by Prudential) to allow Participants to access certain account information and, to the extent not restricted by the Plan Sponsor, initiate Plan transactions at any time   Prudential reserves the right to require all or some transactions to be accomplished or notices provided using electronic means if it reasonably determines these means are accessible by the Plan Sponsor and Participants and in compliance with applicable laws

c) <u>Confirmations and Records</u>   All transactions, including failed requests and electronic transactions, will be confirmed in writing with the Participant and properly recorded in a manner to substantiate the transactions if requested to do so upon governmental audit

d) <u>Participant Statement of Account</u>   Participants will receive standard quarterly statements   Statements may include inserts and/or customized messages provided by Prudential or, with the prior approval of Prudential, the Plan Sponsor

**Enrollment and Communications Services**

Customized enrollment kits with standard forms and notices, as well as a summary of Plans terms will be made available to all eligible employees   Prudential will process all enrollment agreements received and report to the Plan Sponsor when contributions may commence   At the direction of the Plan Sponsor, Prudential may also process the enrollment of employees pursuant to a negative enrollment provision of a plan document   As described under the Recordkeeping Services of this Exhibit, Prudential may automate this process when it determines, in consultation with the Plan Sponsor, that necessary criteria are met.

Prudential will develop a personalized Participant communication campaign to announce the establishment of the Plans and to provide Participants with information that will enable them to make an informed decision regarding participation.  Such campaign may include and is not limited to

- Announcement materials (i.e , announcement letter, question and answer summary, brochure, newsletter article),

- Slide show, audiovisual, or video presentation, and

- Enrollment support (i e., conduct Participant enrollment meetings, including a question-and-answer session).

Videotaping or audiotaping of enrollment meetings or other Participant information sessions is strictly prohibited.  Prudential reserves the right to discontinue any session that it discovers is being recorded in violation of this provision

CONFIDENTIAL                                    ROLLINS_0001399

**Effective September 8, 2014**
**EXHIBIT D**

### Plan Document and Disclosure Services

1.  **Maintenance of Individually Designed, Non-Prudential Documents**

    Prudential will have no responsibility to update individually designed non-Prudential Plan documents as required by changes in the law and regulations.  Maintenance of a document qualified in form is the responsibility solely of the Plan Sponsor.  The Plan Sponsor will inform Prudential of changes to the Plan Document in writing prior to the time Prudential is expected to implement those changes.

2.  **Summary Plan Description (SPD)/Summary of Material Modifications (SMM) for Individually Designed, Non-Prudential Documents**

    The Plan Sponsor is solely responsible for the Summary Plan Description (SPD) and for revisions to the SPD or a Summary of Material Modifications (SMM) to reflect changes made in the non-Prudential Plan document.

ROLLINS_0001400

EXHIBIT E

**Plan Testing and Compliance**
**401 (a) or (k)**

Prudential will request from the Plan Sponsor all data required to perform Plan Testing in a manner that provides Plan Sponsor with a reasonable time to respond (and any period less than 30 days will be considered unreasonable for this purpose) before it is needed by Prudential to timely complete the Plan Testing

Any test or check of operational compliance will be performed by Prudential as soon as reasonably possible following receipt of all necessary information  Should Prudential request such data in accordance with this paragraph and then act as soon as reasonably possible and a test or check is not timely due to no fault of Prudential, the Plan Sponsor will be responsible for all resulting taxes or other consequences

Any data required from the Plan Sponsor for any test performed by Prudential shall be in an electronic format acceptable to Prudential, and shall include all of the data elements specified by Prudential

**Highly Compensated and Key Employee Determination** – Relying on data provided by the Plan Sponsor, Prudential will determine which employees are Highly Compensated Employees (HCEs) and Key Employees  No test results will be considered final, however, until the Plan Sponsor confirms the accuracy of Prudential's determination of its HCEs and Key Employees

1    If elected by the Plan Sponsor, Prudential will perform tests or monitor compliance with qualified Plan requirements as follows:

   a)    **410(b) Minimum Coverage (Ratio Percentage Test)** – Prudential will conduct the Ratio Percentage Test, using Plan Sponsor-provided information and report the results to the Plan Sponsor

   b)    **402(g) Excess Deferrals Monitoring** – Prudential will monitor each Participant's contributions to the Plan against the maximum deferral limit [§402(g)] and periodically report to the Plan Sponsor  Because this test uses only data on contributions to a single plan, it will not assure compliance with this limit if the Participant makes salary deferral contributions to more than one plan or program.

   c)    **401(k) Actual Deferral Percentage (ADP) and 401(m) Actual Contribution Percentage (ACP) tests** – Prudential will conduct ADP and ACP tests, as appropriate, using Plan Sponsor-provided information and report to the Plan Sponsor as follows

       i)    One mid-year interim test,

       ii)    One year-end test

   d)    **415 Screening** - Prudential will test Participant benefits for the limits of $40,000 (adjusted for cost of living increases) and 100% of compensation, but only using compensation and contribution data maintained by Prudential or maintained by the Plan Sponsor and provided to Prudential  Thus, if multiple plans are maintained that must be tested or compensation data provided to Prudential is not complete, this screening may not reflect overall plan or individual Participant compliance with Internal Revenue Code section 415 limits

DC – Service Agreement – FS – 401(a)  ed. 09-05                20
006974 ASA  5-22  LK-kdata client documents

CONFIDENTIAL                                                ROLLINS_0001401

e) **416 Top Heavy Test** - Prudential will conduct the top-heavy test, using Plan Sponsor provided information, and report the results to the Plan Sponsor  The top-heavy test results may be reported separately and at a point in time different from the results of a) above

f) **Annual Additions Limits under IRC§415**

g) **Eligibility, Participation and Entry** - Determining which employees are eligible and when they should enter the Plan and participate

h) **Controlled Group** - Determining which Employers or employees are in a controlled group of entities within the meaning of Internal Revenue Code Sections 414(b) and (c) or part of an affiliated service group within the meaning of Internal Revenue Code Section 414(m)

i) **Employee Status Changes** – Determining and tracking separation from service, change of work classification, or change in marital status

j) **Leased Employees** - Determining the appropriate treatment under the Plan of any category of worker, including independent contractors or leased employees under Internal Revenue Code Section 414(n), and whether they must be treated as employees of the Employer

It is the Plan Sponsor's responsibility to act upon the testing information provided by Prudential

2   Upon request, Prudential may undertake the following testing or demonstrations required for qualified plans, for which additional fees may apply.

a) **Average Benefits Test under IRC §410(b)**

b) **Any general nondiscrimination test required or permitted under IRC §401(a)(4)**

c) **Compensation Test under IRC §414(s)**

d) **Additional ADP/ACP tests**

3.   The Plan Sponsor acknowledges that, except as Prudential may agree, Prudential does not monitor all operational and compliance requirements that may apply to the Plan, including but not limited to those listed below

a) **Separate Lines of Business** - Determining if Plan or Plans of the Employer control group may be tested as Separate Lines of Business as defined in Section 414(r)

*Prudential generally will not perform testing if the Employer has more than one plan   Prudential may perform such tests if Prudential is the recordkeeper for all plans

CONFIDENTIAL                                                              ROLLINS_0001402

EXHIBIT F

RESERVED

DC – Service Agreement – FS – 401(a)  ed  09-05
006974 ASA  5-22  LK-kdata client documents

CONFIDENTIAL

ROLLINS_0001403

EXHIBIT G

## Employer Stock Recordkeeping Services

The Plan Sponsor has elected to offer Employer Stock as an investment option under the Plans Notwithstanding any provision in this Agreement to the contrary, the Plan Sponsor and Prudential hereby agree as follows with respect to this Employer Stock investment option.

1   Basic Terms of and Limitations on Employer Stock investment   The Plan Sponsor acknowledges that it has determined that:

   a)   The established transaction cut-off time for all Plan transactions, including but not limited to transactions involving Employer Stock, will be the earlier of 2 00 P M. Eastern time or two hours before any scheduled close of the New York Stock Exchange (NYSE), or at the time of any unscheduled NYSE close, unless Prudential notifies the Plan Sponsor in advance that a later cut-off time is feasible   Any order received after that time will be considered a request for execution on the next Business Day

   b)   Plan Sponsor acknowledges that trades required by transactions in Employer Stock may be executed either (1) by offsetting transactions ordered in and out of Employer Stock and purchasing or selling only the net shares required to balance transactions in and out or (2) by executing all Participant orders as separate market trades, whichever Prudential determines is most operationally sound and efficient under the circumstances. Plan Sponsor also acknowledges the share prices allocated to individual Participant transactions will be the weighted average price paid or received for Employer Stock shares actually traded by Prudential for the Business Day the transactions are processed plus or minus the applicable transaction fee which is identified as the Brokerage Trading Charge listed in the Expense Schedule Part 1-B

   c)   If Prudential determines that the Employer Stock's dividends can be reinvested, they will automatically be reinvested absent an express direction from the Plan Sponsor to the contrary

   d)   Trading Costs   A transaction fee (which is identified as the Brokerage Trading Charge listed in the Expense Schedule Part 1-B) will apply for the trading of Employer Stock at complete price per share or other rates determined from time to time by Prudential for plan trades in Employer Stock and communicated in writing to the Plan Sponsor. Quoted rates may be altered only by agreement by Prudential evidenced in writing   These transaction fees associated with trades will be reflected in the price at which Participant transactions are posted   A minimum charge set forth in the Expense Schedule Part 1-B applies to each trade.

2   Timing of Trades, etc ·   Prudential will execute and post all trades as soon as is reasonably possible, but reserves the right to execute them up to the market close of the Business Day following receipt of a Complete Request.  If the Employer Stock is not traded in a volume sufficient to support immediate trading of all shares required, Prudential will pend the requested transactions until such time all shares reasonably can be purchased or sold on the same Business Day, unless otherwise directed by the Plan Sponsor or its designee (as named fiduciary of the Plans)   Should purchases and sales be pended, Prudential will promptly notify the Plans Sponsor in writing and follow its instructions, if any, concerning subsequent execution of trades in Employer Stock. Plan Sponsor acknowledges that it or its designee, and not Prudential, is

CONFIDENTIAL                                            ROLLINS_0001404

responsible for determining if and when trades will be executed other than as described herein Prudential also reserves the right to refuse to accept further investment in or exchanges into or from Employer Stock should market conditions change such that our trading ability is more than temporarily restricted

3    Pricing of Transfers/Exchanges   Plan Sponsor and Prudential agree that mutual fund shares transferred in exchange for Employer Stock in a Participant's account will be credited at the price determined by trades as provided in subsection 1 (a), entitled Investment Processing and Pricing of the Plans Recordkeeping Services Exhibit C of this Agreement, even though settlement of shares of Employer Stock may occur up to three days later under securities exchange rules Plan Sponsor acknowledges and approves any deemed extension of credit or other use of Plan assets by Prudential that may result from this arrangement

4    Notice of Extraordinary Contributions to Employer Stock Account   The Plan Sponsor or its designee must provide notice to the assigned Prudential Service Representative two Business Days prior to any contribution in excess of normal payroll contribution amounts (such as profit sharing contributions or substantial match contributions for multiple deferral periods) or other contribution the Plan Sponsor reasonably anticipates could be difficult to convert to Employer Stock or could disrupt trading in Employer Stock   Plan Sponsor will at that time also provide its instructions, if any, concerning the execution of trades in any manner other than as described in the preceding paragraph   In the absence of such notice, Prudential will use its best efforts to execute all necessary trades as described above, but will bear no responsibility for delays in executing trades or variations in pricing that may result

5    Appraisal of Employer Securities·   When Employer securities are readily tradable on an established securities exchange; Prudential will apply quoted values to the shares held by the Plans.  In all other situations, the Plan Sponsor will have responsibility for obtaining an independent appraisal of the stock value as required by the Internal Revenue Code (Section 401(a)(28)(A) & (C)) and informing Prudential of the value to be applied to Participant accounts and Plan records   Plan Sponsor shall supply such value in a timely manner at least annually or more frequently as the Plan documents may require to support Plan operations such as distribution processing and reporting

6    Data Before Dollars   The Plan Sponsor will participate in the Prudential process (known as Data Before Dollars) for submitting and confirming the accuracy of all transaction, exchange and distribution data before related transaction amounts are forwarded to Prudential   Amounts for allocation to all accounts, including the Employer Stock account, must be sent by electronic means, unless otherwise specifically agreed to in advance by Prudential in writing   Amounts must be received by the earlier of 12 noon Eastern time or one hour prior to the Participant transaction cut-off time on days when the market closes early to be applied on that financial market day

7    Proxy, Voting Rights, and Directing Voting   As to Employer securities held under the Plans,

   a)    The Plan Sponsor will be responsible for compiling any proxy responses or other direction and conferring with Plan fiduciaries to accomplish the actual voting of the affected shares

8    Trustee Duties in Proxy Contests·   Plan Sponsor agrees that Plan documents and all disclosure materials clearly show who has authority to vote or tender Employer Securities which are not otherwise subject to Participant direction, including any unallocated shares.  Furthermore, Plan Sponsor agrees neither Prudential nor any affiliate shall have any responsibility for voting or certifying tender of Employer securities in any offer

9    Regulatory Filings·   The Plan Sponsor acknowledges that it is solely responsible for all regulatory filings or investor notices associated with the Plans and the offering of Employer Stock, including

CONFIDENTIAL            ROLLINS_0001405

but not limited to any securities registration with respect to such shares   Upon request by Prudential, the Plan Sponsor shall provide copies of any such filings to Prudential for its files

10   Monitoring Trades   The parties agree that the Plan Sponsor is solely responsible for monitoring Employer Stock transactions and for determining if a Participant may sell his/her Employer Stock held in the Plans   The Plan Sponsor will  notify Prudential on an annual basis of the specific dates for the open/close period where a select group of participants "insiders"  may sell his/her Employer Stock   Such notification shall be provided to Prudential during the month of December for the activity that will occur the next calendar year   Should the specific dates for the open/close period change during the course of the year, the Plan Sponsor must notify Prudential of this change as soon as reasonably possible  Prudential will not be held responsible for any Plan Sponsor delay

11   ERISA Compliance   The Plan Sponsor represents that the Employer Stock being held or acquired by the Plan satisfies the requirements of ERISA, including both the type of security held and the amount allowed to be held without engaging in a prohibited transaction   Further, Plan Sponsor agrees that the Plan Sponsor or other named fiduciary under the Plans, which may not be Prudential, any affiliate of Prudential, nor any entity retained by Prudential or its affiliates to process Employer Stock transactions shall be responsible for compliance with fiduciary duties under the Plans, including the voting of Employer securities or the application of the prohibited transaction rules to any acquisition, holding, or disposition of Employer securities or the entering into or refinancing of any loans to acquire Employer securities

12.   Plan Sponsor acknowledges that dividends generally will be posted when declared   Stock splits, or other corporate actions will be posted at their announced effective dates unless Prudential reasonably believes that such event will not occur.

CONFIDENTIAL

ROLLINS_0001406

EXHIBIT H

## Outsourcing Services

a   WITHDRAWALS
When the "Outsourced" option has been selected, the Participant returns the documentation to Prudential  If the request complies with the Plan Criteria Guidelines provided to Prudential by the Plan Sponsor, Prudential will process the withdrawal effective on the date Prudential receives the completed documentation

b   LOAN GRANTS AND DEFAULTS
When the "Outsourced" option has been selected, Prudential's automated system will produce the appropriate loan request documentation, which will be sent to the Participant's home   The Participant returns the documentation to Prudential  If the request complies with the Plan Criteria Guidelines provided to Prudential by the Plan Sponsor, Prudential will process the loan effective on the date Prudential approves the loan request

Loans from a Participant's Account will be separately accounted for and repayment of loans will be allocated to the Participant's Account in accordance with the instructions provided to Prudential by the Plan Sponsor  Prudential will default Participant loans for which loan repayments have not been received within a specified time period for IRS tax reporting purposes  Participant loans will be defaulted based on criteria provided by the Plan Sponsor  Prudential will issue the IRS 1099 tax form for the defaulted loan.  The loan will be reported as a distribution for that year.

c   LOAN RATE MONITORING
Applicable law requires Participant loans to bear a reasonable rate of interest  A rate is reasonable if it provides the Plan with a return commensurate with commercial rates for loans made under similar circumstances  In general, a Plan's written loan policy will describe the procedure for determining a reasonable rate of interest  By retaining Prudential, the Plan Sponsor decides to follow the common practice of determining the interest by reference to the "bank prime rate " Unless the Plan Sponsor directs Prudential otherwise in the Plan Criteria Guidelines, Prudential will make any necessary rate changes based upon the "bank prime rate" reported by the U S  Federal Reserve on the last business day of a calendar quarter effective for loans made on and after the first business day of the subsequent quarter  The source for the rate will be www.federalreserve.gov or other websites that may provide the same information

d   DISTRIBUTIONS AT TERMINATION, RETIREMENT, DEATH, DISABILITY AND HARDSHIP
If the "Outsourced" option has been selected, the Participant returns the documentation to Prudential  If the request complies with the Plan Criteria Guidelines provided to Prudential by the Plan Sponsor, Prudential will process the distribution effective on the date Prudential receives the completed documentation.

e   INVOLUNTARY DISTRIBUTIONS
If the Plans provide for distribution of small account balances without the consent of the Participant and except as directed otherwise by the Plan Sponsor or other authorized person, Prudential will administer involuntary distributions in the

CONFIDENTIAL                                                                                   ROLLINS_0001407

manner described below

On a periodic basis that is agreed upon by Prudential and the Plan Sponsor, Prudential will identify all Participants whose employment with the Plan Sponsor terminated as of a date designated by the Plan Sponsor that is prior to a specific target date  Prudential will determine employment status based on data provided by the Plan Sponsor  Unless the Plan Sponsor directs otherwise, Prudential will exclude from the terminated Participants so identified any individuals for whom Prudential cannot locate a current mailing address

Using the list of terminated Participants, Prudential will identify further any Participants having vested account balances, including any outstanding loan, which may be distributed without consent of the Participant because the account value does not exceed limits established under the Plan and applicable law ("Cash-Out List")  Prudential will include in the Cash-Out List only former employees of the Plan Sponsor  Prudential will exclude from the list individuals to whom an involuntary distribution may not be made in accordance with applicable law   Prudential will not make Involuntary Distributions to Participants for whom distributions are suspended pending resolution of a domestic relations order, beneficiaries and "alternate payees" under qualified domestic relations order

Prudential will verify that individuals on the Cash-Out List have not been re-employed by the Plan Sponsor using the employment data most recently provided to Prudential by the Plan Sponsor  Following such verification, Prudential will process Involuntary Distributions to individuals who have not been re-employed

f.   ROLLOVER IN QUALIFICATION
Prudential will follow reasonable procedures that are intended to ensure that rollovers accepted by the Plans are permissible according to the Plans provisions and applicable law.

g   BENEFICIARY MAINTENANCE
Prudential will review all forms for completeness, communicate with the Participant to obtain missing or incomplete information, and then image all valid forms, or maintain valid requests on the recordkeeping system

h.   QUALIFICATION OF DOMESTIC RELATIONS ORDERS
The following administrative services will be performed1 Inquiry Processing Respond to all correspondence including subpoenas/joinders and telephone calls relative to the discovery process for the Plan  Coordinate the placement of restrictions on the Plans

Order Review and Determination.  Notify the appropriate parties of receipt of a domestic relations order. Review the domestic relations order Provide notice of internal procedures for determination   Provide notice of determination and interpretative letter   Respond to all subsequent correspondence and telephone calls relative to QDRO review

The terms and conditions for the qualification and processing of QDROs will be in accordance with the Domestic Relations Order Review Policy adopted by the Plan Sponsor and supplied to Prudential for the review of domestic relations orders

CONFIDENTIAL                                                                ROLLINS_0001408

j    DETERMINATION OF ELIGIBILITY AND DEFERRAL RATE CHANGES

Prudential will use the data provided by the Plan Sponsor (in a format acceptable to Prudential) and the Plan's provisions to determine the date on which employees become eligible to participate in the Plan.  Prior to the eligibility date, Prudential will send enrollment information to the Participant

Participants may contact Prudential via the Interactive Voice Response service, the Prudential call center, or the Prudential website to effect a change in the amount/percentage deducted from their pay for Plan contributions   If Electronic Data Transmission is used, Prudential will forward these changes to the Plan Sponsor Prudential will update the Plan Sponsor website weekly to show the deferral rate changes made by Plan Participants in the preceding week.

k   MINIMUM REQUIRED DISTRIBUTIONS

Prudential will process minimum required distributions in accordance with the Plan

l   EMPLOYEE STATUS CHANGE

Based on information provided by the Plan Sponsor, Prudential will determine when employees are considered to be terminated and will provide such individuals with Plan distribution materials

CONFIDENTIAL                                                                ROLLINS_0001409

EXHIBIT I

RESERVED

CONFIDENTIAL                                                              ROLLINS_0001410

**EXHIBIT J**

### Direct Service Option

For plan sponsors subscribing to this service, Prudential will provide third-party administrative services to terminated Participants who elect or are deemed to elect to retain their account balances in the investment options offered under the Plans   Prudential will perform the following administrative services at the direction of the Plan Sponsor

1   Process transfers via IVR or the Participant website,

2   Process requests for distributions (partial or full),

3   Provide appropriate consent and distribution forms, and

4   Provide Participant Fund Statements quarterly and any such services as directed by the Plan Administrator and agreed to by Prudential.  Expenses associated with the maintenance and administration of each terminated Participant's Account will be paid, unless designated otherwise by the Plan Sponsor, as set forth in the Expense Schedule Part 1-B.

CONFIDENTIAL                                                                    ROLLINS_0001411

EXHIBIT K

## Administrative Services Agreement Supplement

In addition to the services elected by the Plan Sponsor in Exhibit A of the Administrative Services Agreement, Prudential agrees to provide the services elected below   These services may be subject to fees as detailed in the Expense Schedule   Solely at its discretion, Prudential may contract with a third party to perform one or more of these supplemental services

## PLAN TESTING/CALCULATIONS

Any data required from the Plan Sponsor for any test or calculation performed by Prudential shall be in an electronic format acceptable by Prudential and shall include all of the data elements specified by Prudential.

Prudential will perform the test(s) and/or calculation(s) and provide the test/calculation results to the Plan Sponsor as soon as reasonably possible after receipt of the aforementioned data. It is the Plan Sponsor's responsibility to act on the information provided as needed.

Match Contribution (Performed for Rollins, Inc. only)

401(a)(4) General Nondiscrimination Test

401(a)(4)-4 Benefits, Rights & Features Test

Non-Elective Contribution Calculation (Performed for Western Industries-North, Inc  only)

CONFIDENTIAL

ROLLINS_0001412

Effective January 1, 2018
EXHIBIT L

## Plan Administrative Expenses

Prudential agrees to make payments ("Allowance") to or on behalf of the Plan in order to pay its reasonable and actually incurred Plan administration expenses. Prudential will make payment to the Plan as more fully provided below:

- **Source of Payment.** The source of funds for the payment is corporate assets of Prudential and/or its subsidiaries and affiliates. The Plan Sponsor acknowledges that Prudential is the owner of funds used for the payment until Prudential transfers such funds to the Plan Trust, or forwards them to the Service Provider named below in satisfaction of expenses of Plan administration, investment advisory services or investment management services incurred by the Plan.

- **Amount.** The Allowance will equal the recordkeeping revenue (defined below) directly received by or allocated internally to Prudential and will be deposited into the Plan Expense Account on a quarterly basis:

    For purposes of this exhibit, the term "recordkeeping revenue" means the sum of the following components:

    (a) 12b-1 Fees – the portion of the 12b-1 fees paid by mutual funds attributable to investments made by the Plan.

    (b) Sub Accounting Fee – a fee paid to providers (like Prudential) that perform the dual functions of (1) recordkeeping and administrative services to the plan and participant accounts and (2) consolidating trades and holdings of these accounts into one or more omnibus accounts to the mutual fund company.

    (c) Finder's Fees – the portion of the distribution fees (other than 12b-1 Fees) paid by non-proprietary mutual funds, attributable to investments made by the Plan.

    (d) Additional Revenue – includes additional sources of revenue other than those listed in (a)-(c) above that are received in connection with record keeping services provided to the Plan by Prudential. These sources include asset charges on non mutual fund investments, other service fees from mutual funds, and the portion of revenue from our sub-advised funds designated to offset recordkeeping and administration.

- From the above amount, the following amounts will be paid to the Service Provider listed below:

    - For Plan 006974, $80,750 for each calendar year. The Allowance will be paid in quarterly installments. Payments other than annual will be calculated by dividing the annual amount by 4.

    - For Plan 006976, $13,250 for each calendar year. The Allowance will be paid in quarterly installments. Payments other than annual will be calculated by dividing the annual amount by 4.

    - For Plan 010010, $1,000 for each calendar year. The Allowance will be paid in quarterly installments. Payments other than annual will be calculated by dividing the annual amount by 4.

ROLLINS_0001413

- **Service Provider.** The payment recipient and individual service provider ("Service Provider") are:

  Payee Firm Name:  Alliant Retirement Services
  Payee Mailing Address:  5847 San Felipe, Suite 2750, Houston, TX 77057
  Individual Service Provider Name:  Sean Waggoner

- **Additional Amount.** Allowance may be made available to the Plan as a result of service shortfalls as described in Exhibit O of this Agreement.

- **Plan Expense Account.** Prudential will establish an account for the Plan Trust on Prudential's recordkeeping system.  Prudential will deposit payments of the Allowance into this account at the frequency defined above and invest them in a stable value investment under the Plan, unless another investment option is selected by the Plan Sponsor until such time that the Plan Sponsor provides direction to Prudential regarding the disposition or re-investment of these funds.

- **Reporting.** Prudential will provide periodic reports to the Plan Sponsor that show payments by Prudential to the Plan Trust under this arrangement.

- **Amendment of Arrangement.** This payment arrangement may be amended at any time in writing.  Agreement by the Plan Sponsor to an amendment may be presumed if Prudential communicates the amendment to the Plan Sponsor in advance of the effective date of the change, indicates its intention to presume agreement to the amendment absent a response, and Prudential receives no response within a stated period or, if none is stated, by the time the change is to be implemented.  In particular (and not by way of limitation), Prudential reserves the right to amend this arrangement in the event of a material change to the Plan.

- **Termination of Arrangement.** Each party may terminate this payment arrangement for any reason upon thirty (30) days prior written notice to the other.  In particular (and not by way of limitation), Prudential reserves the right to terminate this arrangement in the event of a material change to the Plan, upon Prudential's conclusion that payments violate applicable law.  Generally, allowances are made available upon conclusion of the payment period.

Plan Sponsor agrees, represents and warrants to Prudential:

- All instructions received pursuant to this provision will be submitted by persons authorized to act on behalf of the Plan and Prudential may rely upon those instructions as being genuine and duly authorized;

- The Plan document and any applicable Trust documents permit the Plan to make payment of administrative expenses from Plan assets;

- This Allowance is permissible under both the Plan documents and any laws applicable to the Plan;

- All amounts paid pursuant to these provisions will be used solely for Plan administrative expenses that are reasonable and necessary to the Plan;

- Plan Sponsor will indemnify and hold Prudential harmless to the extent that there is a breach of any of the representations contained herein, which causes Prudential to suffer any expense or damage as a result;

- Plan Sponsor has discussed this arrangement with its legal counsel to the extent it deems appropriate;

- Any Allowance paid in excess of reasonable and actually incurred Plan administration expenses for any given year will be appropriately allocated to individual participants as of the end of the

ROLLINS_0001414

Plan year in which the amounts were made available. Instructions for such Allocation must be provided in writing to Prudential by an authorized representative of the Plan;

- Plan Sponsor has entered into a written contract with the Service Provider named above to provide plan administration, investment, legal or accounting services to the Plan and will notify Prudential promptly in writing upon termination or material modification of the contract, including changes to compensation outlined therein;

- Plan Sponsor is responsible for determining whether the Service Provider is a "fiduciary" to the Plan, within the meaning of ERISA, and taking actions that may be appropriate based upon such determination; and

- Pursuant to the contract with the Service Provider, the Plan will incur each period an expense that equals or exceeds the Allowance payable for the installment period described above and the Plan Sponsor has determined that such expense is necessary and reasonable.

CONFIDENTIAL

EXHIBIT O

### Service Guarantees

#### Increase Participation to 75% by 12/31/08

**Measurement:** 75% participation rate by 12/31/08

**Fee At Risk:** If the measurement is not achieved, Prudential will provide Rollins with a $25,000 one-time communication budget deposited in the ERISA Budget described in Exhibit M

**Parameters** This parameter applies to both Rollins, Inc and Western Industries-North, Inc  The Plans must transition to Prudential no later than 1/1/2007  Prudential will automatically enroll all prospective employees in accordance with the Plan Terms  This service guarantee will not apply to any individuals who become Plan Participants as a result of mergers, acquisitions, and/or divestitures occurring on or after 1/1/2007

#### 3 Day Transition (Go Live Within 3 Business Days)

**Measurement:** 3 day blackout

**Fees At Risk:** $15,000 will be deposited in the ERISA Budget described in Exhibit M

**Parameters (Apply to Both Mass Mutual and Hewitt):**  We will receive at least one test conversion file prior to the blackout date in the same format and containing the same data as the final file  A live, non-financial file will be provided to Prudential ASAP after Mass Mutual's and Hewitt's blackouts  Clean and final data will need to be provided by 10 00 AM ET  With regard to Rollins Stock, typically there is a 3-day settlement period in share re-registration, however, the settlement period may take longer  We will make every effort with Hewitt to have them expedite this process but since Prudential has no control over this process, we are unable to guarantee a 3-day blackout on the stock portion

#### Mailing of Transition Announcement Letter in Rollins Envelope:

**Measurement:**  Mailing initial letter from Rollins communicating the Provider change to Prudential from prior recordkeepers

**Parameters:**  Rollins will provide Prudential with #10 letter-sized envelopes and letterhead  Prudential will customize the announcement to clearly communicate that 401(k) materials will be coming from Prudential, that employees should be on the lookout for these materials, and that employees should not throw these materials away

#### Mailing of Statements Without a Custom Envelope

**Measurement:**  Mailing of customized statements to participant homes within 10 business days from the last day of the calendar quarter

**Fees At Risk:** $3,000 quarterly will be deposited in the ERISA Budget described in Exhibit M

**Parameters:**  Utilizing Prudential envelopes

CONFIDENTIAL                                                                ROLLINS_0001416

<u>Mailing of Statements With a Custom Envelope</u>

**Measurement:** Mailing of statements to participant homes within 25 business days from the last day of the calendar quarter

**Fees at Risk:** Prudential does have the ability to provide our customized statements in a custom envelope, but due to the special handling involved, this process will take 25 business days, and due to the special handling involved, we cannot put fee guarantees in place with this process

**Parameters:** The Rollins company logo to be printed on envelopes by Prudential

<u>PROVIDER SEARCH GUARANTEE</u>

**Measurement:** If Rollins discontinues using Prudential as its 401(k) service provider due to service issues

**Fees At Risk:** $60,000

**Parameters:** Applicable during the first two years Rollins is with Prudential   Prudential will provide Rollins with $60,000 to offset new provider search costs   This is an increase of $10,000 over the original request

CONFIDENTIAL                                                        ROLLINS_0001417

AMENDMENT TO BE ATTACHED TO AND MADE PART OF THE
ADMINISTRATIVE SERVICES AGREEMENT
("Agreement")

Effective November 1, 2006

by and between

ROLLINS, INC.
WESTERN INDUSTRIES-NORTH, LLC.
("Plan Sponsor")

and

PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY
("Prudential")

In connection with

Rollins 401(k) Savings Plan (006974)
Western Industries –North LLC Retirement Savings Plan (006976)
Waltham Services, LLC Tax-Favored Employees' Savings Plan (010010)

By mutual agreement between the signatories below, the Agreement is amended, effective
September 8, 2014 in the following respects:

1.  Exhibit A, Election of Services, as constituted immediately prior to the effective date of
    this amendment, is deleted and replaced with the following Exhibit A, Election of
    Services.

2.  Exhibit D-1, Plan Document and Disclosure Services for the Rollins, Inc. 401(k) Plan and
    Waltham Services, LLC Tax-Favored Employees' Savings Plan and Exhibit D-2, Plan
    Document and Disclosure Services for Western Industries-North, LLC Retirement
    Savings Plan, as constituted immediately prior to the effective date of this amendment,
    are deleted and replaced with the following Exhibit D, Plan Document and Disclosure
    Services.

Except as provided above, all other provisions of the Agreement will continue to apply.

| ROLLINS, INC. WESTERN INDUSTRIES-NORTH, INC. | PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY |
|---|---|
| By: _JoAnne S. Thomas_ | By: _____ |
| Title: Dir. of Benefits | Title: Second Vice President |
| Date: _10/3/14_ | Date: _10/3/14_ |

006974_006976_010010_ASA amendment to revise document services_12SEP2014_REL_SR2.doc

CONFIDENTIAL

AMENDMENT TO BE ATTACHED TO AND MADE PART OF THE
ADMINISTRATIVE SERVICES AGREEMENT
("Agreement")

Effective November 1, 2006

by and between

ROLLINS, INC
WESTERN INDUSTRIES-NORTH, INC.
("Plan Sponsor")

and

PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY
("Prudential")

In connection with

Rollins, Inc. 401(k) Plan (006974)
Western Industries-North, LLC Retirement Savings Plan (006976)
Waltham Services, LLC Tax-Favored Employees' Savings Plan (010010)

By mutual agreement between the signatories below, the Agreement is amended, effective
October 1, 2013 in the following respect:

- Exhibit N, Plan Recordkeeping Revenue, as constituted immediately prior to the
effective date of this amendment, is deleted and replaced with the following Exhibit N,
Plan Recordkeeping Revenue.

Except as provided above, all other provisions of the Agreement will continue to apply.

| ROLLINS, INC<br>WESTERN INDUSTRIES-<br>NORTH, INC. | PRUDENTIAL RETIREMENT INSURANCE<br>AND ANNUITY COMPANY |
|---|---|
| By: _JoAnne S. Thomas_ | By: _____ |
| Title: _Benefits Director_ | Title: Second Vice President |
| Date: _Feb. 17, 2014_ | Date: _2/18/14_ |

006974_ASA Amd Revtto Rev Cap_14JAN2014_KU2.docx

CONFIDENTIAL

AMENDMENT TO BE ATTACHED TO AND MADE PART OF THE
ADMINISTRATIVE SERVICES AGREEMENT
("Agreement")

Effective November 1, 2006

by and between

ROLLINS, INC
WESTERN INDUSTRIES-NORTH, INC.
("Plan Sponsor")

and

PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY
("Prudential")

In connection with

Rollins, Inc. 401(k) Plan (006974)
Western Industries –North, Inc. Retirement Savings Plan (006976)
Waltham Services, LLC Tax-Favored Employees' Savings Plan (010010)

By mutual agreement between the signatories below, the Agreement is amended, effective July 1,
2013 in the following respect:

- Exhibit L, Plan Administrative Expenses, as constituted immediately prior to the effective
  date of this amendment, is deleted and replaced with attached Exhibit L. Plan
  Administrative Expenses.

Except as provided above, all other provisions of the Agreement will continue to apply.

| ROLLINS, INC.<br>WESTERN INDUSTRIES-NORTH,<br>INC. | PRUDENTIAL RETIREMENT INSURANCE<br>AND ANNUITY COMPANY |
|---|---|
| By: _JoAnne S. Thomas_ | By: _____ |
| Title: _Benefits Director_ | Title: Second Vice President |
| Date: _10.1.13_ | Date: _10/9/13_ |

CONFIDENTIAL

AMENDMENT TO BE ATTACHED TO AND MADE PART OF THE
ADMINISTRATIVE SERVICES AGREEMENT
("Agreement")

Effective November 1, 2006

by and between

ROLLINS, INC
WESTERN INDUSTRIES-NORTH, LLC
WALTHAM SERVICES, LLC
("Plan Sponsor")

and

PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY
("Prudential")

By mutual agreement between the signatories below, the Agreement is amended, effective December 31, 2012 in the following respects:

1. Exhibit A, Election of Services, as constituted immediately prior to the effective date of this amendment, is deleted and replaced with the following Exhibit A, Election of Services

2. The first paragraph of Exhibit G of the Agreement, as constituted immediately prior to the effective date of this amendment, is replaced with the following paragraph:

The Plan Sponsor, upon notice to Prudential, may elect to offer, discontinue future contributions, or eliminate Employer Stock as an investment option under the Plan. If the Employer Stock option is elected as an investment option under the Plan, notwithstanding any provision in this Agreement to the contrary, the Plan Sponsor and Prudential hereby agree as follows with respect to the Employer Stock investment option:

Except as provided above, all other provisions of the Agreement will continue to apply.

| ROLLINS, INC<br>WESTERN INDUSTRIES-NORTH, INC<br>WALTHAM SERVICES, LLC | PRUDENTIAL RETIREMENT INSURANCE<br>AND ANNUITY COMPANY |
|---|---|
| By: _JoAnne S. Thomas_ | By: _____ |
| Title: _Dir. of Benefits_ | Title: Second Vice President |
| Date: _1/18/13_ | Date: _1/23/13_ |

010010_ASA Amend remove ER Stock_V2REL_CT

CONFIDENTIAL

ROLLINS_0001421