# EXHIBIT 37

# ROLLINS, INC.

## 401k Savings Plan Claim

February 19, 2021

BRYAN CAVE LEIGHTON PAISNER BLP

CONFIDENTIAL
ROLLINS_0001422

# OVERVIEW

- ▶ THE CLAIM
- ▶ THE COMMITTEE'S ROLE IN HANDLING CLAIMS
- ▶ LEGAL STANDARDS
- ▶ SUMMARY FACTS
  - CLAIMANTS
  - COMMITTEE PROCESSES
  - MONITORING OF INVESTMENT FEES, PERFORMANCE AND SELECTION
  - INVESTMENT SELECTION
  - ADMINISTRATIVE FEES
  - REMAINING CLAIMS
- ▶ THE NEXT STEPS

CONFIDENTIAL

ROLLINS_0001423

# THE CLAIM

- Six current or former participants of the Rollins/Western 401(k) Plans have made an administrative claim
- They assert five claims:
  - Monitoring of Plan investments (Claim 1)
  - Monitoring of Plan service providers (Claim 2)
  - Monitoring of Plan fiduciaries (Claim 3)
  - Failure to remedy breaches (Claim 4)
  - Prohibited transaction (Claim 5)
- Receipt of the Claim has been acknowledged and the claimants' counsel has been informed that the Committee is considering the Claim and that he may provide additional information for the Committee's consideration
- We were asked to gather and summarize information relating the Claim and provided you with a memorandum and other materials on Monday of this week

CONFIDENTIAL

# THE COMMITTEE'S ROLE IN HANDLING CLAIMS

- As required by ERISA, the Plan provides for a claim procedure that allows participants to make claims
    - Section 11.7 of the 401k Plan provides for a claims process
    - Section 12.3 of the 401k Plan gives this Committee discretion in interpreting and administering the Plan

- The Plan also provides for an appeal if the Committee denies a claim

- The Plan requires that participants make a claim before they may file a lawsuit

- The present Claim is similar to allegations made by Marcia Fleming in her lawsuit

- The Court dismissed that lawsuit because she had not first submitted a Claim to the Committee

# LEGAL STANDARDS

- ▶ In considering a claim, the Committee should inform itself of the claim, the facts relevant to the claim and the applicable law and give the claim full and fair consideration

- ▶ Here, the Claim asserts breaches of prudence and loyalty in connection with the selection and monitoring of investment options and administrative fees

- ▶ ERISA also requires that fiduciaries act prudently
  - The yardstick for measuring prudence is whether the fiduciary acted with "care, skill, prudence, and diligence under the circumstances then prevailing that a prudent man acting in a like capacity and familiar with such matters would use in the conduct of an enterprise of like character and with like aims"
  - This standard looks to whether the fiduciary followed a good process; decisions cannot be judged in hindsight

- ▶ ERISA requires that fiduciaries administer the plan loyally by acting solely in the interest of participants and beneficiaries and for the exclusive purpose of providing benefits

# SUMMARY FACTS: CLAIMANTS

▶ The employment history and investments of each claimant are described in the memo

▶ Note that claimants did not invest in each of the funds

CONFIDENTIAL                                                                                         ROLLINS_0001427

# SUMMARY FACTS: COMMITTEE PROCESSES

▶ The Committee operated with regular processes and recorded their decision-making

▶ The Committee received information to support its decision-making

▶ The Committee relied on an outside, independent employee benefits advisor to select and review investment options

▶ The Committee regularly reviewed investment options and fees

▶ The Committee used a watch list to monitor investments against benchmarks

▶ The Committee's advisor regularly reviewed expenses and negotiated with Prudential to adjust fees

▶ The Committee adopted an Investment Policy Statement to guide its decision-making and revised the IPS over time

CONFIDENTIAL     ROLLINS_0001428

# SUMMARY FACTS: MONITORING OF INVESTMENT FEES AND PERFORMANCE

- ▶ Claims 1 and 4 concern the selection and retention of investment options regarding fees and performance

- ▶ The Committee monitored fees and revenue sharing with the help of its advisor and worked to lower fees
  - Exhibit A summarizes the fees charged by investment managers and the use of revenue sharing
  - Fees dropped over time

# EXHIBIT A

EXHIBIT A

ROLLINS ADMINISTRATIVE CLAIM: EXPENSE RATIOS

| FUND | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| Alger Mid Cap Growth Institutional I | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| American Funds Capital World GR&Inc R4 | 0.80% | 0.80% | 0.80% | 0.79% | 0.79% | 0.80% | 0.45% | 0.44% | 0.42% |
| American Funds EuroPacific Growth R4 | 0.85% | 0.85% | 0.85% | 0.84% | 0.84% | 0.85% | 0.5% | 0.49% | 0.46% |
| American Funds Growth Fund of Amer R4 | N/A | 0.69% | 0.68% | N/A | N/A | N/A | N/A | N/A | N/A |
| Franklin Growth Adv | 0.69% | 0.71% | 0.68% | 0.65% | 0.63% | 0.65% | 0.63% | 0.59% | 0.59% |
| Goldman Sachs Mid Cap Value A | 1.16% | 1.15% | 1.14% | 1.14% | 1.15% | N/A | N/A | N/A | N/A |
| Hartford MidCap Y | N/A | N/A | N/A | N/A | 0.76% | 0.76% | 0.77% | 0.85% | 0.75% |
| Metropolitan West Total Return Bd Plan | N/A | N/A | N/A | 0.39% | 0.40% | 0.38% | 0.38% | 0.37% | 0.38% |
| Morgan Stanley Inst Discovery I | 0.70% | 0.71% | 0.71% | 0.75% | N/A | N/A | N/A | N/A | N/A |
| Oakmark Equity and Income Investor | 0.77% | 0.78% | 0.77% | 0.74% | 0.75% | 0.89% | 0.69% | 0.69% | 0.73% |
| T. Rowe Price New Horizons | 0.81% | 0.81% | 0.80% | 0.80% | 0.79% | 0.79% | 0.65% | 0.65% | 0.65% |
| Victory Diversified Stock A | 1.11% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Victory Sycamore Established Value A | N/A | N/A | N/A | N/A | N/A | 0.95% | 0.54% | 0.54% | 0.58% |
| Victory Sycamore Small Company Opp I | 1.06% | 1.02% | 0.99% | 0.98% | 0.97% | 0.96% | 0.90% | 0.88% | 0.87% |

RED = fund used revenue sharing

CONFIDENTIAL

ROLLINS_0001430

# SUMMARY FACTS: MONITORING OF INVESTMENT FEES AND PERFORMANCE

- ▶ The Committee regularly reviewed investment performance with the help of its advisor
  - The Committee reviewed performance of each investment option
  - The Committee measured performance against their benchmarks
  - The Committee placed funds on a watch list
  - The Committee replaced funds that showed persistent underperformance or other concerns
  - The Committee selected funds based on the Plan's needs and investment considerations
- ▶ Exhibit B summarizes the Funds investment performance against their benchmarks

CONFIDENTIAL

ROLLINS_0001431

# EXHIBIT B

## EXHIBIT B

### ROLLINS ADMINISTRATIVE CLAIM: PERFORMANCE V. BENCHMARK

| FUND | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| Alger Mid Cap Growth Institutional I | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| American Funds Capital World GR&Inc R4 | • 1: +2.01%<br>• 5: +1.4%<br>• 10: +3.12% | • 1: +2.22%<br>• 5: -0.03%<br>• 10: +2.67% | • 1: +2.65%<br>• 5: -0.48%<br>• 10: +1.77% | • 1: -0.37%<br>• 5: +0.57%<br>• 10: +1.36% | • 1: -0.16%<br>• 5: +1.01%<br>• 10: +1.16% | • 1: -0.96%<br>• 5: +0.88%<br>• 10: +0.87% | • 1: +2.16%<br>• 5: +0.94%<br>• 10: +0.8% | • 1: -2.82%<br>• 5: -0.29%<br>• 10: +0.08% | • 1: -1.08%<br>• 5: -1.03%<br>• 10: -0.08% |
| American Funds EuroPacific Growth R4 | • 1: +0.09%<br>• 5: +1.46%<br>• 10: +0.25% | • 1: +0.84%<br>• 5: +1.2%<br>• 10: +0.52% | • 1: +5.27%<br>• 5: +0.02%<br>• 10: +1.15% | • 1: -0.75%<br>• 5: +0.99%<br>• 10: +1.37% | • 1: -2.5%<br>• 5: +0.83%<br>• 10: +0.87% | • 1: +3.08%<br>• 5: +1.44%<br>• 10: +1.26% | • 1: +1.27%<br>• 5: +1.97%<br>• 10: +1.62% | • 1: -1.61%<br>• 5: +0.26%<br>• 10: +0.47% | • 1: -2.57%<br>• 5: -1.08%<br>• 10: +0.41% |
| American Funds Growth Fund of Amer R4 | N/A | • 1: +4.13%<br>• 5: -2.84%<br>• 10: +0.77% | • 1: +1.19%<br>• 5: -2.17%<br>• 10: +0.18% | N/A | N/A | N/A | N/A | N/A | N/A |
| Franklin Growth Adv | • 1: -1.77%<br>• 5: -0.18%<br>• 10: +1.64% | • 1: -1.14%<br>• 5: -0.11%<br>• 10: +1.46% | • 1: -0.30%<br>• 5: -0.69%<br>• 10: +1.12% | • 1: +0.21%<br>• 5: -1.72%<br>• 10: +0.24% | • 1: -3.38%<br>• 5: -1.43%<br>• 10: -0.4% | • 1: +1.61%<br>• 5: -0.7%<br>• 10: -0.59% | • 1: -1.55%<br>• 5: -0.77%<br>• 10: -0.43% | • 1: -3.23%<br>• 5: -1.36%<br>• 10: -1.04% | • 1: -12.12%<br>• 5: -3.41%<br>• 10: -2.56% |
| Goldman Sachs Mid Cap Value A | • 1: -5.23%<br>• 5: -0.05%<br>• 10: -0.50% | • 1: -3.45%<br>• 5: -1.45%<br>• 10: +0.32% | • 1: -1.10%<br>• 5: -3.88%<br>• 10: -0.78% | • 1: -0.44%<br>• 5: -1.8%<br>• 10: -0.89% | • 1: -8.32%<br>• 5: -3.45%<br>• 10: -1.51% | N/A | N/A | N/A | N/A |
| Hartford MidCap Y | N/A | N/A | N/A | N/A | • 1: +1.36%<br>• 5: +0.18%<br>• 10: +0.6% | • 1: +3.76%<br>• 5: +1.92%<br>• 10: +0.77% | • 1: +1.79%<br>• 5: +1.51%<br>• 10: +0.55% | • 1: -3.95%<br>• 5: +0.12%<br>• 10: -1.17% | • 1: -17.41%<br>• 5: -3.83%<br>• 10: -1.77% |
| Metropolitan West Total Return Bd Plan | N/A | N/A | N/A | • 1: -0.11%<br>• 5: +1.91%<br>• 10: +1.74% | • 1: -0.63%<br>• 5: +1.04%<br>• 10: +1.59% | • 1: +0.59%<br>• 5: +1.41%<br>• 10: +1.42% | • 1: -0.02%<br>• 5: +0.25%<br>• 10: +1.63% | • 1: +0.32%<br>• 5: +0.03%<br>• 10: +2.21% | • 1: +1.41%<br>• 5: +0.04%<br>• 10: +0.76% |
| Morgan Stanley Inst Discovery I | • 1: -5.24%<br>• 5: +2.72%<br>• 10: +1.99% | • 1: -11.08%<br>• 5: -0.63%<br>• 10: +1.62% | • 1: +2.57%<br>• 5: +0.22%<br>• 10: +1.91% | • 1: -11.3%<br>• 5: -3.51%<br>• 10: +0.31% | N/A | N/A | N/A | N/A | N/A |
| Oakmark Equity and Income Investor | • 1: +2.61%<br>• 5: +2.73%<br>• 10: +1.22% | • 1: -3.60%<br>• 5: -0.46%<br>• 10: -0.63% | • 1: +1.60%<br>• 5: -5.36%<br>• 10: -0.03% | • 1: +1.23%<br>• 5: -0.72%<br>• 10: +0.85% | • 1: -2.11%<br>• 5: +0.07%<br>• 10: +1.02% | • 1: +3.95%<br>• 5: +1.47%<br>• 10: +1.28% | • 1: -0.74%<br>• 5: +1.7%<br>• 10: +0.5% | • 1: -2.86%<br>• 5: -0.41%<br>• 10: -0.08% | • 1: -8.42%<br>• 5: -2.26%<br>• 10: -0.41% |

CONFIDENTIAL

# SUMMARY OF FACTS: ADMINISTRATIVE FEES

▶ Claim 2 concerns the Plan's administrative fees

▶ The Committee regularly reviewed the fees paid to Prudential for administrative services

▶ The Committee was assisted by its advisor in assessing whether fees were competitive

▶ The advisor discussed fees with Prudential and successfully negotiated lower fees over time

▶ Examples include:
- 2009-considered fee changes with advice of Alliant
- 2010-discussed fees and Alliant negotiated lower fees
- 2012-Alliant benchmarked fees against another plan and reported fees were competitive
- 2014-Alliant was tasked with negotiating fees
- 2017-RFP; Prudential retained based on competitive fees, service and satisfaction; lower pricing obtained; flat fee implemented and shift to lower-priced share classes

CONFIDENTIAL

ROLLINS_0001433

# REMAINING CLAIMS

▶ Claim 3 concerns the duty to monitor other fiduciaries
- Claim 3 depends on whether there is merit to the other claims, including whether the investment management and administrative expenses were prudent
- If you find no merit to the other claims, there would be no breach for failure to monitor

▶ Claim 5 concerns prohibited transactions
- Claim 5 depends on whether there is merit to the other claims
- If you find no merit to the other claims, there would be no prohibited transaction

CONFIDENTIAL ROLLINS_0001434

# THE NEXT STEPS

▶ The Committee should consider whether it needs further information, deliberate and decide whether to grant or deny the claim

▶ The Committee may make its decision by voting

▶ The Committee should respond to Claimants' counsel with a letter announcing its decision and providing other information required by ERISA if the claim is denied



CONFIDENTIAL

ROLLINS_0001436