**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| MARCIA G. FLEMING, CASEY FREEMAN, DAVID GUYON, ANTHONY LOSCALZO, PATRICK ROSEBERRY, and JULIO SAMANIEGO individually, on behalf of the Rollins, Inc. 401(k) Savings Plan and on behalf of all similarly situated participants and beneficiaries of the Plan, <br><br>          Plaintiffs, <br>v. <br><br> ROLLINS, INC.; THE ADMINISTRATIVE COMMITTEE OF THE ROLLINS, INC. 401(k) SAVINGS PLAN; BOTH INDIVIDUALLY AND AS THE *DE FACTO* INVESTMENT COMMITTEE OF THE ROLLINS, IC. 401(K) SAVINGS PLAN; EMPOWER RETIREMENT, LLC F/K/A PRUDENTIAL INSURANCE AND ANNUITY COMPANY; PRUDENTIAL BANK & TRUST, FBS, AS DIRECTED TRUSTEE OF THE ROLLINS, INC. 401(K) PLAN TRUST; ALLIANT INSURANCE SERVICES, INC.; ALLIANT RETIREMENT SERVICES, LLC; LPL FINANCIAL LLC; PAUL E. NORTHEN, JOHN WILSON, JERRY GAHLHOFF, JAMES BENTON and A. KEITH PAYNE in their capacities as members of the Administrative Committee; and John and Jane Does 1-10, <br><br>          Defendants. | Civil Action File <br> No.  1:21-cv-05343-ELR |

**DEFENDANTS' UNOPPOSED MOTION**
**FOR A SECOND EXTENSION OF TIME TO FILE ANSWERS**

COME NOW Defendants Rollins, Inc., the Administrative Committee of the Rollins, Inc. 401(k) Savings Plan, Paul E. Northen, John Wilson, Jerry Gahlhoff, James Benton and A. Keith Payne (collectively, the "Rollins Defendants"), Defendants Empower Retirement, LLC f/k/a Prudential Retirement Insurance and Annuity Company ("PRIAC") and Prudential Bank & Trust, F.S.B. ("PB&T") (together, the "Prudential Defendants"), and Defendants Alliant Insurance Services, Inc. and Alliant Retirement Services, LLC (together, the "Alliant Defendants"), by and through their respective counsel, and for their Unopposed Motion for A Second Extension of Time to File Answers state as follows:

1. On April 18, 2022, Plaintiffs filed a 135-page First Amended Class Action Complaint (the "Amended Complaint"). [Dkt. 53.] The Amended Complaint, which consists of 503 separately numbered paragraphs and 103 pages of exhibits, contains seven causes of action against some or all of the Rollins Defendants, Defendant LPL Financial LLC ("LPL"), the Alliant Defendants, and the Prudential Defendants.

2. Pursuant to agreement of counsel and an Order of the Court [Dkt. 64], the Rollins Defendants, Defendant LPL, the Alliant Defendants, and the Prudential

Defendants each filed a separate Motion to Dismiss the Amended Complaint [Dkts. 75, 76, 77, and 78, respectively].

3. By Order dated January 30, 2023 [Dkt. 89], the Court denied the Rollins Defendants' Motion to Dismiss; granted LPL's Motion to Dismiss and directed the Clerk to terminate LPL as a Party Defendant; granted in part and denied in part the Alliant Defendants' Motion to Dismiss; and granted in part and denied in part the Prudential Defendants' Motion to Dismiss.

4. The January 30, 2023 Order directed the Rollins Defendants, the Alliant Defendants, and the Prudential Defendants (together, the "Remaining Defendants") to answer Plaintiffs' Amended Complaint within fourteen (14) days of the Order.

5. By Order dated February 1, 2023 [Dkt. 91], the Court granted the Remaining Defendants' Unopposed Motion for Extension of Time to File Answers. As a result, the Remaining Defendants' answers are currently due February 27, 2023.

6. The Remaining Defendants have been diligently preparing their respective answers since the Court's January 20, 2023 Order. Nevertheless, on February 16, 2023, due to personal circumstances of counsel and other pressing litigation deadlines, counsel for Alliant recognized that the Alliant Defendants would need more time beyond February 27, to prepare and review its responses to the 503 paragraphs of the Amended Complaint and its defenses to the same.

7. That day, counsel for the Alliant Defendants contacted counsel for Plaintiffs to request Plaintiffs' agreement to an additional two-week extension.

8. Counsel for Plaintiffs explained that Plaintiffs do not oppose an extension, but prefer to have a consistent answer deadline for all Remaining Defendants. *See* [Dkt. 89] (ordering a Joint Preliminary Report and Discovery Plan); *see also* LR 26.2(A), NDGa. ("The discovery period shall commence thirty days after the appearance of the first defendant by answer to the complaint"). Thus, counsel for Plaintiffs confirmed that Plaintiffs do not oppose a two-week extension to the answer deadline for all Remaining Defendants.

9. On the same day, counsel for the Rollins Defendants and counsel for the Prudential Defendants agreed with the Alliant Defendants' proposal to seek a two-week extension to the answer deadline for all Remaining Defendants.

10. An extension of the directed time period for answering the Amended Complaint is warranted in light of the length and complexity of the Amended Complaint, and in light of other personal circumstances and litigation deadlines impacting counsel for the Alliant Defendants.

11. Accordingly, Movants respectfully request an extension of fourteen (14) days to answer the Amended Complaint, directing that the answers are due March 13, 2023.

12. Counsel for Plaintiffs does not oppose this request.

13. A proposed Order is attached hereto.

WHEREFORE, Movants respectfully request that the Court enter an Order extending the deadline for the Remaining Defendants to answer the Amended Complaint to March 13, 2023.

This 16th day of February, 2023.

        **CAPLAN COBB LLC**

        */s/ Michael A. Caplan*
        Michael A. Caplan
        Georgia Bar No. 601039
        mcaplan@caplancobb.com
        Julia Blackburn Stone
        Georgia Bar No. 200070
        jstone@caplancobb.com
        75 Fourteenth Street NE, Suite 2700
        Atlanta, Georgia  30309
        Telephone: (404) 596-5610
        Facsimile: (404) 596-5604

        **MORGAN LEWIS & BOCKIUS LLP**

        */s/ Christopher J. Boran*
        (*pro hac vice*)
        Christopher.boran@morganlewis.com
        Kevin F. Gaffney
        (*pro hac vice*)
        kevin.gaffney@morganlewis.com
        Alexandra G. Belzley
        (*pro hac vice*)
        alexandra.belzley@morganlewis.com
        110 N. Wacker Drive

5

Chicago, Illinois  60606-1511
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

*Attorneys for Alliant Insurance Services, Inc., and Alliant Retirement Services, LLC*

| | |
|---|---|
| **BONDURANT MIXSON & ELMORE LLP** | **BRYAN CAVE LEIGHTON PAISNER LLP** |
| */s/ Kamal Ghali* | */s/ W. Bard Brockman* |
| Kamal Ghali | W. Bard Brockman |
| Georgia Bar No. 805055 | Georgia Bar No. 084230 |
| ghali@bmelaw.com | bard.brockman@bclplaw.com |
| Jeffrey W. Chen | Michael P. Carey |
| Georgia Bar No. 640207 | Georgia Bar No. 109364 |
| chen@bmelaw.com | michael.carey@bclplaw.com |
| 1201 West Peachtree Street NW | Ann Ferebee |
| Suite 3900 | Georgia Bar No. 431941 |
| Atlanta, Georgia 30309 | ann.ferebee@bclplaw.com |
| Telephone: (404) 881-4173 | One Atlantic Center, 14th Floor |
| Facsimile: (404) 881-4111 | 1201 West Peachtree Street, N.W. |
| | Atlanta, Georgia 30309 |
| **SIDLEY AUSTIN LLP** | Telephone: (404) 572-6600 |
| | Facsimile: (404) 572-6999 |
| */s/ Mark B. Blocker* | |
| Mark B. Blocker | *Attorneys for Defendants Rollins, Inc., The Administrative Committee of the Rollins, Inc. 401(k) Savings Plan, Paul E. Northen, John Wilson, Jerry Gahlhoff, James Benton and A. Keith Payne* |
| (*pro hac vice*) | |
| mblocker@sidley.com | |
| Caroline A. Wong | |
| (*pro hac vice*) | |
| caroline.wong@sidley.com | |
| One South Dearborn Street | |
| Chicago, Illinois 60603 | |
| Telephone: (312) 853-7000 | |
| Facsimile: (312) 853-7036 | |
| | |
| *Attorneys for Defendants Empower Retirement, LLC f/k/a Prudential Retirement Insurance and Annuity Company and Prudential Bank & Trust, F.S.B.* | |

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR A SECOND EXTENSION OF TIME TO FILE ANSWERS** with the Clerk of Court using the CM/ECF system which will send email notification of such filing to all counsel of record.

This 16th day of February, 2023.

                                                */s/ Michael A. Caplan*
                                                Michael A. Caplan
                                                Georgia Bar No. 601039

                                                *Attorneys for Defendants Alliant Insurance Services, Inc. and Alliant Retirement Services, LLC*