## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MARCIA G. FLEMING, CASEY FREEMAN, DAVID GUYON, ANTHONY LOSCALZO, PATRICK ROSEBERRY, and JULIO SAMANIEGO individually, on behalf of the Rollins, Inc. 401(k) Savings Plan and on behalf of all similarly situated participants and beneficiaries of the Plan, <br><br> Plaintiffs, <br> v. <br><br> ROLLINS, INC.; THE ADMINISTRATIVE COMMITTEE OF THE ROLLINS, INC. 401(k) SAVINGS PLAN; BOTH INDIVIDUALLY AND AS THE *DE FACTO* INVESTMENT COMMITTEE OF THE ROLLINS, IC. 401(K) SAVINGS PLAN; EMPOWER RETIREMENT, LLC F/K/A PRUDENTIAL INSURANCE AND ANNUITY COMPANY; PRUDENTIAL BANK & TRUST, FBS, AS DIRECTED TRUSTEE OF THE ROLLINS, INC. 401(K) PLAN TRUST; ALLIANT INSURANCE SERVICES, INC.; ALLIANT RETIREMENT SERVICES, LLC; LPL FINANCIAL LLC; PAUL E. NORTHEN, JOHN WILSON, JERRY GAHLHOFF, JAMES BENTON and A. KEITH PAYNE in their capacities as members of the Administrative Committee; and John and Jane Does 1-10, <br><br> Defendants. | Civil Action File <br> No.  1:21-cv-05343-ELR |

# [PROPOSED] ORDER

This matter comes before the Court on Defendants' Unopposed Motion for A Second Extension of Time to File Answers. Upon consideration of the Motion and for good cause shown, the Court ORDERS that the Motion be GRANTED.

All Defendants shall have through and until March 13, 2023 to answer the Amended Complaint.

SO ORDERED, this ___ day of _____ 2023.

                                                                _____
                                                                The Honorable Judge Eleanor L. Ross
                                                                United States District Court Judge
                                                                Northern District of Georgia