IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARCIA G. FLEMING; CASEY FREEMAN; DAVID GUYON; ANTHONY LOSCALZO; PATRICK ROSEBERRY; and JULIO SAMNIEGO individually, on behalf of the Rollins, Inc. 401(k) Savings Plan and on behalf of all similarly situated participants and beneficiaries of the Plan,<br><br>Plaintiffs,<br><br>v.<br><br>ROLLINS, INC.; THE ADMINISTRATIVE COMMITTEE OF THE ROLLINS, INC. 401(k) SAVINGS PLAN, BOTH INDIVIDUALLY AND AS THE *DE FACTO* INVESTMENT COMMITTEE OF THE ROLLINS, INC. 401(k) SAVINGS PLAN; EMPOWER RETIREMENT, LLC F/K/A PRUDENTIAL INSURANCE AND ANNUITY COMPANY; PRUDENTIAL BANK & TRUST, FBS, AS DIRECTED TRUSTEE OF THE ROLLINS, INC. 401(k) PLAN TRUST; ALLIANT INSURANCE SERVICES, INC.; ALLIANT RETIREMENT SERVICES, LLC; PAUL E. NORTHEN, JOHN WILSON, JERRY GAHLHOFF, JAMES BENTON, and A. KEITH PAYNE in their capacities as members of the Administrative Committee; and John and Jane Does 1–10,<br><br>Defendants. | Case No. 1:21-cv-05343-ELR |

**PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES**

Under Federal Rules of Civil Procedure 23(h) and 54(d)(2), Plaintiffs move that the Court approve an attorneys' fee award to Class Counsel of $1,308,333 (one-third of the monetary recovery) and reimburse Class Counsels' reasonable litigation expenses of $224,970.91.

1

Class Counsel bore tremendous risk in order to benefit the Class. In spite of this risk, Class Counsel, as a team, leveraged their experiences, including experience in excessive fee litigation, to achieve an efficient resolution of this matter, thereby avoiding the delay and expense of years of litigation and substantial risk of non-recovery for the Class.

The requested percentage of the settlement fund is comparable to attorneys' fees awarded in similar cases. Based on all of the relevant factors, and for the reasons stated in Plaintiffs' supporting memorandum, Plaintiffs respectfully request that the Court grant their motion.

Dated: February 16, 2024                    Respectfully submitted,

**BAILEY & GLASSER LLP**
By: /s/ Mark G. Boyko
Mark G. Boyko
mboyko@baileyglasser.com
Bailey & Glasser LLP
34 N. Gore Ave., Suite 102
Webster Groves, Mo 63119
Telephone: (314) 863-5446
Facsimile: (314)-863-5483

PAUL J. SHARMAN
Georgia State Bar No. 227207
The Sharman Law Firm LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022
Phone: (678) 242-5297
Fax: (678) 802-2129
Email: paul@sharman-law.com

Jon D. Pels, Esq. (pro hac vice pending)
Email: jpels@pelslaw.com
Katerina M. Newell, Esq.
(pro hac vice pending)
Email: knewell@pallaw.com
The Pels Law Firm
4845 Rugby Avenue,
Third Floor
Bethesda, MD 20814

Phone: (301) 986-5570
Fax: (301) 986-5571

*Attorney for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date the foregoing document was electronically filed with the Clerk using the CM/ECF system, which will send a notice of electronic filing to all registered users of the CM/ECF system.

Dated: February 16, 2024                  By: /s/ *Mark G. Boyko*
                                                                        Mark G. Boyko