IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARCIA G. FLEMING; CASEY FREEMAN; DAVID GUYON; ANTHONY LOSCALZO; PATRICK ROSEBERRY; and JULIO SAMNIEGO individually, on behalf of the Rollins, Inc. 401(k) Savings Plan and on behalf of all similarly situated participants and beneficiaries of the Plan,<br><br>Plaintiffs,<br><br>v.<br><br>ROLLINS, INC.; THE ADMINISTRATIVE COMMITTEE OF THE ROLLINS, INC. 401(k) SAVINGS PLAN, BOTH INDIVIDUALLY AND AS THE *DE FACTO* INVESTMENT COMMITTEE OF THE ROLLINS, INC. 401(k) SAVINGS PLAN; EMPOWER RETIREMENT, LLC F/K/A PRUDENTIAL INSURANCE AND ANNUITY COMPANY; PRUDENTIAL BANK & TRUST, FBS, AS DIRECTED TRUSTEE OF THE ROLLINS, INC. 401(k) PLAN TRUST; ALLIANT INSURANCE SERVICES, INC.; ALLIANT RETIREMENT SERVICES, LLC; PAUL E. NORTHEN, JOHN WILSON, JERRY GAHLHOFF, JAMES BENTON, and A. KEITH PAYNE in their capacities as members of the Administrative Committee; and John and Jane Does 1–10,<br><br>Defendants. | Case No. 1:21-cv-05343-ELR |

**PLAINTIFFS' UNOPPPOSED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**

1

Plaintiffs, individually and on behalf of all others similarly situation ("Plaintiffs") hereby move pursuant to Federal Rule of Civil Procedure 23(e) for final approval of the class action settlement and for the Court to enter the proposed Final Order and Judgment, attached to this Motion as Exhibit A. Defendants do not oppose the motion.

This motion is supported by Plaintiffs' Memorandum in Support of Motion for Preliminary Approval of Class Settlement (ECF No. 122), this Court's Order preliminarily approving the Settlement (ECF No. 123), Plaintiffs' Memorandum in Support of Motion for Attorneys' Fees and Costs (ECF No. 124) and the declarations attached thereto (ECF No. 124.2 - 124.5), and Plaintiffs' accompanying memorandum in support of this motion.

WHEREFORE, Plaintiffs respectfully request that the Court grant their Unopposed Motion for Final Approval of Class Settlement.

Dated:   February 16, 2024               Respectfully submitted,

**BAILEY & GLASSER LLP**
By: /s/ Mark G. Boyko
Mark G. Boyko
mboyko@baileyglasser.com
Bailey & Glasser LLP
34 N. Gore Ave., Suite 102
Webster Groves, Mo 63119
Telephone: (314) 863-5446
Facsimile: (314)-863-5483

PAUL J. SHARMAN
Georgia State Bar No. 227207
The Sharman Law Firm LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022
Phone: (678) 242-5297
Fax: (678) 802-2129
Email: paul@sharman-law.com

Jon D. Pels, Esq. (pro hac vice pending)

Email: jpels@pelslaw.com
Katerina M. Newell, Esq.
(pro hac vice pending)
Email: knewell@pallaw.com
The Pels Law Firm
4845 Rugby Avenue,
Third Floor
Bethesda, MD 20814
Phone: (301) 986-5570
Fax: (301) 986-5571

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this date the foregoing document was electronically filed with the Clerk using the CM/ECF system, which will send a notice of electronic filing to all registered users of the CM/ECF system.

Dated: February 16, 2024                                      By: /s/ *Mark G. Boyko*
                                                                               Mark G. Boyko