# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| MARCIA G. FLEMING, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | 1:21-CV-05343-ELR |
| | * | |
| ROLLINS, INC., et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

## O R D E R

A final settlement approval hearing was scheduled for Wednesday, April 3, 2024 at 10:00 am. The Court **RESCHEDULES** the final settlement approval hearing for **TUESDAY, APRIL 2, 2024 at 10:00 AM**, Courtroom 1708, 75 Ted Turner Drive SW, Atlanta, Georgia 30303.

**SO ORDERED**, this 1st day of March, 2024.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia