# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cv-05343-ELR
## Fleming et al v. Rollins, Inc. et al
## Honorable Eleanor L. Ross

Minute Sheet for proceedings held In Open Court on 04/02/2024.

| | |
|---|---|
| TIME COURT COMMENCED: 10:00 A.M. | COURT REPORTER: Elizabeth Cohn |
| TIME COURT CONCLUDED: 10:10 A.M. | CSO/DUSM: 1 CSO |
| TIME IN COURT: 00:10 | DEPUTY CLERK: Michelle Beck |
| OFFICE LOCATION: Atlanta | |

**ATTORNEY(S) PRESENT:**
Mark Boyko representing Anthony Loscalzo
Mark Boyko representing Casey Freeman
Mark Boyko representing David Guyon
Mark Boyko representing Julio Samaniego
Mark Boyko representing Marcia G. Fleming
Mark Boyko representing Patrick Roseberry
Michael Carey representing Rollins, Inc.
Michael Carey representing The Administrative Committee of The Rollins, Inc. 401(k) Savings Plan
Michael Carey representing A. Keith Payne
Michael Carey representing James Benton
Michael Carey representing Jerry Gahlhoff
Michael Carey representing John Wilson
Michael Carey representing Paul E. Northen
Jeffrey Chen representing Empower Retirement, LLC
Jeffrey Chen representing Prudential Bank & Trust, FBS
Kevin Gaffney representing Alliant Insurance Services, Inc.
Kevin Gaffney representing Alliant Retirement Services, LLC
Caroline Wong representing Empower Retirement, LLC
Caroline Wong representing Prudential Bank & Trust, FBS

**PROCEEDING CATEGORY:** Motion Hearing (Motion Hearing Non-evidentiary)

**MINUTE TEXT:** Court called to order. Parties introduced themselves. Counsel for the Plaintiffs appeared in person. Defense counsel (for Empowerment and Alliant Insurance/Alliant Retirement Services) appeared in person and

virtually (via Zoom). There were no objections or opt outs to the settlement. Court having considered arguments and the proposed order still finds that the settlement is fair and accepts the settlement. Court awarded unopposed attorneys' fees and reimbursement costs. Court adjourned.

HEARING STATUS:   Hearing Concluded