**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

MARCIA G FLEMING et al,

                 Plaintiffs,

vs.

ROLLINS, INC. et al,

                 Defendants.

CIVIL ACTION FILE

NO.  1:21-CV-5343-ELR

## J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of Motion for Attorney Fees, and the court having Granted said motion, it is

**Ordered and adjudged** that Plaintiff recover from Defendants the requested $1,308,333 as reasonable attorney's fees and the requested reimbursement of $224,970.91 in outstanding costs.

Dated at Atlanta, Georgia this 2nd day of April, 2024.

                                KEVIN P. WEIMER
                                CLERK OF COURT

By:   s/Parker Thompson
        Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
April 2, 2024
Kevin P. Weimer
Clerk of Court


By:    s/Parker Thompson
       Deputy Clerk